LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
Renee V. Masongsong, Esq. (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118
E-mail: dalekgalipo@yahoo.com /rvalentine@galipolaw.com

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, Esq. (SBN 229931)
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997; Fax: (760) 843-8155
E-mail: sharonjbrunner@yahoo.com

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850; Fax: (760) 952-1085
E-mail: jim@talktoterrell.com

*Attorneys for Plaintiff*, RENATO URENA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; JONATHAN DAVALOS; ANDRES ESTRELLA and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00341-JGB-SHK<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS; CITY OF SAN BERNARDINO, JONATHAN DAVALOS, AND ANDRES ESTRELLA** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Central District Local Rule 5-3.1, and this Court's Standing Order (Dkt. No. 7), Plaintiff Renato Urena hereby submits his proof of service of the summons,

complaint, and other documents on Defendants City of San Bernardino, Jonathan Davalos, and Andres Estrella, attached hereto as Exhibits "A," "B," and "C," respectively.

DATED: April 30, 2024         LAW OFFICES OF DALE K. GALIPO

                    By:      *s/ Renee V. Masongsong*
                          Dale K. Galipo
                          Renee V. Masongsong
                          *Attorneys for Plaintiff*, RENATO URENA

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**Dale  Galipo SBN 144074**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd 310**<br>**Woodland Hills, CA 91367**<br>   ATTORNEY FOR    **Plaintiff** | TELEPHONE NUMBER<br>**(818) 347-3333** | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Urena, Renato v. City of San Bernardino | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>5:24-cv-00341-JGB-SHK |
| **Declaration of Service** | | Ref. No. or File No:<br>Urena v. San Bernardino |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Court-Directed ADR Program; Notice re Consent to Magistrate Judge Jurisdiction; Standing Order of Judge Jesus G. Bernal**

On: **City of San Bernardino** By Serving City Clerk's Office, Agent for Service

I served the summons at:

**201 N E St  San Bernardino, CA 92401**

On: **4/15/2024**          Date:  **02:18 PM**

In the above mentioned action  by substituted service and leaving with

**Cecilia Barrios  -  C.S.R**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **LaMar Broadway**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **80.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*LaMar Broadway* (signature)

LaMar Broadway                              Date: **04/17/2024**

Declaration of Service                                      Invoice #: 9416581-01

**ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)**
Dale Galipo SBN 144074
Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
ATTORNEY FOR  Plaintiff

**TELEPHONE NUMBER**
(818) 347-3333

FOR COURT USE ONLY

CENTRAL DISTRICT, RIVERSIDE
3470 Twelfth St.
Riverside, CA 92501

**SHORT TITLE OF CASE:**
Urena, Renato v. City of San Bernardino

| DATE: | TIME: | DEP./DIV. |
|---|---|---|

**CASE NUMBER:** 5:24-cv-00341-JGB-SHK

**Declaration of Service by Mail**

Ref. No. or File No:
Urena v. San Bernardino

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **04/16/2024**, I served the within:
**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Court-Directed ADR Program; Notice re Consent to Magistrate Judge Jurisdiction; Standing Order of Judge Jesus G. Bernal**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**City of San Bernardino**
**201 N E St  San Bernardino, CA 92401**

Declarant:

a. Name: **Kristinamarie Mejia**
b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **80.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Kristinamarie Mejia    Date: 04/19/2024

Declaration of Service by Mail    Invoice #: 9416581-01

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |

| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 |
|---|

| SHORT TITLE OF CASE:<br>Urena, Renato v. City of San Bernardino |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>5:24-cv-00341-JGB-SHK |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>Urena v. San Bernardino |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Court-Directed ADR Program; Notice re Consent to Magistrate Judge Jurisdiction; Standing Order of Judge Jesus G. Bernal**

On: **Jonathan Davalos**

I served the summons at:

**710 N D St  San Bernardino, CA 92401**

On: **4/15/2024**         Time: **08:56 AM**

In the above mentioned action  by substituted service and leaving with
**OFFICER VEGA  -  Authorized to accept**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **LaMar Broadway**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **75.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[Signature: LaMar Broadway]*

LaMar Broadway                                Date: **04/19/2024**

Declaration of Service                                Invoice #: 9416581-02

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |

CENTRAL DISTRICT, RIVERSIDE
3470 Twelfth St.
Riverside, CA 92501

SHORT TITLE OF CASE:
Urena, Renato v. City of San Bernardino

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>5:24-cv-00341-JGB-SHK |
|---|---|---|---|
| **Declaration of Service by Mail** | | | Ref. No. or File No:<br>Urena v. San Bernardino |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years andnot a party to the within entitled action.

