1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **SCOTT J. CARPENTER – State Bar No. 253339**
2  **CARPENTER, ROTHANS & DUMONT LLP**
   500 S. Grand Avenue, 19th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 228-0400
4  Facsimile:  (213) 228-0401
   Email:  srothans@crdlaw.com | scarpenter@crdlaw.com
5

6  Attorneys for Defendants, City of San Bernardino, a public entity, and
   Officers Jonathan Davalos and Andres Estrella, public employees
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  RENATO URENA, individually,        ) Case No.: 5:24-cv-00341-JGB-SHK
                                       )
13              Plaintiff,             ) **DEFENDANTS' NOTICE OF**
                                       ) **INTERESTED PARTIES**
14         vs.                         )
                                       )
15  CITY OF SAN BERNARDINO,            )
    JONATHAN DAVALOS, ANDRES           )
16  ESTRELLA and DOES 1-10, inclusive, )
                                       )
17                                     )
             Defendants.                )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21

22       PLEASE TAKE NOTICE that the undersigned, counsel for Defendants City

23  of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres

24  Estrella, public employees, hereby certify that the following listed parties have a

25  direct, pecuniary interest in the outcome of this case.  These representations are

26  made to enable the Court to evaluate any possible disqualifications or recusals.

27  ///

28  ///

| **Plaintiff:** | **Plaintiff's Counsel:** |
|---|---|
| Renato Urena | Dale K. Galipo, Esq.<br>Renee V. Masongsong, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br><br>Sharon J. Brunner, Esq.<br>LAW OFFICE OF SHARON J. BRUNNER<br>14393 Park Ave. Suite 100<br>Victorville, CA 92392<br><br>James S. Terrell, Esq.<br>LAW OFFICE OF JAMES TERRELL<br>15411 Anacapa Rd.<br>Victorville, CA 92392 |
| **Defendants:** | **Defense Counsel:** |
| City of San Bernardino<br>Officer Jonathan Davalos<br>Officer Andres Estrella | Steven J. Rothans, Esq.<br>Scott J. Carpenter, Esq.<br>CARPENTER, ROTHANS & DUMONT LLP<br>500 S. Grand Avenue, 19th Floor<br>Los Angeles, CA  90071 |

DATED:  June 6, 2024         CARPENTER, ROTHANS & DUMONT LLP


                       By:   */s/ Scott J. Carpenter*
                             STEVEN J. ROTHANS
                             SCOTT J. CARPENTER
                             Attorneys for Defendants

-2-

DEFENDANTS' NOTICE OF INTERESTED PARTIES