JUDGE JESUS B. BERNAL
EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 5:24-cv-00341-JGB-SHK | | |
|---|---|---|---|
| Case Name | *Renato Urena v. City of San Bernardino, et al.* | | |

| Matter | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
|---|---|---|---|
| ☒ Jury Trial or ☐ Court Trial **(Tuesday at 9:00 a.m.)** Length: ___5___ Days | 3/17/2026 | 3/17/2026 | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Monday – two (2) weeks before trial date)** | 3/2/2026 | 3/2/2026 | |
| Last Date to Conduct Settlement Conference | 1/19/2026 | 1/19/2026 | |
| Last Date to *Hear* Non-discovery Motions (Monday at 9:00 a.m.) | 12/15/2025 | 12/15/2025 | |
| All Discovery Cut-Off (including hearing all discovery motions) | 11/17/2025 | 11/17/2025 | |
| Expert Disclosure (Rebuttal) | 10/13/2025 | 10/13/2025 | |
| Expert Disclosure (Initial) | 9/8/2025 | 9/8/2025 | |
| Last Date to Amend Pleadings or Add Parties | 11/25/2024 | 11/25/2024 | |

ADR [L.R. 16-15] Settlement Choice:

    ☒    Attorney Settlement Officer Panel

    ☐    Private Mediation

    ☐    Magistrate Judge