Renee V. Masongsong
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818.347.3333 / Fax: 818.347.4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA,<br><br>Plaintiff(s)<br>v.<br><br>CITY OF SAN BERNARDINO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:24-cv-00341-JGB-SHK<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _____Richard T. Copeland_____ may serve as the Panel Mediator in the above-captioned case. _____Renee V. Masongsong_____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____a date TBD_____ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law: _____

Dated: October 4, 2024

s/ Renee V. Masongsong
Attorney For Plaintiff   Renato Urena

Dated:

Attorney For Plaintiff

Dated: October 4, 2024

s/ Scott Carpenter
Attorney For Defendant   City of San Bernardino, et al.

Dated:

Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)    STIPULATION REGARDING SELECTION OF PANEL MEDIATOR