Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

STEVEN J. ROTHANS – State Bar No. 106579
SCOTT J. CARPENTER – State Bar No. 253339
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / scarpenter@crdlaw.com

*Attorneys for Defendants, City of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres Estrella, public employees*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:24-cv-00341-JGB-SHK <br><br> **JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES AND FOR A COURT ORDER PERMITTING DISCOVERY RELATED TO INCARCERATED PLAINTIFF RENATO URENA** |

IT IS HEREBY STIPULATED by and between the parties herein through their respective attorneys of record as follows:

WHEREAS, this case arises out of a non-fatal officer-involved shooting of plaintiff, Renato Urena, by City of San Bernardino Police Department Officers

- 1 -
STIPULATION TO CONTINUE TRIAL AND RELATED DATES

1  Davalos and Estrella on February 10, 2023. During the incident giving rise to this
2  lawsuit, Mr. Urena sustained gunshot wounds and related injuries. The parties
3  intend to retain medical experts to opine on Mr. Urena's physical injuries relating
4  to the shooting, and intend to base their opinions in part on their in-person physical
5  examination of Mr. Urena.
6      WHEREAS, the case is currently set for trial on March 17, 2026, the
7  discovery cutoff is currently set for November 10, 2025, and initial expert
8  disclosures are due October 6, 2025.
9      WHEREAS, the parties have diligently engaged in discovery, including
10 written discovery and officer depositions.  In or around January 2025, plaintiff was
11 held in custody in San Bernardino County jail on charges unrelated to the
12 underlying incident, and the parties had attempted to coordinate discovery efforts,
13 including plaintiff's deposition, with the jail facility but the facility stated it was
14 not able to accommodate the parties' requests.
15     WHEREAS, recently, on or around September 15, 2025, plaintiff was
16 transferred to another detention facility, Wasco State Prison, located at 701
17 Scofield Ave., Wasco, California 93280, under CDCR number H89333.  Plaintiff
18 is currently eligible for parole in April 2026.
19     WHEREAS, the parties have learned that Wasco State Prison will only be
20 able to coordinate plaintiff's deposition and medical examinations with a minimum
21 of 30-45 days' notice, and subject to visitor background screenings. Wasco State
22 Prison/CDCR requires a court order to allow a medical expert to conduct an in-
23 person examination of an incarcerated person.
24     WHEREAS, the parties agree that the discovery cut-off and expert
25 disclosure deadlines should be briefly extended to allow the parties additional time
26 to conduct the plaintiff's deposition and any medical examinations of plaintiff at
27 the prison.  The parties also stipulate that the trial date be similarly continued to
28

accommodate the additional time needed for fact and expert discovery, as well as due to plaintiff's parole eligibility occurring soon after the currently set trial date.

WHEREAS, the parties respectfully submit that, based on the foregoing, good cause exists to continue the trial and related dates.

IT IS HEREBY STIPULATED, with the concurrence of the Court:

1. The videotaped deposition of plaintiff Renato Urena (CDCR# H89333), who is incarcerated in the Wasco State Prison, is authorized pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) and shall be conducted at a date and time mutually convenient for the Parties and Wasco State Prison.

2. The Parties' medical expert(s) may conduct an in-person examination of Mr. Urena at a date and time mutually convenient for the Parties and Wasco State Prison. During any examination of Mr. Urena by any retained medical expert in the civil case, Mr. Urena shall not discuss the facts of the underlying incident giving rise to the civil lawsuit. Should the Parties be unable to arrange for a single date for all experts to be present at any future medical examination of Mr. Urena by any retained expert, then the examination shall be recorded, to the extent permitted by Wasco State Prison, and the recording provided to the other side. Plaintiff's counsel has the right to be present at any medical examination of Mr. Urena conducted by any expert in the civil case.

3. The fact discovery cut-off set for November 10, 2025 shall be extended to February 13, 2026.

4. The deadline for initial expert disclosures currently set for October 6, 2025 shall be extended to February 23, 2026, and the deadline for rebuttal expert disclosures set for October 20, 2025 shall be extended to March 9, 2026.

1  5. The expert discovery cut-off set for November 10, 2025 shall be
2     extended to March 23, 2026.
3  6. The deadline to have all (non-discovery) motions heard set for January
4     12, 2026 at 9:00 a.m. shall be extended to April 20, 2026 at 9:00 a.m..
5     The Parties agree to an extended briefing schedule with respect to any
6     dispositive motion, such that Defendants agree to file the motion
7     sufficiently in advance of the motion hearing deadline to allow Plaintiff
8     two weeks to oppose the motion and Defendants two weeks to reply.
9  7. The Final Pre-Trial Conference set for March 2, 2026 at 11:00 a.m. shall
10    be continued to June 8, 2026 at 11:00 a.m.; and
11 8. The Trial date set for March 17, 2026 at 9:00 a.m. shall be continued to
12    June 23, 2026 at 9:00 a.m.
13 IT IS SO STIPULATED.

DATED: September 29, 2025        LAW OFFICES OF DALE K. GALIPO

                                 */s/ Renee V. Masongsong*
                                 By:_____
                                 DALE K. GALIPO
                                 RENEE V. MASONGSONG
                                 Attorneys for Plaintiff

DATED: September 29, 2025        CARPENTER, ROTHANS & DUMONT LLP

                                 */s/ Scott J. Carpenter*
                                 By:_____
                                 STEVEN J. ROTHANS
                                 SCOTT J. CARPENTER
                                 Attorneys for Defendants

///

1 | Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Renee V. Masongsong, do hereby
2 | attest that all of the signatories listed on this Stipulation, and on whose behalf the
3 | filing is submitted, concur in the filing's content and authorize the filing of this
4 | Stipulation.

5 | /s/ *Renee V. Masongsong*
6 | _____

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -
STIPULATION TO CONTINUE TRIAL AND RELATED DATES