UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 5:24-cv-00341-JGB-SHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES AND FOR A COURT ORDER PERMITTING DISCOVERY RELATED TO INCARCERATED PLAINTIFF RENATO URENA** |

Having reviewed the Parties' Stipulation, and GOOD CAUSE having been shown, it is hereby ordered as follows:

1. The videotaped deposition of plaintiff Renato Urena (CDCR# H89333), who is incarcerated in the Wasco State Prison, is authorized pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) and shall be conducted at a date and time mutually convenient for the Parties and Wasco State Prison.

2. Wasco State Prison, located at 701 Scofield Ave., Wasco, California 93280, which is operated by the California Department of Corrections and Rehabilitation ("CDCR"), shall allow the Parties' retained medical expert(s) in the above-referenced civil action to conduct in-person

examination(s) of Renato Urena (CDCR number H89333) at a date and time that is mutually convenient for the expert(s) and Wasco State Prison. During any examination of Mr. Urena by any retained medical expert in the civil case, Mr. Urena shall not discuss the facts of the underlying incident giving rise to the civil lawsuit. Should the Parties be unable to arrange for a single date for all experts to be present at any future medical examination of Mr. Urena by any retained expert, then the examination shall be recorded, to the extent permitted by Wasco State Prison, and the recording provided to the other side. Plaintiff's counsel has the right to be present at any medical examination of Mr. Urena conducted by any expert in the civil case.

3. The fact discovery cut-off set for November 10, 2025 shall be extended to February 13, 2026.

4. The deadline for initial expert disclosures currently set for October 6, 2025 shall be extended to February 23, 2026, and the deadline for rebuttal expert disclosures set for October 20, 2025 shall be extended to March 9, 2026.

5. The expert discovery cut-off set for November 10, 2025 shall be extended to March 23, 2026.

6. The deadline to have all (non-discovery) motions heard set for January 12, 2026 at 9:00 a.m. shall be extended to April 20, 2026 at 9:00 a.m.. Defendants shall file any dispositive motion sufficiently in advance of the motion hearing deadline to allow Plaintiff two weeks to oppose the motion and Defendants two weeks to reply.

7. The Final Pre-Trial Conference set for March 2, 2026 at 11:00 a.m. shall be continued to June 8, 2026 at 11:00 a.m.; and

8. The Trial date set for March 17, 2026 at 9:00 a.m. shall be continued to June 23, 2026 at 9:00 a.m.

|   |   |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 |   |
| 3 |   |
| 4 | DATED:                                    UNITED STATES DISTRICT COURT |
| 5 |   |
| 6 |   |
| 7 |                                                    _____ |
| 8 |                                                    HON. JESUS G. BERNAL |