STEVEN J. ROTHANS – State Bar No. 106579
SCOTT J. CARPENTER – State Bar No. 253339
CARPENTER, ROTHANS & DUMONT, LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendants, City of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres Estrella, public employees

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:24-cv-00341-JGB-SHK <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS 1, 3, 4, 5, 6 AND 7 ONLY** |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED between Plaintiff, Renato Urena, and Defendants City of San Bernardino and Officers Davalos and Estrella pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's following claims only are dismissed with prejudice as listed below:

First Claim For Unlawful Detention and Arrest (42 U.S.C. §1983);

Third Claim For Relief for Unreasonable Search and Seizure, Denial of Medical Care (42 U.S.C. §1983);

Fourth Claim For Relief for Municipal Liability, Unconstitutional Custom, Practice, or Policy (42 U.S.C. § 1983);

Fifth Claim For Relief for Municipal Liability, Ratification (42 U.S.C. § 1983);

Sixth Claim For Relief for Municipal Liability, Failure to Train (42 U.S.C. § 1983); and

Seventh Claim For Relief For False Arrest / False Imprisonment.

IT IS SO STIPULATED.

DATED: March 5, 2026          LAW OFFICES OF DALE K. GALIPO

By: _____
DALE K. GALIPO
RENEE V. MASONGSONG
Attorneys for Plaintiff

DATED: March 5, 2026          CARPENTER, ROTHANS & DUMONT LLP

/s/ Scott J. Carpenter
By: _____
STEVEN J. ROTHANS
SCOTT J. CARPENTER
Attorneys for Defendants

///

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Scott J. Carpenter, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

/s/ Scott J. Carpenter