**STEVEN J. ROTHANS-State Bar No. 106579**
**SCOTT CARPENTER-State Bar No. 253339**
**CARPENTER, ROTHANS & DUMONT LLP**
**500 South Grand Avenue, 19th Floor**
**Los Angeles, CA 90071**
**(213) 228-0400 / (213) 228-0401 (Fax)**
srothans@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendants, City of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres Estrella, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | Case No: 5:24-cv-00341-JGB-ACCV |
| Plaintiff, | **DECLARATION OF SCOTT J. CARPENTER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT / PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, | Date: April 20, 2026<br>Time: 9:00 a.m.<br>Courtroom: 1 – Riverside |
| Defendants. | |

I, Scott J. Carpenter, declare that:

1. I am an attorney, duly licensed to practice law before all of the courts in the State of California, and an attorney at the law firm of Carpenter, Rothans & Dumont, attorneys of record for Defendants City of San Bernardino, a public entity, and Officers Davalos and Estrella in this action.

2. This declaration is made in connection with defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment in the above-entitled matter.

- 1 -

DECLARATION OF SCOTT J. CARPENTER

3. I state the following facts from my personal knowledge, except those facts stated on information and belief which I believe to be true, and if called as a witness I could and would so competently testify thereto under oath.

4. Per Local Rule 7-3, I certify that counsel for the parties conducted a meet and confer conference via telephone on February 27, 2026. Prior to the meeting, defense counsel sent plaintiff's counsel a meet and confer letter on February 25, 2026 outlining the bases of defendants' motion. During the meeting, counsel for the parties discussed claims that could possibly be dismissed. As a result of meet and confer efforts, the parties entered into a Stipulation For Dismissal With Prejudice of plaintiff's Claims 1, 3, 4, 5, 6, and 7 – namely, the claims for Unlawful Detention and Arrest (42 U.S.C. § 1983), Denial of Medical Care (42 U.S.C. § 1983), Monell (42 U.S.C. § 1983), Ratification (42 U.S.C. § 1983), Failure to Train (42 U.S.C. § 1983), and False Arrest / False Imprisonment. The parties were not able to agree as to Claim 2 related to Excessive Force (42 U.S.C. § 1983), nor the remaining state law claims. In addition, the parties disagreed as to the applicability of qualified immunity.

5. Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "1" is a true and correct copy of the declaration of Officer Jonathan Davalos.

6. Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "2" is a true and correct copy of the declaration of Officer Andres Estrella.

7. Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "3" is a true and correct copy of the relevant portions of the transcript of plaintiff's deposition taken on February 11, 2026.

8. Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "4" is a true and correct copy of Officer Davalos' body-worn camera footage from the February 10, 2023 incident.

|   |   |
|---|---|
| 1 | 9.      Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "5" is a true and correct copy of Officer Estrellas' body-worn camera footage from the February 10, 2023 incident. |
| 4 | 10.     Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "6" is a true and correct copy of the DNA testing laboratory results related to the 0.40 caliber handgun found at the scene of the incident. |
| 7 | 11.     Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "7" is a true and correct copy of the relevant portions of the transcript of the deposition of Officer Davalos taken on June 26, 2025. |
| 10 | 12.     Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "8" is a true and correct copy of the relevant portions of the transcript of the deposition of Officer Estrella taken on June 26, 2025. |
| 13 | 13.     Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "9" is a true and correct copy of the Docket in the case entitled *People v. Renato Alfonso Urena*, bearing case number FSB23000625, which is publicly available at https://cap.sb-court.org/. |
| 17 | 14.     Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "10" is a true and correct copy of the Felony Complaint in the Docket in the case entitled *People v. Renato Alfonso Urena*, bearing case number FSB23000625, related to the February 10, 2023 incident. |
| 21 | 15.     Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "11" is a true and correct copy of the Rule 26 Report of Brady Held. |
| 24 | 16.     Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "12" are true and correct copies of certain Still Photographs accompanying the Brady Held Report. |
| 27 | 17.     Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "13" is a true and correct copy of a slowed-down portion of |

Officer Davalos' body-worn camera footage from the February 10, 2023 incident, which was prepared by defense expert Brady Held.

18. Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "14" is a true and correct copy a stabilized portion of Officer Davalos' body-worn camera footage from the February 10, 2023 incident, which was prepared by defense expert Brady Held.

19. Attached to the Index of Supporting Evidence filed concurrently herewith as Exhibit "15" is a true and correct copy of the Plea Agreement in the case entitled *People v. Renato Alfonso Urena*, bearing case number FSB23000625, related to the February 10, 2023 incident.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of March 2026 at Los Angeles, California.

/s/ *Scott J. Carpenter*

_____

Scott J. Carpenter - Declarant

- 4 -

DECLARATION OF SCOTT J. CARPENTER