**STEVEN J. ROTHANS-State Bar No. 106579**
**SCOTT CARPENTER-State Bar No. 253339**
**CARPENTER, ROTHANS & DUMONT LLP**
500 South Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 (Fax)
srothans@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendants, City of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres Estrella, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | Case No.: 5:24-cv-00341-JGB-ACCV |
| Plaintiff, | **INDEX OF SUPPORTING EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, | Date: April 20, 2026<br>Time: 9:00 a.m.<br>Courtroom: 1 – Riverside |
| Defendants. | |

COME NOW Defendants City of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres Estrella, public employees, and hereby submit the following index of supporting evidence in support of their Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

///

///

INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

# INDEX OF SUPPORTING EVIDENCE

Declaration of Officer Davalos ............................................................... Exhibit "1"

Declaration of Officer Estrella ............................................................ Exhibit "2"

Portions of Deposition Transcript of Plaintiff ..................................... Exhibit "3"

Body-Worn Camera Video Footage from Officer Davalos ................ Exhibit "4"

Body-Worn Camera Video Footage from Officer Estrella ................. Exhibit "5"

DNA Laboratory Testing Results ........................................................ Exhibit "6"

Portions of Deposition Transcript of Officer Davalos ........................ Exhibit "7"

Portions of Deposition Transcript of Officer Estrella ......................... Exhibit "8"

Docket in *People v. Renato Alfonso Urena.* ......................................... Exhibit "9"

Felony Complaint in *People v. Renato Alfonso Urena* ...................... Exhibit "10"

Rule 26 Report of Brady Held ............................................................ Exhibit "11"

Certain Still Photographs From Held Report .................................... Exhibit "12"

Slowed-Down Portion of Officer Davalos BWC .............................. Exhibit "13"

Stabilized Portion of Officer Davalos BWC ..................................... Exhibit "14"

Plea Agreement in *People v. Renato Alfonso Urena* ......................... Exhibit "15"

DATED:  March 9, 2026           CARPENTER, ROTHANS & DUMONT

                                                /s/ *Scott J. Carpenter*

By: _____
STEVEN J. ROTHANS
SCOTT J. CARPENTER
Attorneys for Defendants