# EXHIBIT "3"

```
1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3

4    RENATO URENA, INDIVIDUALLY,   )
                                   )
5           PLAINTIFF,             )
                                   )
6       vs.                        ) CASE NO. 5:24-cv-
                                   )   00341-JGB-SHK
7    CITY OF SAN BERNARDINO,       )
     JONATHAN DAVALOS, ANDRES      )
8    ESTRELLA, AND DOES 1-10,      )
     INCLUSIVE,                    )
9                                  )
            DEFENDANT(S).          )
10   _____)

11

12

13         VIDEOTAPED REMOTE DEPOSITION OF

14                  RENATO URENA

15

16         Wednesday, February 11, 2026

17

...

23   Reported by:
     Christine C. Gordon
24   CSR No. 7709

25   Job No. 1009733
```

Page 1

### Page 2

```
 1         UNITED STATES DISTRICT COURT
 2         CENTRAL DISTRICT OF CALIFORNIA
 3
 4    RENATO URENA, INDIVIDUALLY,   )
                                    )
 5         PLAINTIFF,     )
                                    )
 6    vs.            )CASE NO. 5:24-cv-
                     )   00341-JGB-SHK
 7    CITY OF SAN BERNARDINO,     )
      JONATHAN DAVALOS, ANDRES    )
 8    ESTRELLA, AND DOES 1-10,    )
      INCLUSIVE,           )
 9                                  )
              DEFENDANT(S).    )
10    _____)
11
12
13        The Remote Videotaped Deposition of
14    RENATO URENA, was taken pursuant to Notice
15    of Deposition, via Zoom videoconferencing,
16    on Wednesday, February 11, 2026, commencing at
17    9:24 A.M., before Christine C. Gordon, CSR
18    No. 7709, a Certified Shorthand Reporter, in
19    and for the State of California.
20
21
22
23
24
25
```

### Page 3

```
 1        (All appearances were by videoconference.)
 2
 3    APPEARANCES:
 4
 5    FOR PLAINTIFF:
 6      LAW OFFICES OF JAMES TERRELL
        BY:  JAMES S. TERRELL, ESQ.
 7      15411 Anacapa Road
        Victorville, California 92392
 8      (769) 951-5850
        jim@talktoterrell.com
 9
10
11    FOR DEFENDANTS:
12      CARPENTER, ROTHANS & DUMONT LLP
        BY:  SCOTT J. CARPENTER, ESQ.
13      500 South Grand Avenue, 19th Floor
        Los Angeles, California 90071
14      (213) 228-0400
        scarpenter@crdlaw.com
15
16
17
18
19
20    VIDEOGRAPHER:
21      PHILIP CRUZ
22
23
24
25
```

### Page 4

```
 1             I N D E X
 2
      WITNESS:  RENATO URENA
 3
 4    EXAMINATION              PAGE:
 5    BY MR. CARPENTER            6
 6
 7
 8
 9
10         EXHIBITS
11    EXHIBITS                 PAGE:
12    1  Bodycam footage         101
13    2  Still image from bodycam  108
         footage
14
      3  Still image from bodycam  110
15       footage
16    4  Still image from bodycam  110
         footage
17
18
19
20    INFORMATION REQUESTED
21         (None)
22
23    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
24         (NONE)
25
```

### Page 5

```
 1         Wednesday, February 11, 2026;
 2             9:24 A.M.
 3
 4             ~oOo~
 5
 6      THE VIDEOGRAPHER:  Good morning.  We are now on
 7    the record at 9:24 A.M.
 8      My name is Philip Cruz, a video technician
 9    representing Bayside Reporting Company located in
10    Torrance, California.
11      This is the deposition of Mr. Renato Urena
12    on February 11, 2026, in the matter of Urena versus
13    City of San Bernardino, et al.  Case number is
14    5:24-cv-00341-JGB-SHK.
15      All parties are appearing remotely via Zoom
16    internet conferencing.
17      Today's deposition is being taken on behalf
18    of the defendants.
19      The court reporter today is Ms. Christine
20    Gordon of Bayside Reporting Company.
21      Counsel, please introduce yourselves and
22    state your appearances.
23      MR. TERRELL:  Jim Terrell on behalf of Mr. Urena.
24    I'm present with him.
25      MR. CARPENTER:  Scott Carpenter on behalf of
```

