# EXHIBIT "4"

**BWC J. Davalos**