# EXHIBIT "5"

**BWC A. Estrella**