# EXHIBIT "6"

RIVERSIDE/SAN BERNARDINO
CAL-DNA LABORATORY
711 E. Rialto Avenue, San Bernardino, CA 92415

**LABORATORY REPORT**
**LIMS 23-01333-D-01**

**AGENCY CASE NO.** SB2300015413
**AGENCY** SAN BERNARDINO POLICE DEPARTMENT
**CASE AGENT** KEITH

*The information above is provided by the agency.*

**REPORT TYPE(S)** DNA - STR (445)
**ANALYSIS START DATE** December 22, 2023
**REPORT DATE** January 04, 2024

**ANALYST** Jon Souw
**TITLE** Criminalist II
**REPORT SIGNED ON** January 04, 2024

**PAGE NO. 1 – TOTAL PAGES 4**

SB2300015413                     January 04, 2024                     23-01333-D-01

## EVIDENCE

**BC 23SB001792**
**Item G:** Swabs from Glock 22, 40 caliber handgun
*Additional items were present but not examined.*

**BC 23SB001791**
**Item H:** Reference buccal swabs collected from suspect Renato Urena

*Unless otherwise stated, evidence is released to the control of the San Bernardino County Sheriff's Central Property and Evidence Unit for storage or disposition. Remaining work product generated from DNA analysis (including DNA extracts and controls) is generally not retained by the laboratory. Refer to the DNA Case Acceptance Policy for exceptions and their retention times.*

*Remaining DNA extract was retained as evidence under* **BC 2442000304** *for the following consumed items: G-1 and G-2*

## EXAMINATIONS

**Item G-1:** Swab from Glock 22, 40 caliber handgun
**Item G-2:** Swab from Glock 22, 40 caliber handgun
  -DNA analysis

DNA from selected suitable samples underwent STR typing using the GlobalFiler amplification kit. These results were compared to the following reference sample STR-DNA results:

**Item H:** Reference buccal swab collected from Renato Urena

## RESULTS/CONCLUSIONS

### Item G-1: Swab from Glock 22, 40 caliber handgun

   DNA:   Two contributors (male DNA present)
   CODIS: No entries; profiles not eligible

This analysis provides very strong support for the proposition that Renato Urena is one of the contributors of the DNA obtained from the swab from the Glock 22, 40 caliber handgun. The DNA results obtained from the swab from the Glock 22, 40 caliber handgun are at least 47 septillion ($4.7 \times 10^{25}$) times more likely if Renato Urena and an unrelated, unknown individual are the contributors than if two unrelated, unknown individuals are the contributors.

SB2300015413            **January 04, 2024**            23-01333-D-01

### Item G-2: Swab from Glock 22, 40 caliber handgun

DNA: Two contributors (male DNA present)
CODIS: No entries; profiles not eligible

This analysis provides very strong support for the proposition that Renato Urena is one of the contributors of the DNA obtained from the swab from the Glock 22, 40 caliber handgun. The DNA results obtained from the swab from the Glock 22, 40 caliber handgun are at least 47 septillion ($4.7 \times 10^{25}$) times more likely if Renato Urena and an unrelated, unknown individual are the contributors than if two unrelated, unknown individuals are the contributors.

*Any opinions, interpretations, or conclusions in this report are based upon data in the associated laboratory case record.*

*If relevant reference samples are obtained for comparison, submit them to the laboratory along with a DNA request form.*

*This report does not contain all of the information needed to independently evaluate the work performed or independently interpret the data. Such an evaluation requires a review of the case record.*

### ADDITIONAL INFORMATION

*Likelihood Ratio* calculations are a comparison of the probabilities of a given set of genetic data under two mutually exclusive hypotheses. All likelihood ratios were calculated using propositions based on the available case information at the time of analysis. Additional likelihood ratio calculations using appropriate alternate propositions will be considered upon request.

Verbal Scale Information
As likelihood ratios increase in magnitude, the scale reflects stronger degrees of support. This scale is based on the recommendations of the Scientific Working Group on DNA Analysis Methods (SWGDAM).

| Calculated Likelihood Ratio | Verbal Qualifier |
|---|---|
| 0.001 to variable* | Uninformative |
| Greater than 1 to less than 100 | Limited Support |
| 100 to less than 10,000 | Moderate Support |
| 10,000 to less than 1 million | Strong Support |
| Greater than or equal to 1 million | Very Strong Support |

* An upper uninformative threshold is determined for selected samples using a statistical tool. Likelihood ratios less than 0.001 are reported as the person of interest being *excluded*.

**PAGE NO. 3 – TOTAL PAGES 4**

SB2300015413                    **January 04, 2024**                    23-01333-D-01

Likelihood ratios are calculated for four populations; African American, Asian, Caucasian and Hispanic, and the lowest likelihood ratio value is reported. Population data was obtained from a National Institute of Standards and Technology (NIST) population database.

Numeration table

| | | |
|---|---|---|
| 1 million | $= 10^6$ | $= 1,000,000$ |
| 1 billion | $= 10^9$ | $= 1,000,000,000$ |
| 1 trillion | $= 10^{12}$ | $= 1,000,000,000,000$ |
| 1 quadrillion | $= 10^{15}$ | $= 1,000,000,000,000,000$ |
| 1 quintillion | $= 10^{18}$ | $= 1,000,000,000,000,000,000$ |
| 1 sextillion | $= 10^{21}$ | $= 1,000,000,000,000,000,000,000$ |
| 1 septillion | $= 10^{24}$ | $= 1,000,000,000,000,000,000,000,000$ |
| 1 octillion | $= 10^{27}$ | $= 1,000,000,000,000,000,000,000,000,000$ |
| 1 nonillion | $= 10^{30}$ | $= 1,000,000,000,000,000,000,000,000,000,000$ |
| 1 decillion | $= 10^{33}$ | $= 1,000,000,000,000,000,000,000,000,000,000,000$ |
| 1 undecillion | $= 10^{36}$ | $= 1,000,000,000,000,000,000,000,000,000,000,000,000$ |
| 1 duodecillion | $= 10^{39}$ | $= 1,000,000,000,000,000,000,000,000,000,000,000,000,000$ |
| 1 tredecillion | $= 10^{42}$ | $= 1,000,000,000,000,000,000,000,000,000,000,000,000,000,000$ |

**PAGE NO. 4 – TOTAL PAGES 4**