# EXHIBIT "9"

# Court Access Portal

**Superior Court of California - County of San Bernardino**

**Case Summary (FSB23000625)**　　　　　　　　　　　　　　　　　　　　　　02/27/2026 15:54:49

## FSB23000625

The People of the State of California
 vs.
RENATO ALFONSO URENA

## Case Information

| | |
|---|---|
| Case Type: | Felony |
| Case Number: | FSB23000625 |
| Citation Number: | |
| Filing Date: | 2/22/2023 |
| Case Status: | Inactive |
| Court Location: | San Bernardino |
| Judicial Officer: | Colin J Bilash |
| Next Hearing: | |

## Case Flags

| |
|---|
| |

## Demographic Information

| | |
|---|---|
| Date of Birth | |
| Race: | |
| Sex: | |
| Height: | #Error |
| Weight: | |
| Hair Color: | |
| Eye Color: | |
| DL #: | |
| FBI #: | |
| State ID: | |

## Address

| | |
|---|---|
| Street Name: | |
| City: | |
| State: | |
| Zip: | |

# Court Access Portal

Superior Court of California - County of San Bernardino

**Case Summary (FSB23000625)**                                                02/27/2026 15:54:49

## Alias(s) / Nickname(s)

| |
|---|
| NATO |
| RENATO  URENA |
| RENATO ALFONSO URENA |
| RENATO, RENATO ALFONSO |
| URENA ALFONSO RENATO |
| URENA, RENATO ALFONSO |
| URENA, RENATO ALPHONSO |

## Cross Reference

| | |
|---|---|
| | |

## Parties

| Type | Name | Status |
|---|---|---|
| Plaintiff | The People of the State of California | Active |
| Defendant | URENA, RENATO ALFONSO<br>*NATO*<br>*RENATO URENA*<br>*RENATO ALFONSO URENA*<br>*RENATO, RENATO ALFONSO*<br>*URENA ALFONSO RENATO*<br>*URENA, RENATO ALPHONSO* | Active |

## Attorneys

| Representing | Name |
|---|---|
| RENATO ALFONSO URENA | **Skibby, Brian Edwin** |

## Events

| File Date | File Type | Filed By |
|---|---|---|
| 3/6/2025 | Comment: | |
| **Comment:** | ALL subpoenas released and deemed destroyed | |
| 7/9/2024 | Probation Officer Notified | |
| 7/9/2024 | Department of Justice Notified | |

# Court Access Portal

**Superior Court of California - County of San Bernardino**

**Case Summary (FSB23000625)**  02/27/2026 15:54:49

## Events

| File Date | File Type | Filed By |
|---|---|---|
| 7/3/2024 | Relinquishment Form Findings | |
| 6/24/2024 | Prison Packet Receipt Is Received By The Court From The Sher | |
| 6/20/2024 | Abstract of Judgment - State Prison | |
| 6/20/2024 | Prison Pack Sent Via Sheriff's Transportation | |
| 6/18/2024 | Ordered Fees to be Collected by DOC | |
| 6/18/2024 | Defendant Waived Right to Confront And Cross Examine Witness | |
| 6/18/2024 | Declaration by Defendant Filed | |
| 6/18/2024 | Prohibited Persons Relinquishment Form Given to Defendant | |
| 6/18/2024 | Court fully advises Defendant of Parole Rights | |
| 6/18/2024 | Sentence Deemed Served - Report to Parole (PC1170(a)(3)) | |
| **Comment:** | by 6/21/24 Riverside Parole Office 1777 Atlanta Avenue, Suite G3 Riverside, CA 92507 Phone number (951) 782-4479; | |
| 6/18/2024 | Const./court operations fee of $70 per conviction (DOC) | RENATO URENA |
| 6/18/2024 | Probation Officer Notified | |
| 6/18/2024 | Referred to Probation - PC29810 | |
| 6/18/2024 | Defendant advised of Charges and Direct Consequences of Plea | |
| 6/18/2024 | Court fully advises Defendant of Appeal Rights | |
| 6/18/2024 | Revenue Recovery notified | |
| 6/18/2024 | Court finds defendant stated that they DO NOT own firearms | |
| 6/18/2024 | Principal count deemed count #: | |

