# EXHIBIT "10"

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
02/22/2023

BY: Perez, Josie
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
SAN BERNARDINO JUSTICE CENTER DISTRICT

THE PEOPLE OF THE STATE OF CALIFORNIA, )
)
Plaintiff )
)
vs. )  FELONY COMPLAINT
)
Renato Alfonso Urena )  COURT CASE NUMBER: FSB23000625
)
)  DA CASE NO 2023-00-0008580
)
Defendant )
)
)
)

The undersigned is informed and believes that:

COUNT 1

On or about February 10, 2023, in the above-named judicial district, the crime of ASSAULT WITH A FIREARM UPON A PEACE OFFICER OR FIREFIGHTER, in violation of PENAL CODE SECTION 245(d)(1), a felony, was committed by Renato Alfonso Urena, who did willfully and unlawfully commit an assault with a firearm upon the person of Officer J Davalos when said defendant(s) Renato Alfonso Urena knew and should have known that said person was a peace officer then and there engaged in the performance of his/her duties.

NOTICE: It is further alleged that, pursuant to Penal Code section 1203.095, there is a presumptive minimal jail time required if you are convicted of this charge.

It is further alleged as to count(s) 1, 2 that said defendant(s) Renato Alfonso Urena personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b).

It is further alleged as to count(s) 1, 2 that in the commission and attempted commission of the above offense, the said defendant(s) Renato Alfonso Urena, personally used a firearm(s), to wit:

Page 1

Complaint    DA CASE NO: 2023-00-0008580

Handgun, within the meaning of Penal Code sections 1203.06(a)(1) and 12022.5(a) also causing the above offense to become a serious felony pursuant to Penal Code section 1192.7(c)(8) and a violent felony within the meaning of Penal Code section 667.5(c)(8).

*****
### COUNT 2

On or about February 10, 2023, in the above-named judicial district, the crime of ASSAULT WITH A FIREARM UPON A PEACE OFFICER OR FIREFIGHTER, in violation of PENAL CODE SECTION 245(d)(1), a felony, was committed by Renato Alfonso Urena, who did willfully and unlawfully commit an assault with a firearm upon the person of Officer A Estrella when said defendant(s) Renato Alfonso Urena knew and should have known that said person was a peace officer then and there engaged in the performance of his/her duties.

NOTICE: It is further alleged that, pursuant to Penal Code section 1203.095, there is a presumptive minimal jail time required if you are convicted of this charge.

It is further alleged as to count(s) 1, 2 that said defendant(s) Renato Alfonso Urena personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b).

It is further alleged as to count(s) 1, 2 that in the commission and attempted commission of the above offense, the said defendant(s) Renato Alfonso Urena, personally used a firearm(s), to wit: Handgun, within the meaning of Penal Code sections 1203.06(a)(1) and 12022.5(a) also causing the above offense to become a serious felony pursuant to Penal Code section 1192.7(c)(8) and a violent felony within the meaning of Penal Code section 667.5(c)(8).

*****
### COUNT 3

On or about February 10, 2023, in the above-named judicial district, the crime of POSSESSION OF FIREARM BY A FELON, in violation of PENAL CODE SECTION 29800(a)(1), a felony, was committed by Renato Alfonso Urena, who did unlawfully own, purchase, receive, possess, and have custody and control of a firearm, to wit, Handgun, the said defendant(s) having

Complaint   DA CASE NO: 2023-00-0008580

been convicted of a felony under the laws of the United States, the state of California and any other state, government and county:

| Court Case | Code/Statute | Conv Date | County | State | Court Type |
|---|---|---|---|---|---|
| FVA701943 | VC 10851 / 186.22 | 2007-12-12 | San Bernardino | CA | Superior |

*****
COUNT 4

On or about February 10, 2023, in the above-named judicial district, the crime of UNLAWFUL POSSESSION OF AMMUNITION, in violation of PENAL CODE SECTION 30305(a)(1), a felony, was committed by Renato Alfonso Urena, who did own, possess, and have under his control ammunition and reloaded ammunition.

It is further alleged that the defendant is prohibited from owning and possessing a firearm pursuant to Chapter 2 and 3 of Division 9 of the Penal Code and sections 8100 and 8103 of the Welfare and Institutions Code, having been previously convicted of the following offense(s):

| Court Case | Code/Statute | Conv Date | County | State | Court Type |
|---|---|---|---|---|---|
| FVA701943 | VC 10851 / 186.22 | 2007-12-12 | San Bernardino | CA | Superior |

*****

It is further alleged pursuant to Penal Code sections 1170.12(a) through (d) and 667(b) through (i) as to count(s) 1, 2 that said Renato Alfonso Urena, has suffered the following prior conviction of a serious or violent felony or juvenile adjudication:

| Court Case | Code/Statute | Conv Date | County | State | Court Type |
|---|---|---|---|---|---|
| FVA701943 | VC 10851 / 186.22 | 2007-12-12 | San Bernardino | CA | Superior |
| FSB1200751 | PC 186.22(a) | 2012-06-27 | San Bernardino | CA | Superior |

It is further alleged as to count(s) 1, 2 pursuant to Penal Code section 667(a)(1) that the Renato Alfonso Urena, has suffered the following prior conviction(s) of a serious felony:

| Court Case | Code/Statute | Conv Date | County | State | Court Type |
|---|---|---|---|---|---|
| FVA701943 | VC 10851 / 186.22 | 2007-12-12 | San Bernardino | CA | Superior |
| FSB1200751 | PC 186.22(a) | 2012-06-27 | San Bernardino | CA | Superior |

Complaint    DA CASE NO: 2023-00-0008580