# EXHIBIT "11"

March 2, 2026

Scott J. Carpenter, Attorney at Law
Carpenter, Rothans, & Dumant LLP
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071

<u>**FORENSIC VIDEO ANALYSIS REPORT**</u>
Re: Renato Urena v City of San Bernardino
5:24-cv-00341
Federal Rule of Civil Procedure 26(a)(2)(B)

The following is a statement of the work I have completed regarding exhibits I created for the above-referenced matter. Rule 26 documents (curriculum vitae, testimony history, and fee schedule) are attached.

Table of Contents

1. **Qualifications** ........................................................................................................... 2

2. **Scope of Work** .......................................................................................................... 2

3. **Materials Reviewed** ................................................................................................. 2

4. **Software** ..................................................................................................................... 3

5. **Analysis** ...................................................................................................................... 3

6. **Exhibits Produced** .................................................................................................... 4

Appendix A – CV of Brady held

Appendix B – Testimony History of Brady Held

Appendix C – Fee Schedule

1. <u>FORENSIC QUALIFICATIONS TO PERFORM SUCH WORK</u>

I have worked directly in the field of animation and computer graphics since 2007, and from 2013 to present I have owned and operated Integral Media Works, Inc., and Courtroom Animation, Inc, both being forensic animation companies. I have served as lead forensic animator during that time. As a forensic animator, I have applied my expertise and continuing research in computer graphics, 3D animation, and video analysis and enhancement to analyze and recreate numerous cases including vehicular accidents involving passenger cars, heavy trucks, motorcycles, bicycles, and pedestrians; criminal cases; medical malpractice; industrial and environmental disasters; aviation; and more. In my time as a forensic animator, I have been retained on hundreds of cases. Of these, over 100 have involved video analysis or enhancement. I have testified in Superior Court of California, Illinois Circuit Court, Superior Court of Florida, and New York State Court. Additionally, I have presented to the American Academy of Forensic Sciences on the topic of analyzing and re-creating video footage from police body-worn cameras (2020).

2. <u>SCOPE OF WORK</u>

Upon retainer in this matter, I was asked to review and analyze body-worn camera footage from two officers' perspectives of a shooting that occurred in San Bernardino, California. I was tasked with determining whether, and at what moments in time, the suspect appeared to be brandishing a firearm. Additionally, I was asked to create demonstrative exhibits in which the presence and position of any firearm visible in the suspect's hands would be more readily identifiable. I was further asked to enhance the body-worn camera footage in a manner that improves visual clarity and assists in presenting the totality of the event.

3. <u>MATERIALS REVIEWED</u>

To date, I have received and reviewed the following materials in preparation of this report:
- Body Worn Camera Footage
  - SB 00122 2023-15413 BWC A. Estrella.mp4
  - SB 00123 2023-15413 BWC J. Davalos.mp4
  - SB 00124 2023-15413 Multicam BWC Davalos and Estrella.mp4
  - SB 00125 Axon_Body_3_Video_2023-02-10_1017_X60A7322X.mp4
  - SB 00126 Axon_Body_3_Video_2023-02-10_1020_X60A6143U.mp4
  - SB 00127 Axon_Body_3_Video_2023-02-10_1020_X60A89170.mp4
  - SB 00128 Axon_Body_3_Video_2023-02-10_1022_X60A7113Z.mp4
  - SB 00129 Axon_Body_3_Video_2023-02-10_1022_X60A89170.mp4
  - SB 00130 Axon_Body_3_Video_2023-02-10_1023_X60A4550P.mp4
  - SB 00131 Axon_Body_3_Video_2023-02-10_1024_X60A6143U.mp4
  - SB 00132 Axon_Body_3_Video_2023-02-10_1024_X60A7932R.mp4
  - SB 00133 Axon_Body_3_Video_2023-02-10_1029_X60A7232X.mp4
  - SB 00134 Axon_Body_3_Video_2023-02-10_1035_X60A89170.mp4
  - SB 00135 Axon_Body_3_Video_2023-02-10_1037_X60A6143U.mp4

