# EXHIBIT "12"

test












<mark>Case 5:24-cv-00341-JGB-ACCV    Document 24-15    Filed 03/09/26    Page 7 of 7  Page ID #:273</mark>