# EXHIBIT "13"

**Davalos BWC Slowed**