# EXHIBIT "14"

**Davalos BWC Stabilized**