# EXHIBIT "15"

#40

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO
_Central_ DISTRICT

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
JUN 18 2024
BY: _____ Melissa Nunez, Deputy

PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff,

v.

Renato Alfonso Urena
Defendant.

TODAY'S DATE: 6/18/24
CASE NO.: FSB23000625

**DECLARATION BY DEFENDANT** ☒ Under Penal Code Section 859a (*Complaint*)
☐ Re: Change of Plea (Guilty) (*Information/Indictment*)

1. My true name is Renato Alfonso Urena, born 05/24/1973
2. The Complaint filed herein accuses me of the offense(s) of:
   245(A)(1), 245(a)(1), 29800(a)(1), 30305(a)(1), Two Prior Strikes, Added Count 5,

3. a. I desire to change my plea(s) and plead (guilty)/no contest to and admit the following admissions, allegations and/or enhancement(s) or priors including lesser offense(s) to which plea to be made and the maximum sentence:   [RU]   3a

| Count(s) | Code Section | Name of Offense/Enhancement/Prior | Sentencing Range |
|---|---|---|---|
| 3 | 29800(a)(1) | Felon in possession of a firearm | 16 x 2 x 3 |
| added 5 (misd) | 2800.1(a) | Evading Police in Vehicle | Double |
| a(k)g | 170.12(a)-(d) | Prior Strike - FSB1200751 (6-27-12) | One year |
| | Code Section 667(b)-(i) | | |

I am freely and voluntarily entering the plea(s) of (guilty)/no contest [and admission(s)] as indicated:

b. ☐ Because I am guilty (and for no other reason), and/or ☒ Because as a result of plea bargaining after discussing with my attorney the possibility of my being convicted on other more serious charges and/or risking the possibility of a longer sentence, and/or   [RU]   3b

Because the ☒ District Attorney/ ☐ Court has agreed to:

1. Plead GUILTY to Count 3 & 5, A to serve 16 months in state prison doubled for 32 months due to a prior strike.
2. All remaining counts dismissed.
3. Credits are ~~~~ + ~~~~ = ~~~~  487 + 487 = 974
4. Furnith plea (CTS)
5. Report directly to Parole within 48 hours.

**Presentence credits** (actual days + Conduct credits per following formula):
County Jail ☒ 4019  ☐ Waived
Prison ☒ 4019  ☐ 2933.1  ☐ None  ☐ Waived

4. I understand that as to each charge, prior conviction, and/or enhancement alleged against me in this case, I have many rights, including the constitutional right to:

a. **A speedy and public trial by jury** or by a judge without a jury;   [RU]  4a
b. **Be represented by an attorney at trial** and at all stages of the proceeding; and if I cannot afford an attorney, the Court will appoint an attorney to represent me at no charge.   [RU]  4a
c. **See, hear, and question all witnesses** who testify against me at trial;   [RU]  4a
d. **Have the judge order into court all the evidence** and order my witnesses to attend the trial without cost to me;   [RU]  4a
e. **Present evidence** in my favor at trial;   [RU]  4a
f. **Remain silent** at trial, or, if I wish, testify for myself; and   [RU]  4a
g. (If applicable) **A preliminary hearing** at which the district attorney would have to show that there was sufficient cause that I had committed the offense(s), and the right at such hearing to be represented by an attorney, to see, hear, and question all witnesses who testify against me, and to present evidence in my favor if I so desire, and to either testify or remain silent.   [RU]  4a
For 859a Only

5.  a.  I understand that in addition to any other punishment, I shall be required to pay a mandatory restitution fine of not less than $300 nor greater than $10,000 and subject to a penal fine up to $10,000 ($20,000 for Health & Safety Code §§11350-11353, 11359-11361 or $50,000 for Health and Safety §11379.6 or Arson Penal Code §§451-455) plus any other mandatory or discretionary fees, fines, costs and/or penalty assessments that may be ordered whether probation is granted or denied. ☑ 5a

  b.  Any state prison commitment will be followed by a period PAROLE of 2 - 3 years, or life. Any violation of the terms of parole could result in up to an additional year in custody for each violation, up to a maximum of 2 - 3 years, or life (circle appropriate parole). ☑ 5b

  c.  **IF a motor vehicle is found to be involved in or incidental to the commission of the offense,** my driving privileges may be revoked by the Court and/or Department of Motor Vehicles. ☑ 5c

  d.  **IF I plead guilty/no contest to any sex crime covered by Penal Code Section 290, I will be required to** register as a sex offender with the chief of police of the city in which I reside or the sheriff of the county if I reside in an unincorporated area. This registration requirement may be for 10 years (Tier 1), 20 years (Tier 2), or a lifetime registration requirement (Tier 3), pursuant to PC§ 290. ☒ 5d

  e.  Federal and state law prohibit a convicted felon from possessing a firearm or ammunition. ☑ 5e

  f.  **IF I plead guilty/no contest to a DUI case,** (CVC 23152, 23153 or 23103 pursuant to 23103.5) then pursuant to CVC 23593, I am hereby advised that being under the influence of alcohol or drugs, or both, impairs my ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If I continue to drive while under the influence of alcohol or drugs, or both, and, as a result of that driving, someone is killed, I can be charged with murder. ☒ 5f

