# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 5:24-cv-00341-JGB-ACCV<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY ORDERED that, following the hearing on the Motion for Summary Judgment in the above-entitled matter filed by Defendants City of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres Estrella, public employees, and consideration of the papers filed in connection therewith, the Motion is granted in its entirety, and this action is hereby dismissed, in its entirety, with prejudice. Judgment shall be entered in favor of defendants and

against plaintiffs.

   IT IS SO ORDERED.

DATED: _____
                              Honorable Jesus G. Bernal
                              United States District Court Judge

[Proposed] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT