1  **STEVEN J. ROTHANS-STATE BAR NO. 106579**
   **SCOTT CARPENTER-STATE BAR NO. 253339**
2  **CARPENTER, ROTHANS & DUMONT LLP**
   **500 South Grand Avenue, 19th Floor**
3  **Los Angeles, CA 90071**
   **(213) 228-0400 / (213) 228-0401 (Fax)**
4  srothans@crdlaw.com / scarpenter@crdlaw.com

5  Attorneys for Defendants, City of San Bernardino, a public entity, and
   Officers Jonathan Davalos and Andres Estrella, public employees
6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10 RENATO URENA, individually,              ) Case No.: 5:24-cv-00341-JGB-ACCV
                                            )
11                                          ) **DEFENDANTS' REQUEST FOR**
                                            ) **JUDICIAL NOTICE IN SUPPORT**
12            Plaintiff,                     ) **OF DEFENDANTS' MOTION FOR**
                                            ) **SUMMARY JUDGMENT**
13 vs.                                      )
                                            )
14                                          )
   CITY OF SAN BERNARDINO,                  ) Date: April 20, 2026
15 JONATHAN DAVALOS, ANDRES                 ) Time: 9:00 a.m.
   ESTRELLA and DOES 1-10, inclusive,      ) Courtroom: 1 – Riverside
16                                          )
            Defendants.                     )
17                                          )
                                            )
18 _____ )

19

20        PLEASE TAKE NOTICE that Defendants City of San Bernardino, a public

21 entity, and Officers Davalos and Estrella, will and hereby make this request that

22 the Court take judicial notice, pursuant to Federal Rule of Evidence 201 and

23 supporting case law, of the documents and facts listed below in connection with

24 their summary judgment / partial summary judgment:

25        • The Docket in the case entitled *People v. Renato Alfonso Urena*,

26 bearing case number FSB23000625, which is publicly available at https://cap.sb-

27 court.org/, a true and correct copy of which is attached to the Declaration of Scott

28 J. Carpenter as Exhibit "9";

                                   - 1 -
                 DEFENDANTS' REQUST FOR JUDICIAL NOTICE

- •   The Felony Complaint in the Docket in the case entitled *People v. Renato Alfonso Urena*, bearing case number FSB23000625, a true and correct copy of which is attached to the Declaration of Scott J. Carpenter as Exhibit "10"; and

- •   The Plea Agreement in the case entitled *People v. Renato Alfonso Urena*, bearing case number FSB23000625, a true and correct copy of which is attached to the Declaration of Scott J. Carpenter as Exhibit "15".

## MEMORANDUM OF POINTS AND AUTHORITIES

Judicial notice of a fact is proper where the fact is no subject to reasonable dispute because it is "(1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). Courts are required to take judicial notice of facts if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(b) & (d).

The Docket, Felony Complaint, and Plea Agreement in *People v. Renato Alfonso Urena*, case number FSB23000625, are public records, of which courts often take judicial notice. See, e.g., Nichols v. Harris, 17 F. Supp. 3d 989, 995 n.2 (C.D. Cal. 2014) ("While contested facts are not properly subject to judicial notice, the Court may take judicial notice of the criminal complaint and court minutes as they are public records 'whose accuracy cannot reasonably be questioned.'"); Louie v. McCormick & Schmick Rest. Corp., 460 F. Supp. 2d 1153, 1155, fn.4 (C.D. Cal. 2006) ("Under Rule 201 of the Federal Rules of Evidence, the court may take judicial notice of the records of state courts."); Rivas v. Cal. Highway Patrol, 2015 U.S. Dist. LEXIS 85978, at *4 (C.D. Cal. July 1, 2015) (taking judicial notice of a misdemeanor complaint filed in Los Angeles Superior Court); see also United States v. Black, 482 F.3d 1035, 1041 (9th Cir. 2007) (a court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue");

- 2 -

1 | <u>Reyn's Pasta Bella, LLC v. Visa USA, Inc.</u>, 442 F.3d 741, 746 n. 6 (9th Cir. 2006)

2 | (taking judicial notice of pleadings, memoranda, and other court filings).

3 | **<u>CONCLUSION</u>**

4 | For the above reasons, Defendants respectfully request that this Court take

5 | judicial notice of the Docket, Felony Complaint, and Plea Agreement in *People v.*

6 | *Renato Alfonso Urena*, case number FSB23000625.

7 | ///

8 | DATED:  March 9, 2026                    CARPENTER, ROTHANS & DUMONT

9 | LLP

10 |

11 | By:  */s/ Scott J. Carpenter*

12 | STEVE J. ROTHANS

    | SCOTT J. CARPENTER

13 | Attorneys for Defendants

- 3 -

DEFENDANTS' REQUST FOR JUDUCIAL NOTICE