Scott J. Carpenter, Esq. - SBN: 253339
CARPENTER, ROTHANS & DUMONT LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Renato Urena,

PLAINTIFF(S)

v.

City of San Bernardino, et al.

DEFENDANT(S).

CASE NUMBER:

5:24-cv-00341-JGB-ACCV

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit 4 - BWC J. Davalos; Exhibit 5 - BWC A. Estrella; Exhibit 13 - Davalos BWC Slowed; Exhibit 14 - Davalos BWC Stabalized - In Support of Motion for Summary Judgment

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 9, 2026
Date

Scott J. Carpenter, Esq.
Attorney Name

Defendants
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      NOTICE OF MANUAL FILING OR LODGING