# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | Case No.: 5:24-CV-00341-JGB-ACCVx |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS 1, 3, 4, 5, 6 AND 7 ONLY** |
| vs. | |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED that, following the Joint Stipulation of the parties to dismiss plaintiff's Claims 1, 3, 4, 5, 6, and 7 only, the Joint Stipulation is granted in its entirety, and the following claims only are hereby dismissed with prejudice:

Plaintiff's First Claim For Unlawful Detention and Arrest (42 U.S.C. §1983);

Plaintiff's Third Claim For Relief for Unreasonable Search and Seizure, Denial of Medical Care (42 U.S.C. §1983);

Plaintiff's Fourth Claim For Relief for Municipal Liability, Unconstitutional Custom, Practice, or Policy (42 U.S.C. § 1983);

Plaintiff's Fifth Claim For Relief for Municipal Liability, Ratification (42 U.S.C. § 1983);

Plaintiff's Sixth Claim For Relief for Municipal Liability, Failure to Train (42 U.S.C. § 1983); and

Plaintiff's Seventh Claim For Relief For False Arrest / False Imprisonment

IT IS SO ORDERED.

DATED: March 9, 2026      _____
Honorable Jesus G. Bernal
United States District Court Judge