LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENATO URENA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, and ANDRES ESTRELLA,<br><br>Defendants. | Case No. 5:24-cv-00341-JGB-ACCV<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Exhibits A-E; Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment; Plaintiff's Responsive Statement of Uncontroverted Facts; and Plaintiff's Objections to Evidence Cited in Defendants' Separate Statement of Uncontroverted Facts*]<br><br>Date:       April 20, 2026<br>Time:       9:00 a.m.<br>Courtroom:   1 - Riverside |

- 1 -

## <u>DECLARATION OF RENEE V. MASONGSONG</u>

I, Renee V. Masongsong, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California.  I am one of the attorneys of record for Plaintiff Renato Urena.  I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.  I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Plaintiff Renato Urena, as taken on February 11, 2026.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Defendants' retained expert Brady Held, as taken on March 16, 2026.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Defendant Andrés Estrella, as taken on June 26, 2025.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the relevant portions of the reporter's transcript of the Deposition of Defendant Jonathan Davalos, as taken on June 26, 2025.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a photograph of the gun found near the scene of the subject shooting incident, produced by Defendants as Bates No. SB 00796.

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on this 23rd day of March, 2026.


s/ Renee V. Masongsong
Renee V. Masongsong

- 1 -

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT