# EXHIBIT E



SB 00796