LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

STEVEN J. ROTHANS – State Bar No. 106579
SCOTT J. CARPENTER – State Bar No. 253339
CARPENTER, ROTHANS & DUMONT, LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / scarpenter@crdlaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | Case No.: 5:24-cv-00341-JGB-SHK |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE THE APRIL 20, 2026 MSJ HEARING** |
| vs. | |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, | |
| Defendants. | |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED between Plaintiff, Renato Urena, and Defendants City of San Bernardino and Officers Davalos and Estrella, that the hearing on Defendants' Motion for Summary Judgment (Dkt. 24) shall be continued from April 20, 2026, to April 27, 2026, or to a date thereafter convenient for this Court. The Parties submit that GOOD CAUSE exists to continue this hearing because Plaintiffs' counsel Dale K. Galipo and Renee V. Masongsong will

- 1 -

both be engaged in trial beginning April 14, 2026, in the case *Garcia, et al. v. City of Tustin, et al.*, (Case No. 8:22-cv-00131-SPG-KES) at the First Street Courthouse in front of the Honorable Sherilyn Peace Garnett, and Plaintiffs believe the trial will still be in session on April 20, 2026.

IT IS SO STIPULATED.

DATED: April 13, 2026          LAW OFFICES OF DALE K. GALIPO

By:     *s/ Renee V. Masongsong*
       Dale K. Galipo
       Renee V. Masongsong
       Attorneys for Plaintiff, Renato Urena

DATED: April 13, 2026          CARPENTER, ROTHANS & DUMONT LLP

By: *s/ Steven J. Rothans*
       Steven J. Rothans
       Scott J. Carpenter
       Attorneys for Defendants, City of San Bernardino, Jonathan Davalos and Andres Estrella

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Renee V. Masongsong, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

*s/ Renee V. Masongsong*

STIPULATION TO CONTINUE THE APRIL 20, 2026 MSJ HEARING