# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | ) Case No.: 5:24-cv-00341-JGB-SHK |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| | ) |
| vs. | ) |
| | ) |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

[PROPOSED] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the Joint Stipulation to Continue the April 20, 2026, Motion for Summary Judgment Hearing, and good cause appearing therein, **IT IS HEREBY ORDERED** that the Hearing on Defendants' Motion for Summary Judgment is continued from April 20, 2026 to April 27, 2026 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: _____             _____

Honorable Jesus G. Bernal
United States District Court

- 2 -

[PROPOSED] ORDER