# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RENATO URENA, individually,

               Plaintiff,

vs.

CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:24-cv-00341-JGB-SHK

**ORDER**

**Note changes made by the court**

- 1 -

ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the Joint Stipulation to Continue the April 20, 2026, Motion for Summary Judgment Hearing, and good cause appearing therein, **IT IS HEREBY ORDERED** that the Hearing on Defendants' Motion for Summary Judgment is continued from April 20, 2026 to May 4, 2026 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: April 16, 2026

Honorable Jesus G. Bernal
United States District Court

---

- 2 -

ORDER