LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | Case No.: 5:24-cv-00341-JGB-SHK |
| Plaintiff, | **REQUEST TO APPEAR REMOTELY AT THE MAY 18, 2026, MOTION FOR SUMMARY JUDGMENT HEARING** |
| vs. | |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, | **Motion for Summary Judgment** Date:  May 18, 2026 Time: 9:00am |
| Defendants. | |

- 1 -

**TO THE ABOVE – ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Counsel for Plaintiff hereby respectfully requests that Mr. Galipo and/or Ms. Masongsong be allowed to appear by Zoom or telephonically (or other remote web conference platform) at the Motion for Summary Judgment hearing scheduled for May 18, 2026, at 9:00 a.m.

Although the Court disfavors remote appearances, good cause exists here. Plaintiff's lead counsel, Mr. Galipo, has a previously scheduled mediation on this day.  Furthermore, Plaintiff's counsel is located in Woodland Hills, approximately 80.7 miles from the courthouse.

Accordingly, Plaintiff respectfully requests that the Court exercise its discretion to permit Mr. Galipo and/or Ms. Masongsong to appear remotely at the Motion for Summary Judgment hearing.

Respectfully submitted,

Dated: May 11, 2026          **THE LAW OFFICES OF DALE K. GALIPO**

*/s/  Renee Masongsong*
Dale K. Galipo
Renee Masongsong
Attorneys for Plaintiff

**REQUEST TO APPEAR REMOTELY AT THE MAY 18, 2026, MOTION FOR SUMMARY JUDGMENT HEARING**