# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RENATO URENA, individually,

    Plaintiff,

vs.

CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive,

    Defendants.

Case No.: 5:24-cv-00341-JGB-SHK

**[PROPOSED] ORDER**

[PROPOSED] ORDER

## [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS: having considered the request for Plaintiff's counsel to appear telephonically or by Zoom at the Motion for Summary Judgment Hearing for May 18, 2026, at 9:00am, the Court hereby GRANTS that request. Counsel for Plaintiff may appear telephonically (by Zoom) on May 18, 2026.

**IT IS SO ORDERED**

Dated: _____        By: _____

Honorable Jesus G. Bernal
United States District Court

[PROPOSED] ORDER