# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | Case No. 5:24-cv-00341-JGB-ACCV |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 1 TO PRECLUDE PLAINTIFF FROM OFFERING ANY EXPERT OPINION OR TESTIMONY** |
| vs. | |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT, at the trial of this matter, plaintiff shall be precluded from, himself, offering any expert opinion or from himself testifying as an expert, including testimony diagnosing himself with any medical or mental condition or regarding the causation of any diagnoses or condition.

IT IS SO ORDERED.

DATED:

_____
Honorable Jesus G. Bernal
United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION IN LIMINE NO. 1