# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | Case No. 5:24-cv-00341-JGB-ACCV |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE INFLAMMATORY AND GORY PHOTOGRAPHS OF PLAINTIFF** |
| vs. | |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT, at the trial of this matter, plaintiff shall be precluded from presenting inflammatory, bloody, and graphic photographs of plaintiff and/or his post-shooting injuries to the jury.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Jesus G. Bernal
United States District Court Judge

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION IN LIMINE NO. 2