**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENATO URENA, individually, | ) Case No. 5:24-cv-00341-JGB-ACCV |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **DEFENDANTS' MOTION IN** |
| | ) **LIMINE NO. 3 TO LIMIT** |
| vs. | ) **PLAINTIFF'S EXPERT RICHARD** |
| | ) **BRYCE'S OPINIONS AT TRIAL** |
| CITY OF SAN BERNARDINO, | ) |
| JONATHAN DAVALOS, ANDRES | ) |
| ESTRELLA and DOES 1-10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

IT IS HEREBY ORDERED THAT, at the trial of this matter, plaintiff and his police practices expert, Richard Bryce, shall be precluded from presenting evidence, testimony, or argument regarding any opinions of Mr. Bryce that: (i) were not contained in Mr. Bryce's Federal Rule of Civil Procedure 26 Report, (ii) touch upon whether the officer defendants used unreasonable or excessive force; and (iii) improperly speculate about the officer defendants' conduct.

IT IS SO ORDERED.


DATED: _____

_____

Honorable Jesus G. Bernal
United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION IN LIMINE NO. 3