**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENATO URENA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00341-JGB-ACCV<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 4 TO LIMIT PLAINTIFF'S EXPERT DR. BENNET OMALU'S OPINIONS AT TRIAL** |

IT IS HEREBY ORDERED THAT, at the trial of this matter, plaintiff and his police practices expert, Dr. Bennet Omalu, shall be precluded from presenting evidence, testimony, or argument regarding any opinions of Dr. Omalu regarding: (i) the trajectories of the bullets, (ii) the shooting as being "overkill"; and (iii) that the plaintiff suffered pain as a result of the shooting.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Jesus G. Bernal
United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION IN LIMINE NO. 4