**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENATO URENA, individually,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 5:24-cv-00341-JGB-ACCV<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF ANY OTHER INCIDENTS OF ALLEGED POLICE MISCONDUCT** |

IT IS HEREBY ORDERED THAT, at the trial of this matter, the parties shall be precluded from presenting any evidence, testimony, argument, or reference to other use of force incidents or other alleged misconduct by Officers Davalos or Estrella or any other police officers.

IT IS SO ORDERED.

DATED: _____          _____
                                Honorable Jesus G. Bernal
                                United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION IN LIMINE NO. 5