**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENATO URENA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA,<br><br>Defendants. | Case No.: 5:24-cv-00341-JGB-SHK<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE OF, ARGUMENT REGARDING, OR REFERENCES TO PLAINTIFF'S CRIMINAL RECORD, ALLEGED GANG AFFILIATION, AND PRIOR BAD ACTS**<br><br>FPTC:    6/8/2026<br>Time:    11:00 a.m.<br>Crtrm:   1<br><br>Trial:    6/23/2026 |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having reviewed Plaintiff's Motion in Limine No. 1 to Exclude Evidence of or References to Renato Urena's Criminal History, Alleged Gang Affiliation, and Prior Bad Acts, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ORDERED that all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, arguing, mentioning, or introducing evidence regarding Mr. Urena's criminal record at trial, including but not limited to the following: (1) contacts with law enforcement, arrests, charges, convictions, and periods of incarceration occurring prior to this incident; (2) criminal charges filed against Mr. Urena arising from this incident, Mr. Urena's conviction by plea deal under §29800 (felon in possession of a firearm) and §2800.1 (evading police) relating to this incident, and Mr. Urena's incarceration relating to this incident; (3) subsequent contacts with law enforcement, arrests, charges, convictions, and periods of incarceration occurring after this incident (unrelated to this incident); (4) allegations that Mr. Urena was affiliated with a gang and/or has gang tattoos, and/or was in a "gang area" at the time of the shooting; (5) Mr. Urena's probation status; (6) Mr. Urena's current incarceration status (to the extent that he is still incarcerated at the time of trial)..

It is further ORDERED, to the extent that Mr. Urena is still incarcerated at the time of trial, that Mr. Urena shall be dressed in plainclothes and not be handcuffed or shackled for his appearance at trial, and any deputies, custodial officers, etc. accompanying Mr. Urena are prohibited from wearing any prison/custodial uniforms and any badge, duty belt, or other article of clothing that would indicate that they are law enforcement officers, when they are in the presence of the jury.

**IT IS SO ORDERED**.

Dated: _____          _____
                                    Honorable Jesus G. Bernal
                                    United States District Judge

[PROPOSED] ORDER