# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA,<br><br>Defendants. | Case No.: 5:24-cv-00341-JGB-SHK<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE THE DISTRICT ATTORNEY'S CONCLUSIONS AND THE CITY OF SAN BERNARDINO'S FINDINGS**<br><br>FPTC:      6/8/2026<br>Time:      11:00 a.m.<br>Crtrm:    1<br><br>Trial:      6/23/2026 |

[PROPOSED] ORDER

## [PROPOSED] ORDER

Having reviewed Plaintiff's Motion in Limine No. 2 to Exclude the District Attorney's Conclusions and the City of San Bernardino's Findings, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ordered that all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, mentioning, publishing or arguing any of the following items of evidence before the jury:

1. Any evidence, testimony, argument, or reference at trial to the District Attorney's conclusion that the shooting of Renato Urena by Officers Jonathan Davalos and Andres Estrella was justified, reasonable, and/or not criminal;

2. Any evidence, testimony, argument, or reference at trial to the District Attorney's decision not to press charges against Officers Jonathan Davalos and Andres Estrella, including any reference (whether implicit or explicit) to the fact that the District Attorney reviewed the shooting incident;

3. The District Attorney's report itself;

4. Any evidence, testimony, argument, or reference at trial to any findings by the City of San Bernardino (or any other agency) that the shooting of Mr. Urena by Officers Jonathan Davalos and Andres Estrella was reasonable, justified, within policy, and/or did not require any discipline or retraining.

**IT IS SO ORDERED**.

Dated: _____         _____
                                       Honorable Jesus G. Bernal
                                       United States District Judge