# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA,<br><br>Defendants. | Case No.: 5:24-cv-00341-JGB-SHK<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF RENATO URENA'S DRUG AND/OR ALCOHOL USE**<br><br>FPTC:        6/8/2026<br>Time:        11:00 a.m.<br>Crtrm:       1<br><br>Trial:        6/23/2026 |

# [PROPOSED] ORDER

Having reviewed Plaintiff's Motion in Limine No. 3 to Exclude Evidence of Renato Urena's Drug and/or Alcohol Use, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED.

It is hereby ordered that all parties and their counsel, and through them any witnesses or other persons, are hereby precluded from referencing, mentioning, publishing or arguing any of the following items of evidence before the jury:

(1) Mr. Urena's criminal history relating to his drug use and/or possession;

(2) medical records indicating the presence of amphetamine, cocaine, opiate, marijuana, and fentanyl at the time of the shooting;

(3) any herasay statements regarding Mr. Urena's drug and/or alcohol use (at any time) contained in any medical records or police reports;

(4) any testimony by any party, including by Mr. Urena or any expert, regarding Mr. Urena's drug and/or alcohol use at any time;

(5) drug needles and paraphernalia found on Mr. Urena's person after the shooting, including scene photographs thereof.

**IT IS SO ORDERED**.

Dated: _____          _____
                                        Honorable Jesus G. Bernal
                                        United States District Judge

[PROPOSED] ORDER