LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:    (818) 347-3333
Fax:   (818) 347-4118

STEVEN J. ROTHANS – State Bar No. 106579
SCOTT J. CARPENTER – State Bar No. 253339
CARPENTER, ROTHANS & DUMONT, LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / scarpenter@crdlaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-00341-JGB-SHK<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE THE LAST DAY TO FILE THE SECOND ROUND OF PRETRIAL DOCUMENTS FROM MAY 25, 2026 TO MAY 26, 2026** |

**TO THIS HONORABLE COURT:**

Following the Parties' Rule 16-2 meeting and trial preparation conversations, IT IS HEREBY STIPULATED between Plaintiff, Renato Urena, and Defendants, City of San Bernardino and Officers Davalos and Estrella, by and through their attorneys of record, and requested of this Court, as follows:

1. WHEREAS, the current deadline for the Parties to file the second round of pretrial documents is May 25, 2026. (*See* Dkt. No. 16).

- 1 -

2. WHEREAS, May 25, 2026, is a federal court holiday.

3. WHEREAS, the Parties have been working together to prepare the joint pretrial documents.

4. THEREFORE, the Parties jointly stipulate and respectfully request that this Court briefly continue the deadline for the Parties to file the second round of pretrial documents by one day, to May 26, 2026.

5. The Parties submit that GOOD CAUSE exists for this request because counsel's offices will be closed on May 25, 2026, and this request shall not affect the date of the trial or the pretrial conference in this case.

IT IS SO STIPULATED.

DATED: May 13, 2026          LAW OFFICES OF DALE K. GALIPO

                             By:   *s/ Renee V. Masongsong*
                                   Dale K. Galipo
                                   Renee V. Masongsong
                                   Attorneys for Plaintiff, Renato Urena

DATED: May 13, 2026          CARPENTER, ROTHANS & DUMONT LLP

                             By:   *s/ Steven J. Rothans*
                                   Steven J. Rothans
                                   Scott J. Carpenter
                                   Attorneys for Defendants, City of San
                                   Bernardino, Jonathan Davalos and Andres
                                   Estrella

- 2 -

JOINT STIPULATION TO CONTINUE THE LAST DAY TO FILE THE SECOND ROUND OF PRETRIAL DOCUMENTS FROM MAY 25, 2026 TO MAY 26, 2026

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Renee V. Masongsong, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

s/ Renee V. Masongsong

- 3 -