# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| RENATO URENA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA,<br><br>Defendants. | Case No.: 5:24-cv-00341-JGB-SHK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE THE LAST DAY TO FILE THE SECOND ROUND OF PRETRIAL DOCUMENTS FROM MAY 25, 2026 TO MAY 26, 2026**<br><br>FPTC:      6/8/2026<br>Time:      11:00 a.m.<br>Crtrm:     1<br><br>Trial:      6/23/2026 |
|---|---|

[PROPOSED] ORDER

## [PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation and Request, and GOOD CAUSE appearing therefore, it is hereby ordered as follows: The last day to file the second round of pretrial documents (jury instructions, proposed pretrial conference order, verdict forms, statement of the case, and proposed voir dire) is continued from May 25, 2026, to May 26, 2026.

**IT IS SO ORDERED**.

Dated: _____          _____
                                      Honorable Jesus G. Bernal
                                      United States District Judge

[PROPOSED] ORDER