# EXHIBIT A

ARMC Main Hospital
400 N Pepper Ave
Colton CA 92324-1819

Urena, Renato Alfonso
███████████ , DOB: ████████ , Legal Sex: M
Adm: 2/10/2023, D/C: 3/22/2023

---

## 02/10/2023 - ED to Hosp-Admission (Discharged) in ARMC 5 North (continued)

**ED Provider Note (continued)**

| | |
|---|---|
| Glucose, Urine | Negative |
| Bilirubin, Urine | Negative |
| Ketones, Urine | Negative |
| Blood, Urine | 1+ (*) |
| Specific Gravity, UA | 1.048 (*) |

**TOXICOLOGY SCREEN, URINE - Abnormal**

| | |
|---|---|
| Amphetamine Screen, Urine | Positive >1000 ng/mL (*) |
| Barbiturate Screen, Urine | Negative <200 ng/mL |
| Cocaine Screen, Urine | Positive >300 ng/mL (*) |
| Opiate Screen, Urine | Positive >300 ng/mL (*) |
| Phencyclidine (PCP) Screen, Urine | Negative <25 ng/mL |
| Marijuana Screen, Urine | Positive >50 ng/mL (*) |
| Fentanyl Screen, Urine | Positive >5 ng/ml (*) |

**PROTIME-INR - Abnormal**

| | |
|---|---|
| Protime | 15.8 (*) |
| INR | 1.28 (*) |

**BASIC METABOLIC PANEL - Abnormal**

| | |
|---|---|
| Sodium | 133 (*) |
| Potassium | 3.8 |
| Chloride | 97 (*) |
| CO2 | 17 (*) |
| BUN | 11 |
| Creatinine | 0.88 |
| eGFR | 123.1 |
| Glucose | 158 (*) |
| Calcium | 8.1 (*) |

**CBC WITH AUTO DIFFERENTIAL - SYSMEX WAM - Abnormal**

| | |
|---|---|
| Auto WBC | 15.0 (*) |
| RBC | 4.42 (*) |
| Hemoglobin | 13.9 |

---

00622