On **04/17/2024**, I served the within:
**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Court-Directed ADR Program; Notice re Consent to Magistrate Judge Jurisdiction; Standing Order of Judge Jesus G. Bernal**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Jonathan Davalos**
**710 N D St  San Bernardino, CA 92401**

Declarant:

a. Name: **Kristinamarie Mejia**
b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **75.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Kristinamarie Mejia                                    Date: **04/19/2024**

Declaration of Service by Mail                     Invoice #: 9416581-02

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills CA 91367<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(818) 347-3333<br><br>Ref. No. or File No.<br>Urena v. San Bernardino | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Urena, Renato v. City of San Bernardino | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>9416581-02 | | CASE NUMBER:<br>5:24-cv-00341-JGB-SHK |

United States District Court

Declaration of Diligence

Person to Serve: Jonathan Davalos

Documents Received:

Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Court-Directed ADR Program; Notice re Consent to Magistrate Judge Jurisdiction; Standing Order of Judge Jesus G. Bernal;

   I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Apr 15 2024   08:56AM**   710 N D St , San Bernardino, CA 92401; Sub-Served on person apparently in charge-
Please complete substituted service on the first attempt by leaving the documents
with the Watch Commander on duty or the officer at the front desk if Officers Davalos
and Estrella are not available at the time of the first service attempt.

Person attempting service:
  a. Name: LaMar Broadway
  b. Address: 15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709
  c. Telephone number: 909-664-9577
  d. The fee for this service was: 75.00
  e. I am:
  (3) [X] a registered CA process server:
      (i) [X] Independent Contractor
      (ii) Registration No.: PS-001484   Expires: 2/23/2025

CONTINUED ON NEXT PAGE

**Declaration of Diligence**

Billing Code: Urena v. San Bernardino

| PLAINTIFF/PETITIONER: | Urena | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | City of San Bernardino | 5:24-cv-00341-JGB-SHK |

(iii) County: Riverside

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

4/19/2024

LaMar Broadway                                                                                    >

**Declaration of Diligence**

**Billing Code:** Urena v. San Bernardino

# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Urena, Renato v. City of San Bernardino | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>5:24-cv-00341-JGB-SHK |
| **Declaration of Service** | | Ref. No. or File No:<br>Urena v. San Bernardino |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Court-Directed ADR Program; Notice re Consent to Magistrate Judge Jurisdiction; Standing Order of Judge Jesus G. Bernal**

On: **Andres Estrella**  By Serving Front desk officer or watch commander, Agent for Service

I served the summons at:

**710 N D St  San Bernardino, CA 92401**

On: **4/15/2024**          Date: **08:56 AM**

In the above mentioned action  by substituted service and leaving with
**OFFICER VEGA  -  Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **LaMar Broadway**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **75.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*LaMar Broadway* (signature)

LaMar Broadway                                    Date: 04/24/2024

Declaration of Service                                    Invoice #: 9416581-03

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Urena, Renato v. City of San Bernardino | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>5:24-cv-00341-JGB-SHK |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Urena v. San Bernardino |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **04/19/2024**, I served the within:
**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Court-Directed ADR Program; Notice re Consent to Magistrate Judge Jurisdiction; Standing Order of Judge Jesus G. Bernal**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Andres Estrella**
**710 N D St  San Bernardino, CA 92401**

Declarant:

  a. Name: **Kristinamarie Mejia**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **75.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Kristinamarie Mejia     Date: 04/23/2024

Declaration of Service by Mail     Invoice #: 9416581-03