RENATO URENA - February 11, 2026

| | |
|---|---|
| 1  defendants.<br>2       THE COURT REPORTER: Good morning. My name is<br>3  Christine Gordon. I am a California Certified<br>4  Shorthand Reporter and the deposition officer for<br>5  today's deposition. My CSR license number is 7709.<br>6       I will now swear in the witness.<br>7       Please raise your right hand.<br>8       Do you solemnly swear that the testimony you<br>9  are about to give in this matter shall be the truth,<br>10  the whole truth, and nothing but the truth so help you<br>11  God?<br>12      THE WITNESS: Yes, ma'am.<br>13      THE COURT REPORTER: Thank you.<br>14<br>15           RENATO URENA,<br>16      having been first duly sworn, testified<br>17      as follows:<br>18<br>19           EXAMINATION<br>20  BY MR. CARPENTER:<br>21   Q   Good morning, sir.<br>22       Could you state and spell your full name<br>23  for the record?<br>24   A   My name is Renato Alfonso Urena,<br>25  R-E-N-A-T-O, Renato, Alfonso, A-L-F-O-N-S-O, and<br><br>Page 6 | 1       Urena, U-R-E-N-A.<br>2   Q   Thank you, sir.<br>3       Are you able to hear me clearly enough?<br>4   A   Yes, sir.<br>5   Q   Okay. Good.<br>6       So my name is Scott Carpenter. I represent<br>7  the City of San Bernardino and San Bernardino Police<br>8  Officers Estrella and Davalos in this lawsuit that<br>9  you brought against them that relates to a<br>10  February 10, 2023, incident in which you were shot<br>11  by the police.<br>12       Do you understand that?<br>13   A   Yes.<br>14   Q   Okay. Have you ever had your deposition<br>15  taken before?<br>16   A   This is the first time I have ever seen<br>17  you gentlemen or ladies.<br>18   Q   Okay. Have you ever sat for a deposition<br>19  like this in a civil lawsuit?<br>20   A   Never.<br>21   Q   Have you ever testified in court before?<br>22   A   Never.<br>23   Q   Okay. So I'm going to go over some ground<br>24  rules. Essentially I'm going to be asking you some<br>25  questions about that incident that we talked about.<br><br>Page 7 |
| 1       Now, if I refer to the incident from<br>2  February 10, 2023, as "the incident" or "the<br>3  shooting," you understand what I'm referring to?<br>4   A   Yes, sir.<br>5   Q   Okay. So I'm going to be asking you some<br>6  questions about the shooting, about the incident.<br>7       The court reporter just administered the<br>8  oath to you, so you're here to give the truth. It<br>9  has the same force and effect as if you were in<br>10  court in front of a jury and a judge.<br>11       Do you understand that?<br>12   A   Yes, sir.<br>13   Q   Okay. So your testimony here today is<br>14  under penalty of perjury, and even though you're in<br>15  a conference room and I'm over Zoom, it still has<br>16  that legal effect that you're here to testify<br>17  truthfully.<br>18       Do you understand?<br>19   A   Yes, sir.<br>20   Q   Okay. The court reporter is going to be<br>21  taking everything we say down into a written<br>22  transcript, so it's really important that we not<br>23  talk over one another, and that especially since I'm<br>24  over Zoom you please wait for me to finish my<br>25  questions before you respond.<br><br>Page 8 | 1       Is that okay?<br>2   A   Yes, sir.<br>3   Q   Thank you.<br>4       And you're doing a good job so far, but the<br>5  court reporter, because she's going to take<br>6  everything down into a written transcript, is going<br>7  to need audible, verbal responses such as a "yes" or<br>8  "no" rather than shaking your head, shrugging your<br>9  shoulders, that sort of thing.<br>10       Does that make sense?<br>11   A   Is this bothering you?<br>12       Yes, I got you. I got you.<br>13   Q   That's okay. Yeah. No.<br>14       And if I ask you -- because we're over Zoom<br>15  and you're in a room, it might get a little<br>16  difficult to hear you. If I ask you to speak up or<br>17  to repeat something, I'm not trying to bother you.<br>18  I'm just trying to get a clear record for the court<br>19  reporter.<br>20       Okay?<br>21   A   Yes, sir. Thank you.<br>22   Q   If you don't understand any of my<br>23  questions, just let me know. I'll try to rephrase<br>24  to the best of my ability.<br>25       If you need to take a break to use the<br><br>Page 9 |

### Page 22

1  Q   And could you give me an estimate as to
2  what you currently weigh?
3  A   215 pounds.
4  Q   And then could you give me an estimate as
5  to how much you weighed back in February of 2023?
6  A   Like 201.
7  Q   Are you left handed or right handed?
8  A   Right handed.
9  Q   And you were right handed back as of
10 February 10, 2023?
11 A   Yes, sir.
12 Q   And did you have a Driver's License back in
13 February, 2023?
14 A   No, sir.
15 Q   And when was the last time you had a
16 Driver's License, if ever?
17 A   I think 2001.
18 Q   Were you on any disability as of February,
19 2023?
20 A   No.
21 Q   Did you graduate from high school, sir?
22 A   GED.
23 Q   And when did you obtain that?
24 A   March, 2007.
25 Q   Did you say "March"?

### Page 23

1  A   Yes, sir.
2  Q   And was that at -- where was that?
3  A   Chino State Prison.
4  Q   Have you ever attended high school?
5  A   No, sir.
6  Q   Other than your GED have you done any other
7  schooling?
8  A   Electrician.
9  Q   You went to school to be an electrician?
10 A   I'm in the process of electronics at
11 Centinela State Prison.
12 Q   And were you taking any courses when you
13 were in Centinela?
14 A   That's where I was taking, yeah,
15 electric -- what do they call it?  They just call
16 it "electronics."  I was barely getting into it.  I
17 had barely started when I paroled, before I
18 paroled.
19 Q   Okay.  Do you recall approximately how long
20 had you been taking any courses to be an electrician
21 when you were in Centinela before you were paroled?
22 A   Well, that's when Covid hit, so that
23 stopped everything pretty much, but like I'd say I
24 had at least four months before -- before Covid
25 hit.