# Court Access Portal

## Superior Court of California - County of San Bernardino

**Case Summary (FSB23000625)**  02/27/2026 15:54:49

## Events

| File Date | File Type | Filed By |
|---|---|---|
| **Comment:** | 003 | |
| 6/18/2024 | Defendant Waived Right to Trial by Jury | |
| 6/18/2024 | Court Found Plea Was Knowledgeable, Intelligently Made, | |
| 6/18/2024 | Defense Counsel Concurred in Defendants Plea or Admission | |
| 6/18/2024 | Sentenced for a total determinate term of: | |
| **Comment:** | 2 YEARS 8 MONTHS IN STATE PRISON | |
| 6/18/2024 | Conviction Certified By Clerk of the Court | |
| 6/18/2024 | Advisal Re: Body Armor given to defendant per PC31360 (b)(2) | |
| 6/18/2024 | Defendant Waived Privilege Against Compulsory Self-Incrimina | |
| 6/11/2024 | Time waiver previously given to: | |
| 5/21/2024 | Time waived to: | |
| **Comment:** | (By stipulation) | |
| 5/16/2024 | Time waiver previously given to: | |
| 4/3/2024 | Time waiver previously given to: | |
| 2/14/2024 | Waives right to prelim hearing within 10 court days | |
| 2/14/2024 | Waives right to prelim within 60 calendar days under PC859b | |
| 2/14/2024 | Defendant waives time for Preliminary Hearing to: | |
| 1/3/2024 | Time waiver previously given to: | |
| 11/15/2023 | Waives right to prelim hearing within 10 court days | |
| 11/15/2023 | Waives right to prelim within 60 calendar days under PC859b | |
| 11/15/2023 | Defendant waives time for Preliminary Hearing to: | |

# Court Access Portal

Superior Court of California - County of San Bernardino

**Case Summary (FSB23000625)**  02/27/2026 15:54:49

## Events

| File Date | File Type | Filed By |
|---|---|---|
| 9/6/2023 | Defendant waives time for Preliminary Hearing to: | |
| 9/6/2023 | Waives right to prelim within 60 calendar days under PC859b | |
| 9/6/2023 | Waives right to prelim hearing within 10 court days | |
| 6/28/2023 | Waives right to prelim within 60 calendar days under PC859b | |
| 6/28/2023 | Waives right to prelim hearing within 10 court days | |
| 6/28/2023 | Defendant waives time for Preliminary Hearing to: | |
| 5/1/2023 | Defendant waives time for Preliminary Hearing to: | |
| 4/10/2023 | Subpoena Records Rcvd, Sent to Dept as Requested | |
| **Comment:** | Arrowhead Regional Medical Center (1 Env) Rcvd 3-17-23 and Arrowhead Regional Medical Center (1 Env) Rcvd 4-4-23 TAKEN TO: S4 (for S2) | |
| 4/10/2023 | Subpoenaed Records Released and Exhibit Receipt Filed | |
| **Comment:** | Arrowhead Regional Medical Center (1 Env) Rcvd 3-17-23 RELEASED TO: Eric Ta and Arrowhead Regional Medical Center (1 Env) Rcvd 4-4-23 RELEASED TO: Daniel Fester | |
| 4/10/2023 | Time waived to: | |
| **Comment:** | beyond 60 days from 5/1/2023 | |
| 4/10/2023 | Subpoenaed Records Released and Exhibit Receipt Filed | |
| **Comment:** | DA: Eric Ta<br>RA: Dan Fester | |
| 4/4/2023 | Subpoenaed Records Received | |
| **Comment:** | from: Arrowhead Regional Medical Center (1 Env) | |
| 3/17/2023 | Subpoenaed Records Received | |
| **Comment:** | from: Arrowhead Regional Medical Center (1 Env) | |
| 3/16/2023 | 60th day is: | |