2

- o   SB 00136 Axon_Body_3_Video_2023-02-10_1041_X60A7113Z.mp4
- o   SB 00137 Axon_Body_3_Video_2023-02-10_1045_X60A7322X.mp4
- o   SB 00138 Axon_Body_3_Video_2023-02-10_1050_X60A89170.mp4
- o   SB 00139 Axon_Body_3_Video_2023-02-10_1056_X60A7113Z.mp4
- o   SB 00140 Axon_Body_3_Video_2023-02-10_1119_X60A89170.mp4
- o   SB 00141 Axon_Body_3_Video_2023-02-10_1136_X60A6143U.mp4
- o   SB 00142 Axon_Body_3_Video_2023-02-10_1148_X60A6143U.mp4
- o   SB 00143 Axon_Body_3_Video_2023-02-10_1150_X60A6143U.mp4
- o   SB 00144 Axon_Body_3_Video_2023-02-10_1218_X60A7321S.mp4
- o   SB 00145 Axon_Body_3_Video_2023-02-10_1242_X60A6143U.mp4
- o   SB 00146 Axon_Body_3_Video_2023-02-10_1338_X60A4550P.mp4
- o   SB 00147 Axon_Body_3_Video_2023-02-10_1343_X60A7321S.mp4
- o   SB 00148 Axon_Body_3_Video_2023-02-10_1349_X60A6143U.mp4
- o   SB 00149 Axon_Body_3_Video_2023-02-10_1402_X60A6143U.mp4
- o   SB 00150 Axon_Body_3_Video_2023-02-10_1623_X60A7063W.mp4
- o   SB 00151 Axon_Body_3_Video_2023-02-10_1723_X60A6143U.mp4
- o   SB 00152 Axon_Body_3_Video_2023-02-10_1727_X6039B684.mp4
- Documents
  - o   Investigative Reports SB 1-110.pdf
  - o   Photos SB 00154-01056.pdf
  - o   UOF Policy effective 011023 SB 00111-00121.pdf
  - o   Urena-Public-Release.pdf

## 4. SOFTWARE

### Adobe After Effects 24.1.0
Adobe After Effects is a digital visual effects software. After Effects can view videos in a "frame-by-frame" method, allowing me to analyze events approximately 1/30 of a second at a time and easily cycle between individual video frames. It also allows for the creation of layers on top of video footage such as annotations and tracing objects, stabilization of footage, and increasing the scale of footage uniformly.

## 5. ANALYSIS

### Methodology

Video Review:
Of the video files I received, there were two that I focused on for my analysis. They are as follows:
- SB 00122 2023-15413 BWC A. Estrella.mp4
- SB 00123 2023-15413 BWC J. Davalos.mp4

3

Both videos were captured by Axon Body 3 cameras. The files I received had a resolution of 1280x720 and a frame rate of approximately 30 frames per second.

Video Syncing:

I used Adobe After Effects to sync these two video files in time which allowed me to see events simultaneously from both body worn cameras. Audio data (gunshot sound) as well as key physical movements were used to ensure these videos were properly synced.

Video Stabilization:

To assist in the visual analysis of the body-worn camera footage, I utilized Adobe After Effects to stabilize the original video files. The source footage exhibited significant camera movement and shake, which made it difficult to consistently observe the subject's actions. Using digital stabilization techniques, I reduced erratic motion and re-centered the frame on the plaintiff, Renato Urena, throughout video. This process was performed to improve visual continuity and allow for clearer observation of Mr. Urena's movements and actions during the event.

Observation of Firearm:

Two distinct moments were identified in which Renato Urena's firearm is visible. In the Davalos body-worn camera footage, at approximately 10:16:09, Mr. Urena can be observed turning to his left while holding a firearm. Immediately thereafter, he moves into an area of dense foliage and is no longer visible within the camera's field of view. At approximately 10:16:11, in the same area of foliage where Mr. Urena disappeared, an arm and hand can be observed coming out of the foliage and throwing a firearm upward into the air. This action is visible for approximately five frames of video.

**Exhibits Produced**

As a result of the methodology above, I was able to produce the following exhibits:

Video Exhibits:
- Davalos - Stabilized.mp4
    - Davalos body-worn camera footage with Mr. Urena stabilized
- Estrella - Stabilized.mp4
    - Estrella body-worn camera footage with Mr. Urena stabilized
- Davalos - Slow.mp4
    - View of Renato Urena in foliage, arm coming up holding gun, and gun moving away from hand – slowed down 45x
- Davalos – Slow Enlarged.mp4
    - Zoomed in view of Renato Urena in foliage, arm coming up holding gun, and gun moving away from hand – slowed down 45x

4

Still frame exhibits:

Images of firearm in Renato Urena's hand at approximately 10:16:09 from Davalos body-worn camera:



*gun in hand 001.jpg*

5



*gun in hand 002.jpg*



*gun in hand 003.jpg*

6



*gun in hand 004.jpg*



*gun in hand 005.jpg*

Images of the firearm leaving the hand at original scale, and enlarged:



*foliage event 1x_001.jpg*



*foliage event 1x_002.jpg*

8



*foliage event 1x_003.jpg*



*foliage event 1x_004.jpg*

9



*foliage event 1x_005.jpg*



*foliage event 4x_001.jpg*



*foliage event 4x_002.jpg*



*foliage event 4x_003.jpg*

11



*foliage event 4x_004.jpg*



*foliage event 4x_005.jpg*