6.  I hereby waive and give up each of the above constitutional rights listed in paragraph 4 as to each crime, enhancement, and/or prior conviction that I now intend to plead guilty/no contest and/or admit. ☑ 6

7.  I understand that the Court will not decide whether to impose sentence or extend probation until a probation officer conducts an investigation and reports on my background, prior record (if any), and the circumstances of the case unless I waive that right. ☒ 7

8.  I understand that if I am now on probation/parole or post-release community/mandatory supervision, my plea of guilty/no contest in this case may constitute a violation of my probation/parole or post-release community/mandatory supervision and result in its revocation and the imposition of sentence, or additional incarceration. ☑ 8

9.  My attorney explained to me that other possible consequences of this plea and any admission of an enhancement(s) and/or any prior conviction(s) may be: (Circle possible consequences): ☑ 9

  (a) Mandatory/presumptive prison sentence           (f) Loss of driving privileges
  (b) Increased punishment for future felonies        (g) Registration as an arson/gang/drug offender
  (c) Serious/violent felony (strike)                 (h) Required to submit HIV test
  (d) Reduced earning of custody credits              (i) Civil/asset forfeiture consequences per H&S 11469. et. seq.
  (e) Sexual Violent Predator Act                     (j) Other:_____

10. Except otherwise stated herein, no one has promised or suggested to me that I will receive a lighter sentence, probation, reward, immunity, or anything else to get me to plead guilty/no contest as indicated. ☑ 10

11. No one has used any force or violence or threats or menace or duress or undue influence of any kind on me or anyone dear to me to get me to plead guilty/no contest as indicated. ☑ 11

12. I am not now under the influence of alcohol, or of any drugs, narcotics, medicine, or any other substance which could interfere with my ability to understand what I am doing; nor am I suffering from any condition which could have that effect. ☑ 12

13. I understand that if I am not a citizen of the United States, deportation, exclusion from admission to the United States, and denial of naturalization may, and for certain offenses will, result from a conviction of the offense(s) to which I plead guilty/no contest. ☑ 13

14. a.  I understand that even though the Court may approve the agreement for sentence set forth, the Court is not bound by the agreement, and that the Court may withdraw its approval at any time before pronouncement of judgment, in which case I shall be able to withdraw my plea should I desire to do so. ☑ 14a

  b.  I understand that any agreement as to sentence applies only in the original sentence and that a violation of probation or mandatory supervision may cause the Court to send me to county jail, state or county prison for the maximum term provided by law. ☑ 14b

  c.  (**Harvey Waiver**) I waive my rights regarding dismissed counts and/or allegation(s) and any charges the district attorney agrees not to file to the extent that the Court may consider these factors in deciding whether or not to grant probation and in deciding whether or not to impose a midterm, aggravated or mitigated prison term, the appropriate presentence credits, and as to restitution. ☒ 14c

15. *Cruz Waiver* (if applicable) I understand I have an absolute right under California law to withdraw my plea if the Court, for any reason, does not follow the plea bargain agreement. I also understand that I cannot receive any additional penalty or punishment for any subsequent failure to appear or any new offense unless I am properly charged and convicted of such an offense. I understand and agree as part of this plea bargain agreement to be released upon my own recognizance and to waive these rights, and as a condition of my release, I will: ☒ 15

a.  Report to the probation department as ordered by the Court. ☒ 15a
b.  Keep any appointment(s) set by the probation department. ☒ 15b
c.  Appear in court for sentencing, or any other date set by the Court. ☒ 15c
d.  Not violate any law (excluding infractions) between today and the date of sentencing. ☒ 15d
e.  Submit to **Bravo** search terms, a search of my person, place of residence or property under my control at anytime of the day or night with or without the necessity of a search warrant by any law enforcement or probation officer. ☒ 15e
f.  _____ ☒ 15f

g. If I violate any of the above conditions in paragraph 15g-15f, I then agree the Court will no longer be bound by this plea bargain and I would not have any right to withdraw my plea. I further understand and agree that any willful violation of these terms will be decided by the sentencing judge without a jury and by a preponderance of the evidence. I further understand and agree, that if the Court finds any willful violation of these terms, the Court will be free to impose any greater sentence than expressly stated in this agreement, up to the maximum penalty for each offense and enhancement, to which I am pleading guilty/no contest or admitting and I will not have any right to withdraw my plea.   ☒ 15g