### Page 24

1  Q   Did you obtain any certificates or licenses
2  as a result of those courses?
3  A   Yes, I had -- I had quite a few
4  certificates.
5  Q   Sorry.  Could you repeat that?  I didn't
6  catch that.
7  A   Yes.  I acquired like three certificates.
8  Q   Okay.  And do you have an understanding of
9  what those certificates entailed?
10 A   One was for like environment, had to do
11 with environment and like the equipment that I was
12 going to be using in electrical field, how it
13 affected the environment.  They call it "rebook,"
14 and there's a booklet that everybody takes.
15     It's almost pretty much the same for all
16 trades.  I forgot the name of the book, but like I
17 said, I barely started, so like I didn't get a
18 chance to really put into memory what certificates
19 that I did receive though.
20 Q   Okay.  But you didn't receive any licenses
21 to be able to practice as an electrician; correct?
22 A   No.  I received -- well, the certs I
23 received, the way my teacher explained it to me,
24 like I say, once you start the electrical field of
25 work that you get an I.D. number, I guess you can

### Page 25

1  say.  And like if I were to go to an employer, I
2  would give them that number, and he would know like
3  where I'm at in training and all that --
4  Q   Okay.
5  A   -- or whatnot.
6  Q   Okay.  Had you ever done any electrical
7  work at all?
8  A   Yeah, I've done some.  Yes, sir.
9  Q   Outside of the courses you were taking?
10 A   Yes, sir.
11 Q   Okay.  Have you ever received any income
12 from any electrical work that you have done?
13 A   Yes.
14 Q   About how much income have you received for
15 electrical work?
16 A   It's just piecework.  I really couldn't
17 say, but it was like a day or two like 300 bucks,
18 you know.
19 Q   Are you currently enrolled in any type of
20 courses or schooling?
21 A   No.  No, sir.
22 Q   Any plans of attending any other schooling?
23 A   I would like to.
24 Q   What would you like to do?
25 A   Electric.  Electric -- electrician.

### Page 34

```
 1   police officers --
 2       A    Yes.
 3       Q    -- you ultimately have been taken into
 4   custody?
 5       A    Yes, sir.
 6       Q    Have there been any times prior to
 7   February, 2023, where you ran from officers but were
 8   able to evade arrest?
 9       A    No.
10       Q    And those three or four other times you had
11   run from police officers, no force had been used
12   against you when taking you into custody?
13       A    No, sir.
14       Q    Had you ever been shot prior to February
15   10, 2023?
16       A    Never.
17       Q    Where were you when you were first
18   contacted by the San Bernardino Police Officers in
19   the morning of February 10, 2023?
20       A    14th Street and Val Verde.
21       Q    Did you say "14th Street"?
22       A    Yes, and Val Verde.
23       Q    And you were in a vehicle driving; correct?
24       A    Yes, sir.
25       Q    And whose vehicle was it?
```

### Page 35

```
 1       A    Anna Lisa's.
 2       Q    And what type of vehicle was it?
 3       A    Nissan.
 4       Q    And you didn't have a Driver's License at
 5   that time; correct?
 6       A    Correct.
 7       Q    Sorry.  I didn't hear you.  Did you say
 8   "no"?
 9       A    No, sir.
10       Q    And you were on parole at that time?
11       A    Yes, sir.
12       Q    Okay.  And where were you driving to?
13       A    To see my kids.  Not all of them, but to
14   see one of my kids.
15       Q    And which child were you going to go visit
16   with?
17       A    My son.
18       Q    And what's their name?
19       A    Renato.
20       Q    And where were you going to go meet him?
21       A    I forgot what street it was.  It was at
22   someone's house, and I was just supposed to pick
23   him up.
24       Q    Did you have plans to do anything with him
25   after you picked him up?
```

### Page 36

```
 1       A    No.
 2       Q    And I believe you said you were just
 3   supposed to pick him up at someone's house, but you
 4   don't know whose house it was?
 5       A    Yeah.  No, my son, he -- yeah.
 6       Q    And you weren't working that day; is that
 7   correct?
 8       A    No.
 9       Q    Did Anna Lisa know you were using her car
10   at that time?
11       A    Yes.
12       Q    And would she let you borrow that Nissan?
13       A    Yes.
14       Q    And do you know what she was doing that
15   day?
16       A    She was working.
17       Q    And where did she work at that time?
18       A    An outpatient up there in Loma Linda.
19       Q    Sorry.  Could you repeat that?
20       A    Some outpatient hospital right there in
21   Loma Linda that's connected to the Loma Linda
22   Hospital.
23       Q    And what did she do for that outpatient
24   hospital?
25       A    I'm not sure.  I forgot the name, what
```