# Court Access Portal

Superior Court of California - County of San Bernardino

Case Summary (FSB23000625)　　　　　　　　　　　　　　　　　　　　　　02/27/2026 15:54:49

## Events

| File Date | File Type | Filed By |
|---|---|---|
| 3/16/2023 | Waives right to prelim hearing within 10 court days | |
| 3/8/2023 | Attorney for Defendant Waives Arraign./Rights (Comp./Cit.) | |
| 3/8/2023 | Defendant Arraigned on Complaint | |
| **Comment:** | Copy of Complaint provided to counsel. | |
| 3/8/2023 | 10th Day: | |
| 3/8/2023 | Bail Setting | |
| 3/8/2023 | 60th day is: | |
| 3/8/2023 | Public Defender Notified | |
| 3/8/2023 | District Attorney Notified | |
| 2/22/2023 | eFiling - Initial Filing | |
| 2/22/2023 | Sesslin Affidavit filed | |
| 2/22/2023 | eFiling - Initial Filing | |

## Hearings

| Department | Judge | Court Reporter | Type | Date | Time | Result |
|---|---|---|---|---|---|---|
| Department S2 - SBJC | Bilash, Colin J | | Dispo / Reset | 6/18/2024 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Preliminary Hearing: ET 1 HOUR | 6/11/2024 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | Finazzo CSR# 11763, Deonna | Preliminary Hearing | 5/21/2024 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Pre-Preliminary Hearing | 5/16/2024 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Dispo / Reset | 4/3/2024 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Preliminary Hearing | 2/21/2024 | 8:30AM | |
| Department S2 - SBJC | Bilash, Colin J | | Pre-Preliminary Hearing | 2/14/2024 | 8:30AM | Held |

# Court Access Portal

Superior Court of California - County of San Bernardino

**Case Summary (FSB23000625)**  02/27/2026 15:54:49

## Hearings

| Department | Judge | Court Reporter | Type | Date | Time | Result |
|---|---|---|---|---|---|---|
| Department S2 - SBJC | Bilash, Colin J | | Preliminary Hearing | 1/3/2024 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Dispo / Reset | 11/15/2023 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Dispo / Reset | 9/6/2023 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Dispo / Reset | 6/28/2023 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Dispo / Reset: TWT: 6/30 | 5/1/2023 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Preliminary Hearing | 4/17/2023 | 8:30AM | |
| Department S2 - SBJC | Bilash, Colin J | | Pre-Preliminary Hearing | 4/10/2023 | 8:30AM | Held |
| Department S2 - SBJC | Bilash, Colin J | | Preliminary Hearing | 3/21/2023 | 8:30AM | |
| Department S2 - SBJC | Bilash, Colin J | | Pre-Preliminary Hearing | 3/16/2023 | 8:30AM | Held |
| Department S6 - SBJC | Rogan, Lisa M | Reported or Recorded, Not | In Custody Arraignment | 3/8/2023 | 8:30AM | Held |
| Videos - Rancho Cucamonga | Benner, Arthur, II | Borje CSR# 11383, Teresa | Video Arraignment | 3/7/2023 | 1:30PM | Not Held |
| Videos - Rancho Cucamonga | Benner, Arthur, II | Borje CSR# 11383, Teresa | Video Arraignment | 3/6/2023 | 1:30PM | Not Held |
| Videos - Rancho Cucamonga | Benner, Arthur, II | Borje CSR# 11383, Teresa | Video Arraignment | 3/3/2023 | 1:30PM | Not Held |
| Videos - Rancho Cucamonga | Benner, Arthur, II | Borje CSR# 11383, Teresa | Video Arraignment | 3/2/2023 | 1:30PM | Not Held |
| Videos - Rancho Cucamonga | Benner, Arthur, II | Borje CSR# 11383, Teresa | Video Arraignment | 2/23/2023 | 1:30PM | Not Held |