16. **Vargas Waiver** (if applicable) I understand that I am being sentenced today to State Prison or County Jail Prison pursuant to the initial terms stated in paragraph 3. If I comply with the conditions set forth in numbers 15a, 15b, 15c, 15d, 15e, and 15f, and any other terms as ordered, the Court will resentence me pursuant to the remainder of the terms described in paragraph 3.   ☒ 16

17. **(Arbuckle Waiver)** I understand that I have the right to be sentenced by the judge who accepted my plea, but I agree that any judge of the Superior Court may impose sentence in this case.   17

18. I have had sufficient time to consult with my attorney concerning my intent to plead guilty/no contest to the above charge(s) (and admit any prior conviction or enhancement). My lawyer has explained everything on this Declaration to me, and I have had sufficient time to consider the meaning of each statement. I have personally placed my initials in certain boxes on this Declaration to signify that I fully understand and adopt as my own each of the statements which correspond to those boxes.   18

19. I waive and give up any right to appeal from any motion I may have brought or could bring and from the conviction and judgment in my case since I am getting the benefit of my plea bargain.   19

20. a. I can read and understand English.   20a
    OR
    b. I cannot read/understand English, but I have had the assistance of an interpreter to read this form to me and I now understand all the contents of this form.   ☒ 20b

21. (If applicable) I understand that a plea of no contest (nolo contendere) is the same as a plea of guilty in this criminal case, and for all purposes, has the same consequences as a plea of guilty and can be used against me in a civil lawsuit.   ☒ 21

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am signing this Declaration on ____June 18____ 20_24_, in ____San Bernardino____ California.

_____
Defendant's Signature

**CERTIFICATE OF INTERPRETER:** I declare under the penalty of perjury under the laws of the State of California that I translated the entire contents of this form from English to _____ (language) in presence of and directly to the Defendant in this case and that said Defendant in this case subscribed to this document in my presence.

_____  _____
Date                Interpreter's Signature

**ATTORNEY STATEMENT:** I, __Brian E. Skibby__, state that I am above-named Defendant's
Print Attorney Name

attorney in the above-entitled criminal action; that I personally read and explained the contents of the above Declaration to the Defendant; that I personally observed the Defendant sign said Declaration; that I concur in the Defendant's withdrawal of his/her plea(s) of not guilty; and that I concur in the Defendant's plea(s) of guilty/no contendere (no contest) and or admissions to the charge(s) as set forth by the Defendant in the above Declaration.

__6/18/24__
Date

_____
Attorney for Defendant

__6/18/24__
Date

Approved: _____  DB
Deputy District Attorney

**ORDER**
(Read these Findings orally into the record)

After directly examining the Defendant, the Court finds:

☑ 1. That Defendant has read and understands the DECLARATION BY DEFENDANT
   ☑ PURSUANT TO PENAL CODE SECTION 859A   ☐ RE CHANGE OF PLEA (GUILTY).

☑ 2. That the Defendant understands the nature of the crime(s) charged against him/her and the consequences of his/her guilty/no contest plea(s) (and admissions).

☑ 3. That the Defendant understandingly and intelligently waives each of his/her constitutional rights.

☑ 4. That Defendant is personally and orally entering his/her plea of guilty/no contest [and admission(s)] to the offense(s).

☑ 5. That the Defendant's plea(s) of guilty/no contest [and admission(s)], is/are free and voluntary.

☑ 6. That a factual basis exists for the plea(s) of guilty/ no contest [and admission(s)], and/or that the plea bargain is hereby approved.

It is ordered that this Declaration by Defendant be received and filed with the court's records of this case and that the defendant's plea(s) of guilty no contest [and admission(s)] be accepted and entered in the minutes of this court.

Dated this __18th__ day of __June__, 20_24_

_____
Judge

☑ Forthwith Sentence

☑ 7. That the Defendant personally waives his/her rights to have a probation referral, report, hearing and delay of pronouncement of judgment up to 20 court days.

☐ Resentencing (**Vargas**) will be set on _____ at _____ m. in Department _____.

☐ Pronouncement of judgment, compliance review or restitution hearing will be set on _____ at _____ m. in Department _____.