### Page 37

```
 1   like her actual position is.
 2       Q    Is she a nurse or a doctor or any type of
 3   medical provider to your knowledge?
 4       A    She prepares the rooms and cleans up after
 5   surgeries.
 6       Q    Prior to being contacted by the police
 7   officers in the morning of February 10, 2023, where
 8   had you been coming from?
 9       A    (Inaudible.)
10       Q    Sorry, I didn't hear you.  Could you please
11   repeat?
12       A    An associate of mine.  A friend, yeah.
13       Q    You were visiting with a friend?
14       A    Yes.
15       Q    Okay.  And do you recall their name?
16       A    Monica.
17       Q    Monica?
18       A    Yeah.
19       Q    And do you have a last name for Monica?
20       A    No.
21       Q    And where were you with Monica prior to
22   driving to pick up your son?
23       A    On K.  On K Street.  K Street right there.
24   It's like a -- it's like a little street off of
25   14th Street.
```

RENATO URENA - February 11, 2026

**Page 38**

1  Q   Okay. So somewhere near 14th and K?
2  A   Yeah, somewhere like that.
3  Q   Would that have been a house or apartment?
4  A   A house.
5  Q   Is that Monica's house?
6  A   I couldn't even tell you. She had just
7  been -- I guess you could say she's fighting
8  cancer, so like she's not doing too well. I mean,
9  I just went to see like -- yeah, she's doing bad,
10 you know. She's got cancer.
11 Q   Okay. So she was sick, and you were just
12 going to visit with her that morning?
13 A   Yeah, just encourage her. She's sick.
14 She's got cancer.
15 Q   Is Monica still alive currently?
16 A   That I am aware of, yes.
17 Q   And do you recall approximately what time
18 you left that house on K Street prior to being
19 contacted by the police officers?
20 A   It was early. It was early in the
21 morning, you know. Before 12:00. Before 10:00.
22 Q   Would you say you left that house just a
23 few minutes before the police --
24 A   Yes, sir.
25 Q   -- contacted you?

**Page 39**

1  A   Yes, sir.
2  Q   It wasn't like hours before the police
3  contacted you; right?
4  A   It was right after.
5  Q   And how long had you been at that house on
6  K Street?
7  A   Maybe half hour. Yeah, half hour. Under
8  an hour. Under half an hour, something like that.
9  Q   And where had you been prior to that house?
10 A   A casino.
11 Q   And do you recall the name of the casino?
12 A   San Manuel right there in San Bernardino.
13 Q   Is that the one in Highland?
14 A   Yes, sir.
15 Q   And how long had you been at that casino?
16 A   A couple hours.
17 Q   Do you recall when you left the casino?
18 A   Early in the morning.
19 Q   Would that have been after 4:00 A.M.?
20 A   Yeah.
21 Q   Had you been drinking in the 12 hours prior
22 to being contacted by the police?
23 A   I don't drink. Water.
24 Q   Had you been -- had you consumed any
25 recreational drugs before being contacted by the

**Page 40**

1  police officers?
2  A   No. That morning I was sober.
3  Q   So you hadn't had any alcohol or drugs in
4  the 24 hours before being contacted by the police
5  officers?
6  A   Marijuana. Marijuana, but that was it.
7  Q   Okay. When had you consumed any marijuana
8  prior to being contacted by the police officers?
9  A   Like 15 minutes before that.
10 Q   I'm sorry?
11 A   15 minutes before.
12 Q   15 minutes before the police contacted you?
13 A   I'd say 15 minutes.
14 Q   Would that have been at the K Street house?
15 A   Yeah.
16 Q   Did you go to the casino with anybody?
17 A   No.
18 Q   Were you on any medication at that time?
19 A   Suboxone.
20 Q   Could you spell that?
21 A   Your guess would be as good as mine.
22 Suboxone. A spelling for it I couldn't tell you.
23 Q   And is that medication that was prescribed
24 to you?
25 A   Yes.

**Page 41**

1  Q   And what was your understanding of what
2  that medication was supposed to be for?
3  A   It's an anti-opiate to keep me from doing
4  opiates.
5  Q   Like to treat addiction?
6  A   Yes.
7  Q   And how long had you been on Suboxone?
8  A   2021.
9  Q   And the other drugs or medication that you
10 had taken in the 24 hours prior to being contacted
11 by the police officers, how much marijuana would you
12 say you consumed in those minutes before the police
13 contacted you?
14 A   Just a hit. Like half a cigarette.
15 Q   When was the last time you had slept prior
16 to your encounter with the police on February 10,
17 2023?
18 A   That day. The day before.
19 Q   When you say "the day before," can you give
20 me an estimate as to what time you last slept?
21 A   The day before. I'd go to sleep at 10:00,
22 11:00, and wake up at 10:00 the next day.
23 Q   Okay. Just so I make sure I understand
24 correctly, you believe you woke up around 10:00
25 A.M. on --