# Court Access Portal

Superior Court of California - County of San Bernardino

**Case Summary (FSB23000625)**  02/27/2026 15:54:49

## Arrest Information

| Count | Statute | Report Num | Agency | Arrest Date | Booking Num | Booking Agency | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Charges Disposition & PLEAS

| Count | Date | Details | Citation # | Jurisdiction |
|---|---|---|---|---|
| 001 | 2/10/2023 | PC245(d)(1)-F: Assault with Firearm on Peace Officer/Firefighter | | |
| | **Plea:** | 3/8/2023 - Not Guilty | | |
| | **Dispositions:** | | | |
| | Date | Disposition | | |
| | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | |
| 001 | 2/10/2023 | PC12022.5(A)-E: Used a Firearm | | |
| | **Plea:** | 3/8/2023 - Not Guilty | | |
| | **Dispositions:** | | | |
| | Date | Disposition | | |
| | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | |
| 001 | 2/10/2023 | PC12022.53(B)-E: Used A Firearm | | |
| | **Plea:** | 3/8/2023 - Not Guilty | | |
| | **Dispositions:** | | | |
| | Date | Disposition | | |
| | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | |
| 001 | 2/10/2023 | PC1203.06(A)(1)-A: No Probation Granted: Used of Firearm | | San Bernardino |
| | **Plea:** | - | | |
| | **Dispositions:** | | | |
| | Date | Disposition | | |
| | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | |
| 002 | 2/10/2023 | PC245(d)(1)-F: Assault with Firearm on Peace Officer/Firefighter | | |
| | **Plea:** | 3/8/2023 - Not Guilty | | |

# Court Access Portal

## Superior Court of California - County of San Bernardino

Case Summary (FSB23000625)      02/27/2026 15:54:49

|  | Dispositions: | | | | |
|---|---|---|---|---|---|
|  | **Date** | **Disposition** | | | |
|  | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | | |
| 002 | 2/10/2023 | PC12022.53(B)-E: Used A Firearm | | | |
|  | **Plea:** | 3/8/2023 - Deny | | | |
|  | Dispositions: | | | | |
|  | **Date** | **Disposition** | | | |
|  | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | | |
| 002 | 2/10/2023 | PC12022.5(A)-E: Used a Firearm | | | |
|  | **Plea:** | 3/8/2023 - Not Guilty | | | |
|  | Dispositions: | | | | |
|  | **Date** | **Disposition** | | | |
|  | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | | |
| 002 | 2/10/2023 | PC1203.06(A)(1)-A: No Probation Granted: Used of Firearm | | | San Bernardino |
|  | **Plea:** | - | | | |
|  | Dispositions: | | | | |
|  | **Date** | **Disposition** | | | |
|  | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | | |
| 003 | 2/10/2023 | PC29800(A)(1)-F: Felon/Addict/Etc Possess Firearm | | | |
|  | **Plea:** | 6/18/2024 - Guilty | | | |
|  | Dispositions: | | | | |
|  | **Date** | **Disposition** | | | |
|  | 6/18/2024 | Convicted - Plea | | | |

# Court Access Portal

## Superior Court of California - County of San Bernardino

Case Summary (FSB23000625) 02/27/2026 15:54:49

|  |  | Sentences: | | | |
|---|---|---|---|---|---|
|  |  | Date | Description | | |
|  |  | 6/18/2024 | State Prison | | |
|  |  |  | Components: | | |
|  |  |  | Name | Attribute | Details |
|  |  |  | Confinement and Detention | Adult Confinement Type | State Prison |
|  |  |  |  | Term Type | Low |
|  |  |  |  | Credit for Time Served - Actual | 974 Days |
|  |  |  |  | Balance to be served at credit rate of | PC 4019 (1/2) |
| 004 | 2/10/2023 | PC30305(A)(1)-F: Prohibited Person Own/Etc Ammo/Etc | | | |
|  | Plea: | 3/8/2023 - Not Guilty | | | |
|  | Dispositions: | | | | |
|  | Date | Disposition | | | |
|  | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | | |
| 005 | 2/10/2023 | VC2800.1(A)-M: Evade Pursuing Peace Officer's Motor Vehicle | | | San Bernardino |
|  | Plea: | 6/18/2024 - Guilty | | | |
|  | Dispositions: | | | | |
|  | Date | Disposition | | | |
|  | 6/18/2024 | Convicted - Plea | | | |