**Page 42**

1  A   The day previously.
2  Q   -- February 9th, 2023?
3  A   Yes.
4  Q   Okay.  And do you recall how many hours of
5  sleep you had gotten that night?
6  A   No.  I don't record or -- no, sir.
7  Q   Okay.  Do you recall the last time you may
8  have eaten a meal before your encounter with the
9  police on February 10th, 2023?
10 A   Around at lunch.
11 Q   Do you recall approximately what time that
12 was?
13 A   No.
14 Q   Would it have been before you got to the
15 K Street house?
16 A   Oh, yes.
17 Q   And just so I understand, you were living
18 at the Fourth Street apartment at that time; right?
19 A   Yes, sir.
20 Q   On February 9th, 2023, do you think you had
21 worked at all?
22 A   No.  We were in the middle of waiting for
23 another job.
24     The guy I was working for just started a
25 startup, and it was word of mouth, and a couple

**Page 43**

1  days.
2      Most of the time between jobs would be
3  maybe a week, 10 days, but it was usually just
4  nonstop working, you know.
5  Q   Do you recall like what if anything you had
6  been doing prior to going to the casino in the
7  evening of February 9th, 2023?
8  A   Enjoying the day.
9  Q   Do you recall any specific activities you
10 were doing?
11 A   Just sitting there enjoying the day
12 outside looking at the sky.  I'm out of prison, out
13 of jail, enjoying freedom.
14 Q   So at some point you leave the K Street
15 house, and a few minutes later you get contacted by
16 the San Bernardino police officers?
17 A   Yes, sir.
18 Q   How did you first become aware of there
19 being police officers driving behind you?
20 A   Ever since I left the K Street house they
21 were behind me.
22 Q   When you first noticed the police
23 officers --
24 A   I was on 14th Street.
25 Q   And when you first noticed them, had they

**Page 44**

1  activated their lights and siren at that point?
2  A   They were just following me.
3  Q   Okay.  So you were driving on 14th
4  Street --
5  A   Yes, sir.
6  Q   -- and you see the police car behind you;
7  is that correct?
8  A   Yes, sir.
9  Q   At some point after driving for a little
10 while did they ultimately activate their lights and
11 siren?
12 A   Yes, sir.
13 Q   About how long in terms of time was it
14 between the time you first noticed the car behind
15 you, the police car behind you, to when they
16 activated the lights and siren?
17 A   A couple minutes.
18     14th Street is a long street.
19 Q   Could you estimate how long in terms of
20 distance you drove with the police car behind you
21 before it activated its lights and siren?
22 A   No, but it seemed like a long time it was
23 behind me.  I noticed it.  I had seen (inaudible.)
24 Q   Could you say you drove more than a block?
25 A   Oh, yeah.

**Page 45**

1  Q   More than three blocks with the police car
2  behind you before it activated its lights?
3  A   They were taking a little less than three
4  blocks.
5  Q   What was your reaction to seeing the police
6  vehicle behind your car?
7  A   Nothing.  Just like acting normal.
8  Q   Do you recall what cross street you were
9  near when the police car first activated its lights
10 and siren?
11 A   Oh, when they activated their siren I was
12 on Mr. Vernon and 14th Street.
13 Q   Had you already turned onto Mr. Vernon at
14 that point?
15 A   I was in the process of turning.
16 Q   And after the lights and siren on the
17 police car were activated what was your reaction?
18 A   I was running.
19 Q   Did you say you were "running"?
20 A   Yep.
21 Q   Did you understand that the police officers
22 were attempting to pull you over?
23 A   Yep.  Yes, sir.
24 Q   So you chose not to immediately pull over
25 to the side of the road; is that correct?

RENATO URENA - February 11, 2026

## Page 46

```
 1    A    Yeah.
 2    Q    Why not?  Why didn't you pull over?
 3    A    Well, there was a gun on me.
 4    Q    Okay.  What kind of gun was it?
 5    A    A .40 caliber.
 6    Q    And when you say it was on you, was it on
 7  your body at that time?
 8    A    In my pouch.
 9    Q    I'm sorry.  Can you say that again?
10    A    My pouch.  I was wearing a sweater that
11  had a pouch.
12    Q    Yeah, what type of clothing were you
13  wearing at that time?
14    A    An Adidas sweater.  It was a hoodie with a
15  pouch in the center.
16    Q    Okay.  And were you wearing jeans?
17    A    Yes, sir.
18    Q    And this hoodie sweatshirt had a pouch at
19  sort of the front waistband area?
20    A    Yes, sir.
21    Q    Where normally your hands could go?
22    A    Yes.
23    Q    And this handgun was in that pouch at that
24  time when you were first contacted by the police?
25    A    Yes, sir.
```