# Court Access Portal

## Superior Court of California - County of San Bernardino

**Case Summary (FSB23000625)**  02/27/2026 15:54:49

| | | | | |
|---|---|---|---|---|
| | **Sentences:** | | | |
| | **Date** | **Description** | | |
| | 6/18/2024 | Terminal Disposition | | |
| | | **Components:** | | |
| | | **Name** | **Attribute** | **Details** |
| | | Confinement and Detention | Adult Confinement Type | County Jail |
| | | | Term Type | Straight Sentence |
| | | | Term Days | 180 Days |
| | | | Credit for Time Served - Actual | 180 Days |
| | | | Balance to be served at credit rate of | PC 4019 (1/2) |
| 999 | 2/10/2023 | PC1170.12(A)-(D)-A: Prior Felony Convictions | | |
| | **Plea:** | 6/18/2024 - Admit | | |
| | **Dispositions:** | | | |
| | **Date** | **Disposition** | | |
| | 6/18/2024 | True - Plea (Priors) | | |
| | **Sentences:** | | | |
| | **Date** | **Description** | | |
| | 6/18/2024 | State Prison | | |
| 999 | 2/10/2023 | PC1170.12(A)-(D)-A: Prior Felony Convictions | | |
| | **Plea:** | 3/8/2023 - Deny | | |
| | **Dispositions:** | | | |
| | **Date** | **Disposition** | | |
| | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | |
| 999 | 2/10/2023 | PC667(A)(1)-E: With Prior Felony Convict: Serious Felony Conviction | | |
| | **Plea:** | 3/8/2023 - Not Guilty | | |
| | **Dispositions:** | | | |
| | **Date** | **Disposition** | | |
| | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | |

# Court Access Portal

## Superior Court of California - County of San Bernardino

**Case Summary (FSB23000625)**  02/27/2026 15:54:49

| | | | | |
|---|---|---|---|---|
| 999 | 2/10/2023 | PC667(A)(1)-E: With Prior Felony Convict: Serious Felony Conviction | | |
| | **Plea:** | 3/8/2023 - Deny | | |
| | **Dispositions:** | | | |
| | Date | Disposition | | |
| | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | |
| 999 | 2/10/2023 | PC667(B)-(I)-A: Prior Serious/ Violent Felony | | San Bernardino |
| | **Plea:** | 6/18/2024 - Admit | | |
| | **Dispositions:** | | | |
| | Date | Disposition | | |
| | 6/18/2024 | True - Plea (Priors) | | |
| | **Sentences:** | | | |
| | Date | Description | | |
| | 6/18/2024 | State Prison | | |
| 999 | 2/10/2023 | PC667(B)-(I)-A: Prior Serious/ Violent Felony | | San Bernardino |
| | **Plea:** | - | | |
| | **Dispositions:** | | | |
| | Date | Disposition | | |
| | 6/18/2024 | Dismissal/Stricken - Pursuant to Plea | | |

## Financial Transactions

| Total | | $0.00 | Total Balance: | $0.00 |
|---|---|---|---|---|
| Date | Charges | | Payments | Credits |
| | | | | |
| Total | $0.00 | | $0.00 | $0.00 |

## Bonds

| Type | Description | Posted Date | Set Date | Amount |
|---|---|---|---|---|
| | | | | |

# Court Access Portal

**Superior Court of California - County of San Bernardino**

**Case Summary (FSB23000625)** 02/27/2026 15:54:49

### Related Cases

| Case Number | Case Type | Case SubType | Description | Comments |
|---|---|---|---|---|
|  |  |  |  |  |