## Page 47

```
 1    Q    And why were you armed at that time?
 2    A    San Bernardino.
 3    Q    Just that it's --
 4    A    San Bernardino is a dangerous place.
 5    Q    Dangerous place.
 6         Where did you get the firearm?
 7    A    Found it.
 8    Q    When did you find it?
 9    A    The day -- a couple days before.
10    Q    Do you recall where you found it?
11    A    Someone's front yard.
12    Q    Did you say "someone's yard"?
13    A    Yeah.
14    Q    And so that would have been February 9th,
15  2023?
16    A    Exact dates and all that, I wasn't really
17  keeping a calendar.  I was just enjoying my
18  freedom.  Every morning I wake up is a joy to me.
19  I was free.
20    Q    Okay.  But you took possession of it, you
21  know, a day or so before the shooting?
22    A    Previously, yes, sir.
23    Q    And your understanding is that it was
24  illegal for you to have possession of that firearm
25  at the time?
```

## Page 48

```
 1    A    Yes, sir.
 2    Q    And were you afraid that the officers were
 3  going to discover the gun when -- if they pulled you
 4  over?
 5    A    Yeah.  That's why I ran.
 6    Q    You were determined to run from the
 7  officers; is that correct?
 8    A    Yes, sir.
 9    Q    Okay.  So after the lights and siren were
10  activated, I think you said you were in the process
11  of turning onto Mr. Vernon; is that correct?
12    A    Yes, sir.
13    Q    And so then you drove the Nissan across Mr.
14  Vernon into the opposing lane; is that correct?
15    A    I don't know.  I wasn't in it no more.
16    Q    You weren't in the vehicle?
17    A    No.
18    Q    At some point you got out of the vehicle;
19  correct?
20    A    Yeah, as soon as the sirens turned on.
21    Q    Do you remember if you put the vehicle in
22  park or not?
23    A    I just -- I didn't pay attention.  I was
24  running.
25    Q    And when you started running did you have
```

## Page 49

```
 1  any plan of where you were running to?
 2    A    Anywhere.  Anywhere away from the
 3  officers.
 4    Q    Okay.  And other than the lights and siren,
 5  was there anything that you had observed that led
 6  to you running from the officers on February 10,
 7  2023?
 8    A    Not that I know of.
 9    Q    Did you see the officers do anything before
10  you started running away?
11    A    I don't know.  I was -- no, sir.
12    Q    Did the -- prior to the -- strike that.
13         Prior to you running did the officers make
14  any statements to you like over a loud speaker or a
15  bullhorn?
16    A    No.
17    Q    And so prior to you running they hadn't
18  threatened to harm you; correct?
19    A    No, sir.
20    Q    Prior to you running they hadn't pointed
21  any weapon at you; correct?
22    A    No, sir.
23    Q    And prior to you running they hadn't made
24  any physical contact with you; correct?
25    A    No, sir.
```

RENATO URENA - February 11, 2026

---

**Page 50**

1  Q   To your knowledge where were the officers
2  when you first got out of the car that you had been
3  driving?
4  A   In their vehicle.
5  Q   At some point did you see the officers get
6  out of their police vehicle and pursue you?
7  A   I never took the time to look.
8  Q   And at some point when you were running
9  away from the officers did you become aware that
10 they were running after you?
11 A   Yes, sir.
12 Q   And how many officers were there?
13 A   There were two.
14 Q   And how far away were the officers from you
15 when you first became aware that they were on foot
16 pursuing you?
17 A   Can you restate that question, please?
18 Q   Could you give an estimate as to how far
19 away in terms of feet the officers were from you
20 when you first became aware that they were running
21 after you?
22 A   No, sir.
23 Q   And after you got out of your vehicle and
24 started running, can you kind of describe the area
25 you were running through?

---

**Page 51**

1  A   A field.
2  Q   Did you say "a field"?
3  A   Yes, sir.
4  Q   And I know ultimately you made it to a
5  vacant field where there was a lot of grass and
6  bushes; correct?
7  A   Yes, sir.
8  Q   And that's where the shooting occurred?
9  A   Somewhere out there, yes, sir.
10 Q   Prior to that grassy field you had been
11 running through like a vacant concrete lot; is that
12 correct?
13 A   Asphalt, yes, sir.
14 Q   Asphalt.
15     When you were running through that vacant
16 lot did you hear the officers say anything to you
17 during that time?
18 A   Yes, sir.
19 Q   What did you hear them say?
20 A   "Stop or I'll kill you.  You're going to
21 die.  Drop the gun.  Stop."
22 Q   Did you hear them say anything else to you
23 during that time you were running through the vacant
24 lot?
25 A   "I'm going to kill you.  Stop.  I'm going

---

**Page 52**

1  to kill you, make me shoot you.  Stop."
2  Q   Did you hear them say to show your hands?
3  A   No.
4     "Stop.  I'm going to kill you."  That's
5  it.  "Stop.  Stop running."
6  Q   Did you ever hear them say to stop
7  reaching?
8  A   Yeah, I could say that probably in their
9  saying "Stop.  I'm going to kill you.  Stop
10 reaching.  Stop.  I'm going to kill you."
11 Q   As you were running through the vacant lot
12 did you say anything to the officers?
13 A   No, sir.
14 Q   Could you give an estimate as to how far in
15 terms of feet it was where you were running through
16 the lot before you got to the grassy field?
17 A   What do you mean?
18 Q   As you get out of your car and run through
19 the asphalt lot before you get to the grassy field,
20 could you give an estimate as to how far that was
21 that you ran through the lot?
22 A   There were cars.  I'm making a right turn.
23 The officers beat me.  Maybe 30 yards.  30 yards.
24 Somewhere around there.
25 Q   30 yards to run through the lot?

---

**Page 53**

1  A   Yes, sir.
2  Q   Okay.  Could you give me an estimate as to
3  how long in terms of time you were running through
4  that lot?
5  A   No.  It's just -- it's just a matter of
6  seconds.  A high octane moment, I guess you could
7  say.  In time, no.  You know, it's all happening
8  like fast.
9  Q   To your recollection, when you were running
10 through that lot, how did you move your hands and
11 arms when you were running from the police officers?
12 A   (Inaudible.)
13 Q   Just arms by your sides?
14 A   And I got to hold up my pants because they
15 are -- I don't have -- I don't have like a big
16 butt, so my pants fall off quite easily, so you got
17 to hold your pants up at the same time.  Everything
18 is jiggling.  You've got to hold your pants up.
19 You've got to hold your pants up.
20 Q   So were you grabbing towards your waistband
21 area in order to hold your pants up?
22 A   Like if I were to get up now, I would have
23 to grab my pants because, once again, I don't have
24 a backyard that will stop it.  I mean, it will
25 slide down, you know, unless I have it real, real

---

RENATO URENA - February 11, 2026

### Page 62

1  no gun.  There's no reason.  Why are they shooting
2  me?
3      Q    When the shots were being fired, did at any
4  point you put your hands up above the grass and
5  bushes?
6      A    The whole time I'm being shot when it's
7  happening and I'm just like (indicating).
8      Q    Your hands were making contact with the
9  ground?
10     A    Yeah.  I'm on the ground.  I'm on the
11  ground.
12          And at first we seen the dust, you know.
13  That means they are shooting still.  The dust --
14  they are not coming up on their own.  These are
15  bullets that are happening.  They are shooting
16  still.  They are shooting me, and my body is
17  feeling them.
18     Q    Did you recall the officers saying anything
19  to you while the shots were going on?
20     A    All the talk is over.  Talking has been
21  over.
22     Q    Did you say anything to them while the
23  shots were being fired?
24     A    No.  I was talking to God.  I was asking
25  God to forgive me.  Like I know I'm going to die,

### Page 63

1  and I was like, "Forgive me, God.  Forgive me, God,
2  but take me home, you know."
3      MR. CARPENTER:  Okay.  We've been going for
4  about another hour.  Let's take another break.
5      THE VIDEOGRAPHER:  We're off the record at
6  11:07 A.M.
7          (Recess.)
8      THE VIDEOGRAPHER:  We're back on record at
9  11:25 A.M.
10  BY MR. CARPENTER:
11     Q    Okay.  Sir, back on the record.
12          And you realize you're still under oath?
13     A    Yes, sir.
14     Q    Okay.  After the shooting occurred
15  paramedics were ultimately called to the scene;
16  correct?
17     A    Yes, sir.
18     Q    After you were shot did you lose
19  consciousness at any point in time while you were in
20  that field area?
21     A    I thought I did.  Well, when I'm sitting
22  there and I'm asking God to forgive me, I thought I
23  died.  I thought -- I didn't know that I lived
24  until I woke up in Arrowhead Regional Hospital.
25     Q    Okay.  So the shooting occurred, and you

### Page 64

1  were laying in the field, and I believe you said you
2  were praying, and then at some point you woke up in
3  the hospital?
4      A    Yes, sir.
5      Q    Okay.  So do you recall having any
6  conversations with the paramedics?
7      A    No.  No, sir.
8      Q    Do you recall any statements between you
9  and the paramedics while you were being treated by
10  them before getting to the hospital?
11     A    No.
12     Q    And you said it was Arrowhead Regional
13  Hospital?
14     A    Yes.  Yes, sir.
15     Q    And how long were you in Arrowhead Regional
16  after the shooting?
17     A    Almost two months.  The middle of March.
18  Yeah, like two months.
19     Q    Do you recall approximately how long after
20  the shooting it was until you woke up at Arrowhead?
21     A    I think a week and a half.
22     Q    Did you say "a week and a half"?
23     A    Yeah, I thought it would be like a week
24  and a half.
25     Q    And when you woke up do you recall having

### Page 65

1  any conversations with any doctors or medical
2  providers at the time?
3      A    Yeah.  Yes, sir.
4      Q    Do you recall what they told you?
5      A    Well, no.  Well, they pulled this based on
6  your being in a coma or whatever they put a -- they
7  put something down your throat where your lungs can
8  breathe or whatnot.
9          My first recollection was they took that
10  out, and I'm like, "I got to go pee," and they
11  handed me a plastic urinal.  I guess it's a
12  container with a cap on it, and I go to pee.  I'm
13  thinking I'm going to put it down there to pee, but
14  pee is going everywhere, and I looked down, and
15  there's just a hole where I thought my penis should
16  be, and I thought that they shot it off, and I
17  screamed.  I'm screaming like, "What are you --
18  what do you mean?  I can't see my -- there is no
19  penis.  My member is gone."
20          And Officer Fisher had to soothe me.
21  Well, not really soothe me, but an officer or
22  sheriff said, "It's okay."
23          I guess I snapped.  I was screaming like,
24  "You should have just killed me.  You should have
25  just killed me, especially if you shoot my penis

RENATO URENA - February 11, 2026

---

**Page 122**

1  MR. CARPENTER: I'm going to take just a quick
2  five minutes and just look over my notes, but then
3  I think we should be done.
4     THE WITNESS: Go ahead. Thank you.
5     THE VIDEOGRAPHER: Off the record at 1:30 P.M.
6        (Recess.)
7     THE VIDEOGRAPHER: We're back on the record at
8  1:34 P.M.
9  BY MR. CARPENTER:
10    Q   Okay. Sir, after the shooting had you had
11 any other encounters with San Bernardino Police
12 Officers?
13    A   Yeah. Well, not San Bernardino. San
14 Bernardino Sheriff.
15    Q   Okay. But not the City of San Bernardino
16 Police Officers?
17    A   No, sir.
18    Q   Have you had any interactions with the
19 officers Officer Davalos or Estrella, since the
20 shooting?
21    A   No, sir.
22    Q   Are there any mental health complaints that
23 you attribute to the shooting?
24    A   I cannot complain. A lot of things are
25 wrong, but I can't bring it up in prison or jail.

---

**Page 123**

1     Q   Do you feel you suffer from any mental
2  health issues as a result of the shooting?
3     A   Yeah. Yes, sir.
4     Q   And can you describe what types of mental
5  health issues you feel you suffer from as a result
6  of the shooting?
7     A   What kind of man -- this is my own
8  thinking. I'm not even a man. Do you understand
9  what I'm saying? Like I'm in a chicken coop with
10 all kinds of chickens but I cannot mate with the
11 chickens. I'd be a liar if I said I don't wish
12 that. A lot of lonely, strenuous nights thinking
13 on that, yeah.
14    Q   Do you feel you suffer from depression or
15 anxiety or anything as a result of the shooting?
16    A   A lot of those. I'm scared. I'm scared
17 to say anything, scared. Scared of a lot of
18 things.
19    Q   Do you ever experience flashbacks or
20 nightmares of the shooting?
21    A   No, I just -- I try not to think about it.
22    MR. CARPENTER: That's all I have.
23    MR. TERRELL: I have no questions.
24    THE VIDEOGRAPHER: Okay. This concludes the
25 deposition of Mr. Renato Urena. We're off the record

---

**Page 124**

1  at 1:38 P.M.
2     THE COURT REPORTER: Mr. Terrell, would you like
3  to order a copy of the transcript?
4     MR. TERRELL: Yes, please.
5     THE COURT REPORTER: Okay. Thank you.
6     MR. TERRELL: Thank you.
7        (Whereupon the deposition proceedings
8        were concluded at 1:38 P.M.)

---

**Page 125**

1              DECLARATION AND ERRATA SHEET
2
3     I declare under penalty of perjury that I have
4  read the foregoing transcript of my deposition
5  testimony taken on Wednesday, February 11, 2026, in
6  _____, California, and that, with the following
7  exceptions, the transcript is a true record of the
8  testimony given by me at that deposition:
9
10 Page/Line   Should read        Reasons for Change:
11 _____   _____     _____
12 _____   _____     _____
13 _____   _____     _____
14 _____   _____     _____
15 _____   _____     _____
16 _____   _____     _____
17 _____   _____     _____
18 _____   _____     _____
19 _____   _____     _____
20 _____   _____     _____
21 _____   _____     _____
22
23 _____   _____
24 DATE            RENATO URENA
25

RENATO URENA - February 11, 2026

```
 1   COUNTY OF LOS ANGELES,   )
 2   STATE OF CALIFORNIA.     )
 3
 4      I, CHRISTINE GORDON, Certified Shorthand Reporter,
 5   licensed in the State of California, License No. 7709,
 6   hereby certify that the deponent was first duly sworn
 7   and the foregoing testimony was reported by me and was
 8   thereafter transcribed with computer-aided
 9   transcription; that the foregoing is a full, complete,
10   and true record of said proceeding.
11      I further certify that I am not of counsel or
12   attorney for either or any of the parties in the
13   foregoing proceeding and caption named or in any way
14   interested in the outcome of the cause in said
15   caption.  The dismantling, unsealing, or unbinding of
16   the transcript will render the reporter's certificate
17   null and void.
18      In witness whereof, I have hereunto set my hand
19   this day:  February 23, 2026.
20      ____ Reading and signing was requested.
21      ____ Reading and signing was waived.
22      __X_ Reading and signing was not requested.
23          _____
24           CHRISTINE GORDON,  CSR NO. 7709
25
```

Page 126