# EXHIBIT C

# Bennet Omalu
### PATHOLOGY

| | | |
|---|---|---|
| **Phone: 279-345-1300**<br>**Fax: 866-402-6875**<br>**bennetomalu@bennetomalu.com** | **Autopsy and Anatomic Pathology**<br>**Clinical Pathology and Toxicology**<br>**Forensic Pathology** | **Neuropathology**<br>**Epidemiology**<br>**Medico-Legal Consultations** |

Dale Galipo, Esq.                                                    February 26, 2026
The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367


Dear Mr. Galipo,

**Re:     Renato Alfonso Urena**
**        Medico-Legal Report**


**Summary of Education, Training, and Experience**
I completed medical school in 1990 at the University of Nigeria, Enugu, Nigeria. Upon graduating from medical school, I completed a one-year clinical housemanship at the University of Nigeria Teaching Hospital in the fields of Pediatrics, Internal Medicine, General Surgery, Obstetrics, and Gynecology. After housemanship, I worked as an emergency room physician at a university hospital in Nigeria for approximately three years. I sat for and passed my United States Medical Licensing Examinations [USMLE] while I worked as an emergency room physician. I came to the United States in 1994 through a World Health Organization scholarship to become a visiting research scholar for eight months at the Department of Epidemiology, Graduate School of Public Health, University of Washington, Seattle, Washington.

In 1995, I proceeded to the College of Physicians and Surgeons of Columbia University, New York, at Harlem Hospital Center, to complete residency training in Anatomic Pathology and Clinical Pathology. In 1999, I proceeded to the University of Pittsburgh in Pittsburgh, Pennsylvania, to complete fellowship training in Forensic Pathology and Neuropathology. I hold four board certifications in Anatomic Pathology, Clinical Pathology, Forensic Pathology and Neuropathology. I also hold a Masters in Public Health [MPH] in Epidemiology from the Graduate School of Public Health at the University of Pittsburgh in Pittsburgh, Pennsylvania. I also hold a Masters in Business Administration [MBA] degree from the Tepper School of Business at Carnegie Mellon University in Pittsburgh, Pennsylvania, one of the leading business schools in the world. I am a Certified Physician Executive and an Honorary Fellow of the American Association of Physician Leadership [AAPL]. I also hold a fifth board certification in Medical Management from the AAPL. I am currently licensed to practice Medicine and Surgery in the State of California.

I am currently the President and Medical Director of Bennet Omalu Pathology [BOP], a California medico-legal consulting firm, and a Clinical Professor at the Department of Medical Pathology and Laboratory Medicine, University of California, Davis. In my capacity as the Medical Director of BOP, I am a consulting Forensic Pathologist and Neuropathologist to many

**1621 Executive Court**
**Sacramento, CA 95864**

hospitals in central California and to several counties in northern California. There are less than a few dozen practicing Forensic Pathologists-Neuropathologists in the United States who are board-certified in both Forensic Pathology and Neuropathology.

For over 25 years, I have been involved in over 15,000 death and injury investigations in my career as a Forensic Pathologist and Neuropathologist, which began in 1999. I have personally conducted and performed over 13,000 autopsies and death investigations and examined over 15,000 brain tissue specimens. I also perform trauma pattern analysis in both living patients and deceased patients to determine causes and mechanisms of sustenance of injuries and death. I am also involved in the evaluation of living victims of all types of injuries and trauma, including, but not limited to, victims of assault, traumatic falls, industrial and accidental injuries, medical complications and misadventures, rape, child abuse, and sports-related injuries.

I have performed autopsies and examined the medical records, occupational histories, exposure histories, autopsy tissues, and biopsy tissues of hundreds of living and deceased patients who had been occupationally exposed to asbestos, solvents, and other types of toxic agents. I have performed differential diagnosis, made disease diagnosis, and determined medical causation of diseases involving all types of occupational exposures, including asbestos-related diseases and malignancies like malignant mesothelioma.

I have been consulted and retained as an expert witness in 2,000-3,000 cases involving all types of medico-legal cases across all jurisdictions in the United States, including federal, state, county, and municipal courts and arbitration panels, in both civil and criminal cases, for the plaintiff, defense, district attorneys, and public defenders. I have been involved as an expert witness in complex class action and industrial lawsuits involving thousands of individuals and major corporations.

My areas of interest and focus include brain pathophysiology, brain injuries, and brain trauma, in both living and deceased patients. I identified Chronic Traumatic Encephalopathy [CTE] in a retired football player when I performed an autopsy and examined the brain of Mike Webster in 2002. Subsequently, I identified CTE in other high-impact, high-contact sports athletes and in military veterans suffering from Post-Traumatic Stress Disorder [PTSD]. Since 2002, CTE has received international attention from the sports industry, sports medicine, and neuroscience. My work has been featured extensively in all media platforms across the world. My work and life were featured in a major Hollywood film, *Concussion*, released in December 2015 by Sony Motion Pictures, in which the renowned actor, Will Smith, played me as Dr. Omalu. Several New York Times best-selling books have also been published on my life and work, including *The League of Denial* and *Concussion*. I have published several books including my memoir, *Truth Doesn't Have a Side*, which was published in August 2017. My latest book, *Brain Damage in Contact Sports,* was published in February 2018. I have published extensively in the medical and scientific literature, authoring many scientific papers and book chapters.

I have received three honorary PhD degrees from two universities in the United States and from the Royal College of Surgeons of Ireland in recognition of my work and expertise. I have also received numerous awards from across the world in recognition of my work and expertise in both living and deceased patients. I have received the "Distinguished Service Award" from the American Medical Association [AMA], which is the most prestigious award of the AMA. I have been honored by the United States Congress, and I have appeared on multiple occasions before committees of the United States Congress and committees of State Legislatures across the



Unites States, advising them on matters relating to trauma. In 2019 and 2020, I was appointed to the Traumatic Brain Injury Board of the State of California to advise the state on matters relating to traumatic brain injuries.

Since 1999, I have testified as an expert witness in matters relating to all types of injuries and deaths in over 800 court proceedings across the United States. I have attached a copy of my curriculum vitae, which enumerates my body of work and experience in greater detail. The cases I have testified in, beginning in 2009, are enumerated at the end of my curriculum vitae.

Pursuant upon your request, I have reviewed the following materials sent to me on the case of Renato Urena:

1. State of California – Department of Corrections and Rehabilitation - Procedures for a legal visit
2. Letter of sponsorship for Dr. Bennet Omalu & Court-Ordered Mental/Physical Examination Renato Alfonso Urena from the Law Offices of James S. Terrell to the Litigation Coordinator Wasco State Prison
3. Gate clearances for Notary Service/Legal Interview/Court-Ordered Visit Memorandum from California Department of Corrections and Rehabilitation
4. Axon body-worn camera X60A7459X (A. Estrella)
5. Axon body-worn camera X60A7252T (J. Davalos)
6. Axon body-worn camera X60A7322X
7. Axon body-worn camera X60A6143U
8. Axon body-worn camera X60A89170
9. Axon body-worn camera X60A7113Z
10. Axon body-worn camera X60A89170
11. Axon body-worn camera X60A4550P
12. Axon body-worn camera X60A6143U
13. Axon body-worn camera X60A7932R
14. Axon body-worn camera X60A7232X
15. Axon body-worn camera X60A89170
16. Axon body-worn camera X60A7113Z
17. Axon body-worn camera X60A7321S
18. Axon body-worn camera X60A7063W
19. Axon body-worn camera X6039B684
20. Scene and evidence photos
21. Scene video 9N9A6564
22. Ring camera pictures and videos
23. Audio interview of Officer Andres Estrella
24. Audio interview of Officer Jonathan Davalos
25. Deposition transcripts of:
    a. Officer Andres Estrella
    b. Officer Jonathan Davalos
    c. Renato Urena
26. San Bernardino City Police Department – Call for Service Detail Report –CFS 36
27. San Bernardino City Police Department investigative reports
28. Transcription of tape-recorded interview of Officer A. Estrella
29. Transcription of tape-recorded interview of Officer J. Davalos
30. San Bernardino Police Department Use of Force Policy Manual
31. Medical records of Renato Urena from ARMC Main Hospital



In order to perform and apply a valid differential diagnosis method, including, but not limited to, causation criteria analysis[1], central limit theorem analysis, and clinicopathologic correlation analysis, on this case, I had to review, document, and analyze the materials sent to me in considerable depth and detail. As part of the differential diagnosis method, I also visited Renato Urena to spend time with him, speak to him, interact with him, and evaluate him in order to perform a clinicopathologic correlation analysis and confirm his medical history. Such differential diagnosis and review would form the foundation for my case-specific and general causation opinions in this case.

### Brief Summary of Prevailing Forensic Scenario[1,2]

At the time he was seen by Dr. Brandon Woodward at the General Surgery Clinic of Arrowhead Regional Medical Center (ARMC) on May 27, 2025, Renato Urena was a 52-year-old male, born on ███████ He was being followed-up for a large, symptomatic ventral abdominal hernia. This was a complication from multiple abdominal surgeries he had had following multiple gunshot wounds he sustained during an officer-involved shooting on February 10, 2023.

### Emergency Medical Services[3] (Video record)

A body-worn camera from a San Bernardino Police Department (SBPD) officer showed firefighters from the San Bernardino Fire Department arriving on the scene of the incident at 10:23 a.m. on February 10, 2023. Upon arrival, officers had already moved the victim, who identified himself as Renato Urena, into an open area. The firefighters immediately exposed him by cutting off his clothing with scissors to determine the extent of his injuries. He was subsequently placed on a stretcher at 10:28 a.m. and moved into an American Medical Response (AMR) ambulance at 10:29 a.m. Renato Urena arrived at the emergency department (ED) at 10:37 a.m., and his care was transferred to the ED team at 10:41 a.m.

The body camera video clips show that, beginning from the time he was shot until he was moved into the ambulance, Renato Urena continued to groan and moan in pain, making excruciating agonal noises and sounds and asking for water and help. The video clips at the emergency room also show him continuing to make these noises when he moved to a hospital bed in the emergency room.

### Medical Records from Arrowhead Regional Medical Center

Trauma activation was called from the field, so the entire ED and trauma teams were present for Renato Urena's arrival at the ED of Arrowhead Regional Medical Center at 10:37 a.m. on February 10, 2023. He was admitted by Dr. Edwin Kim.

According to the emergency medical services report, Renato Urena was a 49-year-old male who presented with multiple gunshot wounds sustained from an officer-involved shooting. His initial Glasgow Coma Scale (GCS) was 15/15. He had no significant past medical history, and his vital signs were stable. His pulse oximetry was 100% on room air.

His physical exam revealed sternal tenderness with no crepitus and an absent rectal tone. There were no step-offs or deformities and no midline tenderness over the cervical, thoracic, and lumbar spine. There were penetrating wounds to the top and bottom of the left foot (through and through), left posterior calf, right posterior thigh, left sternal chest wall, right groin, left

---

[1] This section of the report should not be used to establish the facts in this case and is not intended to be used to establish the facts in this case.

[2] There are body camera-worn video clips, which in part documented the shooting of Renato Urena.

[3] The emergency medical services (EMS) report was not available for this review.



lateral calf, left lateral chest (with venous bleeding), and right thoracic area. He was alert and oriented to time, place, and person, with a GCS of 14/15.

A diagnosis of assault with gunshot wounds was made, with a differential diagnosis of internal bleeding, fractures, and contusions. A bedside chest X-ray, blood tests, and other imaging studies were initiated. A Focused Assessment with Sonography for Trauma (FAST) performed at 10:41 a.m. was negative.

A chest X-ray showed no evidence of pneumothorax or obvious mediastinal injury. A computed tomography (CT) scan of the pelvis, legs, and feet, without contrast, showed gunshot wounds with fractures involving the right sacrum, right iliac, left proximal tibia, and tarsal bones. A CT scan of the cervical spine with contrast showed no evidence of acute cervical spine injury. An abdominal and chest CT with intravenous contrast showed multiple areas of gunshot wounds. Free intraperitoneal air with grossly intact large bowels was seen, but small bowel injury could not be excluded. There were bilateral rib fractures without evidence of pneumothorax and a pulmonary contusion in the left lower lobe. There were also right pelvic fractures with subcutaneous hematoma and active bleeding in the right groin. The thoracic and lumbar spines were intact. A head CT scan showed no acute intracranial abnormalities. A neck CT angiography showed no evidence of acute vascular abnormality in the neck. A CT aorta and femoral runoff angiogram with intravenous contrast showed no evidence of vascular injury in either lower extremity.

At 10:50 a.m., Dr. Ashley Stading's review found Renato Urena disoriented, moaning, and appearing uncomfortable. His vital signs were blood pressure 81/48 mmHg (and he needed fluids and resuscitation to keep the systolic blood pressure above 100 mmHg), pulse 130 bpm, and respiration 36 cycles per minute, though his oxygen saturation was 98% on room air. In the emergency department, he received two units of uncross-matched packed red blood cells. Dr. Stading admitted him to the surgical intensive care unit (SICU), where he was placed on ventilation support, per protocol, with an exploratory laparotomy scheduled in the operating room.

At 4:14 p.m. on February 10, 2023, Dr. Payam Falatoonzadeh, a surgical critical care fellow, noted that Renato Urena had undergone an exploratory laparotomy. The intraoperative findings included multiple enterotomies of the proximal jejunum, requiring a 35-cm resection, and an ileocecectomy. His right psoas muscle was packed with Surgical due to a retroperitoneal injury, and a testicular vessel was ligated after a groin exploration.

At the SICU, he was given fentanyl and Versed for pain and sedation and was placed on hourly neurovascular and vital sign monitoring. He was also started on Levophed and vasopressin to maintain his mean arterial pressure (MAP) above 65 mmHg. Due to acute respiratory failure from bilateral rib fractures, he remained on ventilator support and had bilateral chest tubes in place. Dr. Falatoonzadeh recommended an orthopedic review and physiotherapy/occupational therapy as soon as it was appropriate.

On February 10, 2023, at 11:41 p.m., Renato Urena was evaluated for polytrauma by Dr. Joseph Elsissy and physician assistant (PA) Alexander Hammonds. PA Hammonds performed a bedside washout of the left lower extremity wound and sutured the lacerations on the legs and foot. The wound was then dressed with dry gauze and a compression dressing after irrigation. His left lower extremity was placed in a knee immobilizer and a cam boot.



Over the following few days, Renato Urena underwent several additional procedures:

- February 12, 2023: A second exploratory laparotomy
- February 13, 2023: Orthopedic surgery for metallic fragment retrieval
- February 14, 2023: A third exploratory laparotomy, a washout, and a closure
- February 16, 2023: A paracentesis along with orthopedic surgery for a tibial intramedullary nail (IMN)

Renato Urena's chest tubes were removed on February 17, 2023. Due to a severe inflammatory response, Renato Urena developed decompensated cirrhosis, which led to jaundice and elevated bilirubin levels.

He was transferred out of the SICU on February 26, 2023. He was seen by nephrology for persistent hyponatremia, even with fluid restriction and sodium chloride supplementation. Nephrology recommended adding urea packets and continuing to restrict his fluids. By March 7, 2023, his sodium level was 133 mmol/L and remained stable over the following days.

Renato Urena was evaluated by a physiotherapist who recommended home physiotherapy after his discharge. Orthopedic surgery determined his left lower extremity injury was nonoperative and would be followed up on an outpatient basis. Trauma surgery also stated that his abdominal wound care could be done as an outpatient.

He complained of a "feeling of something" under the skin of his posterior shoulder, and an X-ray showed an embedded bullet with no fracture or signs of infection. His vital signs were stable. He was taking acetaminophen-codeine, bisacodyl, calcium (oyster shell)-vitamin D3, docusate sodium, enoxaparin, gabapentin, lactulose, melatonin, methocarbamol, sennosides, sodium chloride, and urea powder.

He had poor dentition, no respiratory distress in room air, and normal heart sounds. The abdominal incision was healing with no signs of infection. He had a fistula with a pouch in the suprapubic area with small drainage. The right groin incision and multiple gunshot wounds on his chest and legs were also healing without signs of infection.

At the time of the physical exam, Renato Urena had an active peripheral intravenous cannula on his right antecubital fossa, an open drain on his ventral thigh, a male external urinary catheter, and a midline single-lumen right basilic vein catheter in place.

Renato Urena was cleared for discharge with a mobility score of 3/5 by physical therapy (PT) and 3/6 by occupational therapy (OT). All recommended equipment from both therapies was available at the West Valley Detention Center, where he was discharged on March 22, 2023. At the facility, he was to continue his wound care and PT/OT for mobility. He was instructed to have repeat X-rays of his left tibia/fibula in six weeks and again in 12 weeks. He was also started on aspirin 325 mg for a period of six weeks.

**Outpatient Follow-up**

On May 27, 2025, Renato Urena presented to the general surgery clinic to be seen by Dr. Brandon Woodward for a ventral abdominal hernia that had developed since his surgeries in February 2023. He reported the hernia had been getting worse, causing constant pain rated 6/10 in his epigastric and periumbilical regions. He was unable to reduce the hernia, as it kept



returning and worsened with exercise. He had no complaints of fever, chills, nausea, vomiting, or changes in appetite or weight. His daily bowel movements were normal.

His vital signs were blood pressure 136/88 mmHg, pulse 99 bpm, respiration 18 cpm, and a temperature of 37.5°C. His physical examination showed a non-distended abdomen with no rebound tenderness or guarding. He had a well-healed midline abdominal surgical scar with a large, partially reducible ventral hernia in the superior aspect of the midline, as well as an infraumbilical scar. The area was mildly tender to the touch, with no skin changes.

Dr. Woodward's assessment was a symptomatic large multiple ventral hernia. For operative planning, he ordered a contrast CT scan of the abdomen and pelvis and recommended an abdominal binder for comfort. He also scheduled a return visit for Renato Urena in two to four weeks, counseled him on emergency department precautions, and advised him to avoid lifting objects greater than 10 pounds.

**Clinical Descriptions of Renato Urena's Trauma Derived from the Medical Records**
1. Gunshot wound of chest cavity, left
2. Gunshot wound of groin
3. Gunshot wound of left foot
4. Gunshot wound of left lower leg
5. Gunshot wound of left thigh
6. Gunshot wound of right thigh
7. 6x gunshot wounds: upper left breast, left lower breast, x2 in each leg, and x2 in each foot
8. Penetrating wounds to: top and bottom of left foot through and through, left posterior calf, right posterior thigh, left sternal chest wall, right groin, left lateral calf, left lateral chest with venous bleeding, and right thoracic
9. Gunshot wounds with fractures involving the right sacrum, right iliac, and left proximal tibia
10. Free intraperitoneal air with grossly intact large bowel, small bowel injury cannot be excluded
11. Bilateral rib fractures without evidence of pneumothorax, pulmonary contusion in the left lower lobe
12. Right pelvic fractures with subcutaneous hematoma and active bleeding in the right groin
13. Intact thoracic and lumbar spine
14. 6x gunshot wounds to the upper left chest, left lower chest, right groin, left groin, left posterior calf, and foot
15. Gunshot wound of left foot with tarsal bone fractures
16. Open traumatic fractures of ribs of left side with pneumothorax
17. Fractures of multiple ribs, both sides
18. Open fracture of right iliac wing
19. Open sacral fracture
20. Injury to the right side of the pelvis
21. Gunshot wound of left knee, status, post foreign body in left knee
22. Open fracture of bone of left foot, fracture of unspecified tarsal bones of left foot
23. Type I or II open fracture of proximal end of left tibia, unspecified fracture morphology
24. Retroperitoneal injury from back through right psoas muscle
25. Right groin hematoma with no femoral vessel injury but hematoma of spermatic cord, status, post ligation of testicular vessel



26. Exploratory laparotomy [02/10/23] multiple enterotomies of proximal jejunum with ~35-cm resection and left in discontinuity, ileocecectomy, right psoas muscle packed with surgical from retroperitoneal injury and ligated testicular vessel after groin exploration
27. Jejunojejunal anastomosis, ileocolic anastomosis (with transverse colon)
28. Resection of remainder of ascending colon with side-to-side ileocolic anastomosis
29. Traumatic hemorrhagic shock
30. Superficial abrasions
31. Swelling over the right hand
32. Ecchymosis to the axilla and medical aspect of the right arm
33. Small circumferential laceration to the anterior, anterior lateral, and posterior medial left thigh
34. Two small wounds to the right anterior tibia, 2 small wounds to the posterior proximal tibia
35. One small circumferential wound on the dorsal and plantar aspects of the left foot
36. Metallic foreign body fragments in the pelvis, left proximal tibia, left knee
37. Fractures of the right sacrum, right iliac, 2 separate left proximal tibia fractures, fractures of the medial intermediate, and lateral cuneiform fractures

**Patient Evaluation and Interaction Visit**

I visited Renato Urena on October 21, 2025, beginning at about 09:43 a.m. We spoke at length while I evaluated him to perform a clinicopathologic correlation as part of my differential diagnosis.

Renato Urena stated that he was in an induced coma and woke up about one week and a half later. A nurse had told him. He said he was in the hospital for one to two months. They kept doing surgeries on him. When he went to the bathroom to pee, his pee was going everywhere, and when he looked down all he saw was a hole, where his penis used to be. There was no penis there. "My mind snapped and I began tripping. All my groin area was swollen. I was told my penis was retracted. A bullet had blown off all my groin area. My mind was computing what happened to me."

Renato Urena suffers from pain everywhere. He said, "My whole body hurts. I have pain everyday, especially in my left leg." He cannot walk without a cane and even with a cane, he hobbles. "I find myself crying. I feel humiliated. One bullet went into my butthole; I have to place ointments regularly into my anus. It gets irritated by stool and it burns."

**Medico-Legal Questions**

1. **What were the characteristics and trajectory of the bullets of the gunshot wounds Renato Urena sustained?**
   a. **What was Renato Urena's body positioning while he was shot?**
   b. **What injuries or damages were caused to Renato Urena by the gunshots?**

Medicine is a life science, which is evidence-based. The practice of medicine is guided by established standards and generally accepted principles, which certified physicians must adhere to. The specialties and the categories of physicians who are most proficiently trained, specialized, and competent in the accurate determination of the cause, mechanism, and manner of death and the mechanisms of sustenance of serious bodily injury and possibly lethal trauma are the forensic pathologists. Renato Urena suffered serious bodily injuries.



It is a generally accepted principle and common knowledge in medicine and forensic pathology that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries. Applying the clinicopathologic method of differential diagnosis, a specific documented pattern of trauma can be evaluated, translated, and applied to the determination of the mechanisms of generation, causation, and sustenance of the specified trauma pattern with a reasonable degree of medical and scientific certainty based on the differential diagnosis of the established common knowledge and generally accepted principles of trauma patterns and their mechanisms of generation, causation, and sustenance. The documentation and translation of patterns of trauma can be done by a variety of methods including, but not limited to, radiological methods, autopsy methods, clinical physical examination methods, applied clinicopathologic methods and real-time audio and videographic methods.

The patterns of injuries generated by gunshots, firearms, and ballistics weapons, and the mechanisms of generation, causation, and sustenance of these patterns of injuries, are very well-established in the medical literature and are common knowledge. Based on the prevailing forensic scenario and on the generally accepted principles and common knowledge of medicine and science, and based on the global constellation, configurations, and anatomic conformations of the gunshot wound sustained by Renato Urena, the mechanisms of generation, causation, and sustenance of his injuries can be determined with a reasonable degree of medical certainty.

The direction of travel of a bullet inside the body can be determined in the three planes of nature (with the body disposed in the universal anatomic position), by the systematic tracking and description of the anatomic pathway of the bullet, tissue disruptions, damages, and injuries correlated with the anatomic topographic locations of the gunshot wound, and recovery of the bullet or where the bullet settled.

Based on these commonly known and generally accepted principles of medicine and science, Renato Urena sustained multiple gunshot wounds of his chest and abdomen, pelvis, and lower extremities. The videographic, radiological, and clinical documentations of his trauma confirm that Renato Urena fell on the ground, and in total two officers shot at him about 36 times. The locations of the gunshot wounds, the anatomic pathways of the bullets, and the trajectories of the tissues and organs destroyed and damaged by the bullets confirm that Renato Urena was struck by some of the shots while he was lying on the ground, at a lower level than the guns firing the bullets. The trajectories of the bullets inside the body were forward and upward. The trajectories were inclined upwards given that he was lying on the ground during at least some of the shots, and the bullets came from guns that were located at levels that were much higher than the body.

Renato Urena was shot at about 36 times, and he was struck by multiple shots. This epidemiological pattern of a multiplicity of gunshot wounds and the mathematical proportions will qualify as overkill shots. This specified pattern of trauma will be consistent with an overkill[2-12]. Epidemiologically speaking, an overkill pattern of trauma is distinct and far removed from the patterns of trauma that are associated with an individual defending himself from an imminent assailant or possible assailant. Rather, an overkill pattern, in this scenario, makes Renato Urena an overpowered and subdued victim of a gunshot assault, which was Renato Urena's clinical diagnosis at the hospital upon receipt in the emergency department: "Assault with Gunshot Wound."



Renato Urena suffered serious bodily injuries of his chest, abdomen and pelvis, and lower extremities, which have been enumerated above. His injuries are permanent injuries, especially the injuries of the pelvis, which destroyed and damaged the intricate milieu and systems of nerve fibers, nerve plexuses, and ganglia of the pelvis. Such nervous injuries will generate permanent neurological sequelae like neuropathic pain, sexual dysfunction, erectile dysfunction, and impotence, as well as the attendant psychiatric sequalae of low self-esteem and depression. He is expected to suffer urinary impairment, anorectal impairment, and mobility and balance impairment. He is at an increased risk of suffering falls from standing heights and suffering all forms of blunt force trauma, especially traumatic brain injury. He is expected to suffer all forms of post-traumatic neuropathic pain for the rest of his life, including multidomain post-traumatic stress disorders from the neuropsychiatric and somatic encounters of the February 10, 2023, shooting[8,18-71].

## 2. Did Renato Urena experience pain and suffering as a result of his multiple gunshot wounds on February 10, 2023, and, if so, for how long?

It is a generally accepted principle and common knowledge in medicine and forensic pathology that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries and outcomes of traumas and injuries. The patterns of injuries generated by blunt force trauma, gunshots, and all types of ballistics, and the mechanisms of sustenance of these patterns of injuries, are very well-established in the medical literature and are common knowledge. A specified, prevailing pattern of trauma can reasonably predict the mechanisms of sustenance of the prevailing trauma.

Renato Urena suffered severe bodily injuries as a result of multiple gunshot wounds of the chest and abdomen, pelvis, and lower extremities. These injuries have been listed above. Based on the prevailing forensic scenario, and on the generally accepted principles and common knowledge of medicine and science, and based on the global constellation, configurations, and anatomic conformations of the traumas sustained by Renato Urena, he experienced pain and suffering beginning from the time he was shot, and will continue to experience pain and suffering for the rest of his life. All forms of regional nerve fiber, nerve plexus, and ganglia injuries are permanent injuries. He suffered major damages to the axial and appendicular skeleton and will continue to suffer mobility and balance impairment from his extensive pelvic bone fractures.

**Pathophysiology of Conscious Pain and Suffering**
Conscious pain and suffering are initiated by widespread free nerve endings situated in the skin, soft tissues, and organs. Pain can be elicited by multiple types of stimuli classified into three broad categories: mechanical, thermal, and chemical pain stimuli. Nerve endings for pain sensations generate electrical action potentials following all forms of tissue damage caused by all types of energies including, but not limited to, kinetic and mechanical energy from gunshots.

Action potentials are the subcellular physiologic basis for noxious conscious sensations and originate from voltage-gated sodium and potassium electrolyte membrane pumps in the cell membranes of nerve cells, fibers, and synapses.

It takes few 10, 000[th's] of a second to generate action potentials. Action potentials are transmitted through nerve fibers to the brain. They are transmitted in peripheral nerves in the Aδ and C fibers for fast and slow pain, respectively, at impulse rates of 5-30 meters per second and 0.5-2 meters per second, respectively. There is, therefore, a double pain sensation: a fast-sharp pain and a slow pain. The sharp pain apprises the person rapidly of imminent danger and



prompts the person to react immediately and remove himself from the painful stimulus or imminent danger. The slow pain becomes greater as time passes, resulting in continued intolerable pain and suffering and prompting the person to continue to try to relieve the cause of the pain and flee from the imminent danger.

As an average human adult, Renato Urena experienced gunshot-, and ballistics-induced pain within milliseconds of contact with an unyielding surface and contact and penetration of each bullet. One millisecond is one second divided into 1000 parts. For the slowest nervous mechanisms of pain sensation and consciousness, an adult male, like Renato Urena, felt pain within 100 milliseconds.

Nerve pathways that transmit pain terminate in the spinal cord. Secondary pathways transmit the pain from the spinal cord to the brainstem and thalamus, especially to the reticular activating system of the brainstem. From the thalamus, tertiary pathways transmit pain to other basal ganglia, limbic cortex, and neocortex of the brain. Pain stimuli are transmitted to the reticular nuclei of the midbrain, pons, and medulla and to the tectal midbrain and the periaqueductal gray matter. These lower regions of the brain, i.e., brainstem, are vital for the appreciation of the suffering types of pain.

Animals with their brains sectioned above the midbrain, to block any impulse reaching the neocortex and cerebral hemispheres, still experience suffering from pain caused by all types of trauma. Complete removal or disconnection of the somatosensory regions of the cerebral hemispheres, like we may have in quadriplegic patients, does not preclude a human or animal's ability to perceive and experience pain.

Pain impulses entering the spinal cord, brainstem, and lower centers of the human brain can cause perception of pain. Pain perception is principally a function of the lower centers of the brain; however, the upper centers and cerebral hemispheres are responsible for the interpretation of the quality of pain and other cognitive aspects of pain, which are not needed to experience pain. Perception of pain is a primitive vegetative reflex, similar to thirst and hunger.

One of the factors we consider in the determination of general and case-specific causation is analogy. Is there another disease or trauma entity that is analogous to the case in question? In this case, an analogy is that of spinal cord injuries and quadriplegia. The quadriplegic patient can still experience pain and suffering below the level of the injury, which may include, but are not limited to[97]:

1.  Nociceptive pain
    a.  Musculoskeletal pain
    b.  Visceral pain
    c.  Other nociceptive pain
2.  Neuropathic pain
    a.  At-level spinal cord injury pain
    b.  Below-level spinal cord injury pain
3.  Other pain
4.  Unknown pain

Gunshot wounds elicit both the fast and slow pain types. Fast pain is felt within milliseconds, while slow pain is felt within about one second. Following mechanical tissue damages, biochemical tissue reactants like bradykinin, serotonin, histamine, prostaglandins, leukotrienes, potassium ions, substance P, acetylcholine, acids, and proteolytic enzymes are expressed to elicit



sustained secondary biochemical pain in addition to the primary fast pain directly caused by tissue damages. The biochemical pain elicited by these biochemical reactants is a slow type of pain. The intensity of pain is closely correlated with the rate of tissue damage.
The brain is responsible for and sustains consciousness in human beings. The sensation of pain induces conscious suffering since pain is a noxious sensation which stimulates the neocortex, limbic cortex, and forebrain to cause mental pain and suffering. All these neural processes occur in 1000th's of a second (milliseconds). The human nervous system is one of the most efficient, effective, and optimal operating systems ever known to mankind. After centuries of empirical research mankind has not been able to fully decipher and reproduce the operating systems of the human brain and nervous system.

The human brain is a postmitotic organ and can only survive on oxygen and glucose, which are supplied by blood that come from the heart, primarily in the internal carotid arteries and the vertebral arteries. While the brain is only about 2-3% of the body weight, it receives approximately 15% of the cardiac output at a rate of 750-900 ml/min of blood. The normal range of perfusion of the brain is about 50 to 65 ml/100 g/min (80-100 ml/100 g/min for the gray matter and 20—25 ml/100 g/min for the white matter, at a rate of oxygen consumption of 3.5 ml/100 g/min). The normal brain tissue partial pressure of oxygen is 35 to 40 mmHg. Brain tissue oxygen levels below 30 mmHg may cause brain tissue injury, and at 20 mmHg, the risk of brain damage becomes exponentially elevated. The threshold for brain infarction is 10-12 ml/100 g/min of blood supply, with neuronal injury and death beginning in 60 to 180 seconds.

Being a postmitotic organ, the human brain does not have any reasonable capacity to regenerate itself. This means that when the human brain suffers any type of irreversible injury, that injury is permanent and cannot be reversed or cured by the brain or by medical therapy. There are many types of brain injuries. For the human brain to suffer irreversible global brain injury and damage, there has to be an impaired supply of oxygen and blood to the brain. The established and generally accepted median or mean reference threshold time for irreversible hypoxic-ischemic brain damage to occur is three to five minutes in cumulative time. This means that irreversible brain damage can occur in less than three minutes or in more than five minutes, but with a mean or median time of close to three to five minutes.

Pain is a basic, vegetative, and primitive human reflex with a primary objective of alerting the person to remove himself from imminent danger. Given that pain is a primitive reflex, patients who are alive but are suffering a disorder of consciousness still experience pain and suffering. There is no rigid demarcation between consciousness and unconsciousness. It is a continuum or spectrum of physiological functioning; however, there are broad, varying degrees of disorders of consciousness with broad, varying degrees of pain and suffering physiology and biochemistry[104-107]. We cannot reasonably differentiate or quantitate the degree of pain and suffering; rather, it is a qualitative question of whether a person experiences pain or not. Therefore, pain and suffering are present in all persons with disorders of consciousness and should be adequately treated[105,108-111]. In the noncommunicative, unconscious patient, the most relevant aspects of response to pain are physiologic (i.e., modification in the vital parameters such as heart rate and respiration) and behavioral (i.e., modification in the facial expression, motor, and visual response)[112-114].

**Renato Urena's Conscious Pain and Suffering**
Immediately prior to and at the time of the gunshots, Renato Urena was fully conscious and aware of his surroundings, with a GCS of 15/15. He was not suffering from any known neurological disease that may have impaired his capacity to process noxious stimuli and



experience the full spectrum of pain and suffering based on his learned behavior and intellect. Pain and suffering, moreover, are primitive autonomic reflexes of humankind. Patients who suffer neurological diseases like delirium, neurosis, psychosis, and dementia and all forms of cognitive impairment, congenital and acquired intellectual disabilities, and autism spectrum disorders still possess the autonomic capacity for primitive reflexes like pain and suffering, thirst and hunger, and fear.

Renato Urena's reticular activating center was completely intact and functional. As a 52-year-old adult male, he had the mental capacity, prior experiences, and learned behavior to identify and classify the presence of the police officers, their guns and weapons, the noises of the police sirens, the visual effects of the police lights, the firing and explosive noises of the gun(s), and the bullets hitting him as imminent dangers and threats to his life.

At this time, the brainstem nuclei, the frontal cortex, prefrontal cortex, basal forebrain, and limbic cortex of Renato Urena's brain initiated, within 10,000th of a second, action potentials, which initiated within milliseconds, the primitive human reflexes of fright, flight, and fight. This mental awareness of imminent danger initiated the noradrenergic and adrenergic biochemical neural responses of fear, fight, and flight, when the locus ceruleus of the brainstem released large amounts of noradrenalin to the cerebral hemispheres. This fear, fight, and flight adrenergic response caused high levels of mental pain and suffering. His heart started pumping faster (chronotropic effect) and stronger (ionotropic effect) due to the noradrenergic/adrenergic response. His respiratory rate and general muscle tonicity increased, as well, due to the noradrenergic/adrenergic response. His gastrointestinal system increased bowel peristalsis and acid secretion in the stomach.

All these pathophysiologic processes culminated in high levels of conscious mental pain and suffering, which resulted in attendant somatic and biochemical pain and suffering as a result of the body's pathophysiological and biochemical responses to mental pain and suffering. The fear, fight, and flight autonomic response prompted him to flee and run from the police.

The officers fired their guns 36 times at him, hitting him multiple times, including while he was on the ground. Firing the guns generated loud blast noises, which instigated mechanical ossicular noxious stimuli and pain from transmission of such loud noises. Falling to the ground caused blunt force impacts of his body on the ground, which excited numerous naked nerve endings in his body, which generated action potentials that further caused somatic and biochemical pain as he continued to experience mental pain and suffering, fright, and flight. The various domains of his brain and cerebral functioning were intact and identified the imminent danger within 1000ths of a second. His limbic system instigated high levels of primitive adrenergic fright-flight-fight response, which caused high levels of mental, somatic, and biochemical pain and suffering.

He experienced mental, somatic, and biochemical pain and suffering from every tissue destruction he suffered as a result of his blunt force trauma and ballistics injuries. He suffered severe bodily injuries. Transfer of forensically significant kinetic energy constituted noxious stimuli, which generated novel action potentials, which traveled to the spinal cord and brain to cause novel mental, somatic, and biochemical pain and suffering. Renato Urena suffered severe polytrauma of his chest, abdomen, and extremities. Such severe polytrauma of different regions of his body will generate even more severe physiological responses like pain and suffering.



The biochemical secondary responses of his body to the primary tissue injuries and damages precipitated biochemical, anatomic, and pathophysiological noxious stimuli, which generated action potentials within 10,000ths of a second, which were transmitted to the spinal cord and to the brain to precipitate cumulative mental, somatic, and biochemical pain and suffering. The multimodal nature of the noxious stimuli resulted in synergistic and cumulative conscious experience of very high levels of mental, somatic, and biochemical pain and suffering.

Action potentials from physical or thermal noxious stimuli eventually reach the limbic system to generate mental and psychological aspects of somatic pain and suffering. The primary injuries initiated secondary tissue injuries, systemic and tissue reactive responses, which elicited novel biochemical pain and accentuated the conscious mental and somatic pain and suffering.

Following sustenance of his trauma and serious bodily injury, Renato Urena began to develop biophysiologic deficits and sequelae of his injuries. More nerve endings in his body, soft tissues, and viscera were recruited, and many more action potentials were elicited and caused increasingly higher levels of mental, somatic, and biochemical pain and suffering.

Many more types of ions, peptides, proteins, and enzymes were expressed and activated, which enhanced his biochemical pain and suffering, which synergized with his pre-existing pain and suffering to cause higher, progressive mental, somatic, and biochemical pain and suffering.

The brain is responsible for and sustains consciousness in human beings. The region of the brain responsible for consciousness is the brainstem. The center in the brainstem, which is responsible for consciousness, is the reticular activating system, which is located deep in the central regions of the brainstem. As long as the reticular activating system remains anatomically and electrochemically intact, an individual like Renato Urena will remain conscious and will experience pain and suffering. Following his sustenance of serious bodily injuries, Renato Urena's reticular activating system did not suffer any catastrophic trauma; therefore, it remained intact.

As time progressed, Renato Urena continued to experience increasingly higher levels of mental, somatic, and chemical pain and suffering due to his secondary tissue injury cascades induced by the primary traumatic injuries. His pain and suffering persisted as he received emergency medical care and was transferred to the hospital. He continued to groan and moan in excruciating agony and distress at the scene, asking for help and for water.

At the hospital, he received both medical and surgical treatments and was eventually discharged after a long-term hospital stay. Medical and surgical intervention initiated novel cascades of mental, somatic, and chemical pain and suffering, which contributed to the pre-existing mental, somatic, and chemical pain and suffering. His severe bodily injuries were permanent, and they persisted and metamorphosed into chronic post-traumatic sequelae and impairments. Each and every pharmacologic, medical, and surgical therapy he received generated novel iatrogenic pain and suffering, which synergized with the pain and suffering caused by his primary and secondary injuries.

Renato Urena manifested and suffered from, and continues to manifest and suffer from, the established impairments, symptoms, and signs of the types of serious bodily injuries he suffered. He continues to experience pain and suffering. He continues to experience the sequalae and impairments of his serious bodily injuries, which, by themselves, cause independent pain and suffering. Over time, his pain and suffering may become less in intensity, but they are not



expected to completely disappear during his lifetime. Mental, psychological, and mood disorders and somatic, behavioral, social, and occupational disorders and impairments and PTSD caused by his serious bodily injuries are all expected to continue to cause him the full spectrum of mental, somatic, and biochemical pain and suffering. The underlying sequelae of his bodily injuries shall continue to generate neurological, pathophysiological, and biochemical cascades of mental, somatic, and chemical pain and suffering for the rest of his life.

Renato Urena has suffered and experienced conscious pain and suffering from his multiple gunshot wounds for three years since the time of the shooting.[4,5]. He will continue to suffer and experience conscious pain and suffering from his serious bodily injuries, sequelae, and impairments for the rest of his life[6].

As long as the spinal and cranial reflexes are intact, the human body continues to experience debilitating trauma-induced and physiologic biochemical pain and suffering until there is a complete cessation of all bodily functions and death.

I have provided my opinions and conclusions with a reasonable degree of medical and scientific certainty.

I reserve the right to amend, supplement, revise and/or modify my opinions and report, up to the time of trial, should additional information become available

Thank you.

Very truly yours,

Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP
Clinical Pathologist, Anatomic Pathologist, Forensic Pathologist, Neuropathologist, Epidemiologist
President and Medical Director, Bennet Omalu Pathology

---

[4] Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine.

[5] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

[6] Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine.

**Bennet Omalu**
PATHOLOGY

### EndNote References

1. Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. May 1965;58(5):295–300.
2. Washington PM, Villapol S, Burns MP. Polypathology and dementia after brain trauma: Does brain injury trigger distinct neurodegenerative diseases, or should they be classified together as traumatic encephalopathy? Exp Neurol. Jan 2016;275 Pt 3:381–388. doi:10.1016/j.expneurol.2015.06.015
3. Symonds C. CONCUSSION AND ITS SEQUELÆ. The Lancet. 1962/01/06/ 1962;279(7219):1–5. doi:https://doi.org/10.1016/S0140-6736(62)92635-1
4. Nowinski CJ, Bureau SC, Buckland ME, et al. Applying the Bradford Hill Criteria for Causation to Repetitive Head Impacts and Chronic Traumatic Encephalopathy. Front Neurol. 2022;13:938163. doi:10.3389/fneur.2022.938163
5. Proceedings of the Congress of Neurological Surgeons in 1964: Report of the Ad Hoc Committee to Study Head Injury Nomenclature. Clinical Neurosurgery. 1966;12:386–394.
6. Miller G. Cerebral Concussion. Archives of Surgery. 1927;14(4):891–916.
7. Omalu B. The Historical Foundation of CTE in Football Players: Before the NFL, there was CTE. Bennet Omalu; 2014.
8. Omalu B. Chronic traumatic encephalopathy. Prog Neurol Surg. 2014;28:38–49. doi:10.1159/000358761
9. Saxena S, Zutrauen S, McFaull SR. Assault-related traumatic brain injury hospitalizations in Canada from 2010 to 2021: rates, trends and comorbidity. Inj Epidemiol. Feb 7 2024;11(1):4. doi:10.1186/s40621-024-00486-5
10. Report to Congress on Traumatic Brain Injury in the United States: Epidemiology and Rehabilitation (2015).
11. Oehmichen M, Meissner C, König HG. Brain injury after gunshot wounding: morphometric analysis of cell destruction caused by temporary cavitation. J Neurotrauma. Feb 2000;17(2):155–62. doi:10.1089/neu.2000.17.155
12. Alvis-Miranda HR, A MR, Agrawal A, et al. Craniocerebral Gunshot Injuries; A Review of the Current Literature. Bull Emerg Trauma. Apr 2016;4(2):65–74.
13. Turco L, Cornell DL, Phillips B. Penetrating Bihemispheric Traumatic Brain Injury: A Collective Review of Gunshot Wounds to the Head. World Neurosurg. Aug 2017;104:653–659. doi:10.1016/j.wneu.2017.05.068
14. Reyes G, Gadot R, Ouellette L, Nouri SH, Gopinath SP, Patel AJ. Firearm-Related Traumatic Brain Injuries in Adults: A Scoping Review. Neurosurgery. Feb 1 2024;94(2):229–239. doi:10.1227/neu.0000000000002734
15. Saiki RL. Current and evolving management of traumatic brain injury. Crit Care Nurs Clin North Am. Dec 2009;21(4):549–59. doi:10.1016/j.ccell.2009.07.009
16. Yoganandan N, Li J, Zhang J, Pintar FA, Gennarelli TA. Influence of angular acceleration-deceleration pulse shapes on regional brain strains. J Biomech. Jul 19 2008;41(10):2253–62. doi:10.1016/j.jbiomech.2008.04.019
17. Su E, Bell M. Diffuse Axonal Injury. In: Laskowitz D, Grant G, eds. Translational Research in Traumatic Brain Injury. CRC Press/ Taylor and Francis Group; 2016:chap Chapter 3.
18. Frey LC. Epidemiology of posttraumatic epilepsy: a critical review. Epilepsia. 2003;44(s10):11–7. doi:10.1046/j.1528-1157.44.s10.4.x
19. Keret A, Bennett-Back O, Rosenthal G, et al. Posttraumatic epilepsy: long-term follow-up of children with mild traumatic brain injury. J Neurosurg Pediatr. Jul 2017;20(1):64–70. doi:10.3171/2017.2.PEDS16585
20. Keret A, Shweiki M, Bennett-Back O, et al. The clinical characteristics of posttraumatic epilepsy following moderate-to-severe traumatic brain injury in children. Seizure. May 2018;58:29–34. doi:10.1016/j.seizure.2018.03.018
21. Ritter AC, Wagner AK, Fabio A, et al. Incidence and risk factors of posttraumatic seizures following traumatic brain injury: A Traumatic Brain Injury Model Systems Study. Epilepsia. 12 2016;57(12):1968–1977. doi:10.1111/epi.13582
22. Semple BD, Zamani A, Rayner G, Shultz SR, Jones NC. Affective, neurocognitive and psychosocial disorders associated with traumatic brain injury and post-traumatic epilepsy. Neurobiol Dis. 03 2019;123:27–41. doi:10.1016/j.nbd.2018.07.018
23. Xu T, Yu X, Ou S, et al. Risk factors for posttraumatic epilepsy: A systematic review and meta-analysis. Epilepsy Behav. 02 2017;67:1–6. doi:10.1016/j.yebeh.2016.10.026
24. Fann JR, Ribe AR, Pedersen HS, et al. Long-term risk of dementia among people with traumatic brain injury in Denmark: a population-based observational cohort study. Lancet Psychiatry. 05 2018;5(5):424–431. doi:10.1016/S2215-0366(18)30065-8
25. Gardner RC, Byers AL, Barnes DE, Li Y, Boscardin J, Yaffe K. Mild TBI and risk of Parkinson disease: A Chronic Effects of Neurotrauma Consortium Study. Neurology. May 15 2018;90(20):e1771–e1779. doi:10.1212/WNL.0000000000005522
26. LoBue C, Wilmoth K, Cullum CM, et al. Traumatic brain injury history is associated with earlier age of onset of frontotemporal dementia. J Neurol Neurosurg Psychiatry. 08 2016;87(8):817–20. doi:10.1136/jnnp-2015-311438
27. LoBue C, Wadsworth H, Wilmoth K, et al. Traumatic brain injury history is associated with earlier age of onset of Alzheimer disease. Clin Neuropsychol. 01 2017;31(1):85–98. doi:10.1080/13854046.2016.1257069
28. LoBue C, Cullum CM, Didehbani N, et al. Neurodegenerative Dementias After Traumatic Brain Injury. J Neuropsychiatry Clin Neurosci. 2018;30(1):7–13. doi:10.1176/appi.neuropsych.17070145
29. Nguyen TP, Schaffert J, LoBue C, Womack KB, Hart J, Cullum CM. Traumatic Brain Injury and Age of Onset of Dementia with Lewy Bodies. J Alzheimers Dis. 2018;66(2):717–723. doi:10.3233/JAD-180586



30.   Schaffert J, LoBue C, White CL, et al. Traumatic brain injury history is associated with an earlier age of dementia onset in autopsy-confirmed Alzheimer's disease. Neuropsychology. 05 2018;32(4):410–416. doi:10.1037/neu0000423

31.   Mortimer JA, van Duijn CM, Chandra V, et al. Head trauma as a risk factor for Alzheimer's disease: a collaborative re-analysis of case-control studies. EURODEM Risk Factors Research Group. Int J Epidemiol. 1991;20 Suppl 2:S28–35. doi:10.1093/ije/20.supplement_2.s28

32.   Wang HK, Lin SH, Sung PS, et al. Population based study on patients with traumatic brain injury suggests increased risk of dementia. J Neurol Neurosurg Psychiatry. Nov 2012;83(11):1080–5. doi:10.1136/jnnp-2012-302633

33.   Wang HK, Lee YC, Huang CY, et al. Traumatic brain injury causes frontotemporal dementia and TDP-43 proteolysis. Neuroscience. Aug 2015;300:94–103. doi:10.1016/j.neuroscience.2015.05.013

34.   Yang JR, Kuo CF, Chung TT, Liao HT. Increased Risk of Dementia in Patients with Craniofacial Trauma: A Nationwide Population-Based Cohort Study. World Neurosurg. May 2019;125:e563–e574. doi:10.1016/j.wneu.2019.01.133

35.   Strickland D, Smith SA, Dolliff G, Goldman L, Roelofs RI. Physical activity, trauma, and ALS: a case-control study. Acta Neurol Scand. Jul 1996;94(1):45–50. doi:10.1111/j.1600-0404.1996.tb00038.x

36.   Seals RM, Hansen J, Gredal O, Weisskopf MG. Physical Trauma and Amyotrophic Lateral Sclerosis: A Population-Based Study Using Danish National Registries. Am J Epidemiol. Feb 2016;183(4):294–301. doi:10.1093/aje/kwv169

37.   Stern RA, Daneshvar DH, Baugh CM, et al. Clinical presentation of chronic traumatic encephalopathy. Neurology. Sep 24 2013;81(13):1122–9. doi:10.1212/WNL.0b013e3182a55f7f

38.   Fazel S, Wolf A, Pillas D, Lichtenstein P, Långström N. Suicide, fatal injuries, and other causes of premature mortality in patients with traumatic brain injury: a 41-year Swedish population study. JAMA Psychiatry. Mar 2014;71(3):326–33. doi:10.1001/jamapsychiatry.2013.3935

39.   Sariaslan A, Sharp DJ, D'Onofrio BM, Larsson H, Fazel S. Long-Term Outcomes Associated with Traumatic Brain Injury in Childhood and Adolescence: A Nationwide Swedish Cohort Study of a Wide Range of Medical and Social Outcomes. PLoS Med. 08 2016;13(8):e1002103. doi:10.1371/journal.pmed.1002103

40.   Madsen T, Erlangsen A, Orlovska S, Mofaddy R, Nordentoft M, Benros ME. Association Between Traumatic Brain Injury and Risk of Suicide. JAMA. 08 2018;320(6):580–588. doi:10.1001/jama.2018.10211

41.   Richard YF, Swaine BR, Sylvestre MP, Lesage A, Zhang X, Feldman DE. The association between traumatic brain injury and suicide: are kids at risk? Am J Epidemiol. Jul 2015;182(2):177–84. doi:10.1093/aje/kwv014

42.   Burke JF, Stulc JL, Skolarus LE, Sears ED, Zahuranec DB, Morgenstern LB. Traumatic brain injury may be an independent risk factor for stroke. Neurology. Jul 2013;81(1):33–9. doi:10.1212/WNL.0b013e318297eecf

43.   Chen YH, Kang JH, Lin HC. Patients with traumatic brain injury: population-based study suggests increased risk of stroke. Stroke. Oct 2011;42(10):2733–9. doi:10.1161/STROKEAHA.111.620112

44.   Liu SW, Huang LC, Chung WF, et al. Increased Risk of Stroke in Patients of Concussion: A Nationwide Cohort Study. Int J Environ Res Public Health. 02 2017;14(3)doi:10.3390/ijerph14030230

45.   Liao CC, Chou YC, Yeh CC, Hu CJ, Chiu WT, Chen TL. Stroke risk and outcomes in patients with traumatic brain injury: 2 nationwide studies. Mayo Clin Proc. Feb 2014;89(2):163–72. doi:10.1016/j.mayocp.2013.09.019

46.   Barlow KM. Postconcussion Syndrome: A Review. J Child Neurol. Jan 2016;31(1):57–67. doi:10.1177/0883073814543305

47.   Dwyer B, Katz DI. Postconcussion syndrome. Handb Clin Neurol. 2018;158:163–178. doi:10.1016/B978-0-444-63954-7.00017-3

48.   Montenigro PH, Alosco ML, Martin BM, et al. Cumulative Head Impact Exposure Predicts Later-Life Depression, Apathy, Executive Dysfunction, and Cognitive Impairment in Former High School and College Football Players. J Neurotrauma. 01 15 2017;34(2):328–340. doi:10.1089/neu.2016.4413

49.   Balabandian M, Noori M, Lak B, Karimizadeh Z, Nabizadeh F. Traumatic brain injury and risk of Parkinson's disease: a meta-analysis. Acta Neurol Belg. Aug 2023;123(4):1225–1239. doi:10.1007/s13760-023-02209-x

50.   McKee AC, Mez J, Abdolmohammadi B, et al. Neuropathologic and Clinical Findings in Young Contact Sport Athletes Exposed to Repetitive Head Impacts. JAMA Neurol. Oct 1 2023;80(10):1037–1050. doi:10.1001/jamaneurol.2023.2907

51.   Suter CM, Affleck AJ, Pearce AJ, Junckerstorff R, Lee M, Buckland ME. Chronic traumatic encephalopathy in a female ex-professional Australian rules footballer. Acta Neuropathol. Sep 2023;146(3):547–549. doi:10.1007/s00401-023-02610-z

52.   Bruce HJ, Tripodis Y, McClean M, et al. American Football Play and Parkinson Disease Among Men. JAMA Netw Open. Aug 1 2023;6(8):e2328644. doi:10.1001/jamanetworkopen.2023.28644

53.   Delic V, Beck KD, Pang KCH, Citron BA. Biological links between traumatic brain injury and Parkinson's disease. Acta Neuropathol Commun. Apr 7 2020;8(1):45. doi:10.1186/s40478-020-00924-7

54.   Ascherio A, Schwarzschild MA. The epidemiology of Parkinson's disease: risk factors and prevention. Lancet Neurol. Nov 2016;15(12):1257–1272. doi:10.1016/S1474-4422(16)30230-7

55.   Lillian A, Zuo W, Laham L, Hilfiker S, Ye JH. Pathophysiology and Neuroimmune Interactions Underlying Parkinson's Disease and Traumatic Brain Injury. Int J Mol Sci. Apr 13 2023;24(8)doi:10.3390/ijms24087186

56.   Gardner RC, Yaffe K. Epidemiology of mild traumatic brain injury and neurodegenerative disease. Mol Cell Neurosci. May 2015;66(Pt B):75–80. doi:10.1016/j.mcn.2015.03.001



57. Gardner RC, Burke JF, Nettiksimmons J, Goldman S, Tanner CM, Yaffe K. Traumatic brain injury in later life increases risk for Parkinson disease. Ann Neurol. Jun 2015;77(6):987–95. doi:10.1002/ana.24396

58. Sartor-Glittenberg C, Brickner L. A multidimensional physical therapy program for individuals with cerebellar ataxia secondary to traumatic brain injury: a case series. Physiother Theory Pract. Feb 2014;30(2):138–48. doi:10.3109/09593985.2013.819952

59. Takao M, Aoyama M, Ishikawa K, et al. Spinocerebellar ataxia type 2 is associated with Parkinsonism and Lewy body pathology. BMJ Case Rep. Apr 1 2011;2011doi:10.1136/bcr.01.2011.3685

60. Hong JH, Kim OL, Kim SH, Lee MY, Jang SH. Cerebellar peduncle injury in patients with ataxia following diffuse axonal injury. Brain Res Bull. Aug 28 2009;80(1-2):30–5. doi:10.1016/j.brainresbull.2009.05.021

61. Jang SH, Lee HD. Ataxia due to injury of the cortico-ponto-cerebellar tract in patients with mild traumatic brain injury. Medicine (Baltimore). Dec 3 2021;100(48):e28024. doi:10.1097/MD.0000000000028024

62. Chester CS, Reznick BR. Ataxia after severe head injury: the pathological substrate. Ann Neurol. Jul 1987;22(1):77–9. doi:10.1002/ana.410220117

63. Freund JE, Stetts DM. Continued recovery in an adult with cerebellar ataxia. Physiother Theory Pract. Feb 2013;29(2):150–8. doi:10.3109/09593985.2012.699605

64. Vasudevan EV, Glass RN, Packel AT. Effects of traumatic brain injury on locomotor adaptation. J Neurol Phys Ther. Jul 2014;38(3):172–82. doi:10.1097/NPT.0000000000000049

65. Potts MB, Adwanikar H, Noble-Haeusslein LJ. Models of traumatic cerebellar injury. Cerebellum. Sep 2009;8(3):211–21. doi:10.1007/s12311-009-0114-8

66. Calzolari E, Chepisheva M, Smith RM, et al. Vestibular agnosia in traumatic brain injury and its link to imbalance. Brain. Feb 12 2021;144(1):128–143. doi:10.1093/brain/awaa386

67. Marcus HJ, Paine H, Sargeant M, et al. Vestibular dysfunction in acute traumatic brain injury. J Neurol. Oct 2019;266(10):2430–2433. doi:10.1007/s00415-019-09403-z

68. Keleher F, Lindsey HM, Kerestes R, et al. Multimodal Analysis of Secondary Cerebellar Alterations After Pediatric Traumatic Brain Injury. JAMA Netw Open. Nov 1 2023;6(11):e2343410. doi:10.1001/jamanetworkopen.2023.43410

69. Woodrow RE, Winzeck S, Luppi AI, et al. Acute thalamic connectivity precedes chronic post-concussive symptoms in mild traumatic brain injury. Brain. Aug 1 2023;146(8):3484–3499. doi:10.1093/brain/awad056

70. Vella MA, Warshauer A, Tortorello G, et al. Long-term Functional, Psychological, Emotional, and Social Outcomes in Survivors of Firearm Injuries. JAMA Surgery. 2020;155(1):51–59. doi:10.1001/jamasurg.2019.4533

71. Harris KA, Yonclas P. Acute and Long-Term Complications of Gunshot Wounds to the Head. Current Physical Medicine and Rehabilitation Reports. 2020/12/01 2020;8(4):436–442. doi:10.1007/s40141-020-00301-4

72. Majdan M, Plancikova D, Maas A, et al. Years of life lost due to traumatic brain injury in Europe: A cross-sectional analysis of 16 countries. PLoS Med. Jul 2017;14(7):e1002331. doi:10.1371/journal.pmed.1002331

73. Majdan M, Melichova J, Plancikova D, et al. Burden of Traumatic Brain Injuries in Children and Adolescents in Europe: Hospital Discharges, Deaths and Years of Life Lost. Children (Basel). Jan 13 2022;9(1)doi:10.3390/children9010105

74. Mavroudis I, Kazis D, Petridis FE, Balmus IM, Papaliagkas V, Ciobica A. The Association Between Traumatic Brain Injury and the Risk of Cognitive Decline: An Umbrella Systematic Review and Meta-Analysis. Brain Sci. Nov 26 2024;14(12)doi:10.3390/brainsci14121188

75. Li W, Risacher SL, McAllister TW, Saykin AJ. Traumatic brain injury and age at onset of cognitive impairment in older adults. J Neurol. Jul 2016;263(7):1280–5. doi:10.1007/s00415-016-8093-4

76. El-Menyar A, Al-Thani H, Mansour MF. Dementia and traumatic brain injuries: underestimated bidirectional disorder. Front Neurol. 2023;14:1340709. doi:10.3389/fneur.2023.1340709

77. Gardner RC, Burke JF, Nettiksimmons J, Kaup A, Barnes DE, Yaffe K. Dementia risk after traumatic brain injury vs nonbrain trauma: the role of age and severity. JAMA Neurol. Dec 2014;71(12):1490–7. doi:10.1001/jamaneurol.2014.2668

78. Zhang L, Yang W, Li X, et al. Association of life-course traumatic brain injury with dementia risk: A nationwide twin study. Alzheimers Dement. Jan 2023;19(1):217–225. doi:10.1002/alz.12671

79. Nordstrom A, Nordstrom P. Traumatic brain injury and the risk of dementia diagnosis: A nationwide cohort study. PLoS Med. Jan 2018;15(1):e1002496. doi:10.1371/journal.pmed.1002496

80. Ling H, Holton JL, Shaw K, Davey K, Lashley T, Revesz T. Histological evidence of chronic traumatic encephalopathy in a large series of neurodegenerative diseases. Acta Neuropathol. Dec 2015;130(6):891–3. doi:10.1007/s00401-015-1496-y

81. Nordström P, Michaëlsson K, Gustafson Y, Nordström A. Traumatic brain injury and young onset dementia: a nationwide cohort study. Ann Neurol. Mar 2014;75(3):374–81. doi:10.1002/ana.24101

82. Plassman BL, Havlik RJ, Steffens DC, et al. Documented head injury in early adulthood and risk of Alzheimer's disease and other dementias. Neurology. Oct 24 2000;55(8):1158–66. doi:10.1212/wnl.55.8.1158

83. Simmonds E, Han J, Kirov G, Sharp DJ, Massey TH, Escott-Price V. Dementia Risk Due to Traumatic Brain Injury in Subtypes of Dementia in the Welsh Population. Neurology. Aug 12 2025;105(3):e213866. doi:10.1212/wnl.0000000000213866



Renato Urena
Medico-Legal Report

Page 19 of 20

84.   Iacono D, Raiciulescu S, Olsen C, Perl DP. Traumatic Brain Injury Exposure Lowers Age of Cognitive Decline in AD and Non-AD Conditions. Front Neurol. 2021;12:573401. doi:10.3389/fneur.2021.573401

85.   Stubbs JL, Thornton AE, Sevick JM, et al. Traumatic brain injury in homeless and marginally housed individuals: a systematic review and meta-analysis. Lancet Public Health. Jan 2020;5(1):e19–e32. doi:10.1016/S2468-2667(19)30188-4

86.   Chassman S, Calhoun K, Bacon B, et al. Correlates of Acquiring a Traumatic Brain Injury before Experiencing Homelessness: An Exploratory Study. Social Sciences. 2022;11(8):376.

87.   Hwang SW, Colantonio A, Chiu S, et al. The effect of traumatic brain injury on the health of homeless people. CMAJ. Oct 7 2008;179(8):779–84. doi:10.1503/cmaj.080341

88.   McKee AC, Cantu RC, Nowinski CJ, et al. Chronic traumatic encephalopathy in athletes: progressive tauopathy after repetitive head injury. J Neuropathol Exp Neurol. Jul 2009;68(7):709–35. doi:10.1097/NEN.0b013e3181a9d503

89.   McKee AC, Stern RA, Nowinski CJ, et al. The spectrum of disease in chronic traumatic encephalopathy. Brain. Jan 2013;136(Pt 1):43–64. doi:10.1093/brain/aws307

90.   Mez J, Daneshvar DH, Kiernan PT, et al. Clinicopathological Evaluation of Chronic Traumatic Encephalopathy in Players of American Football. JAMA. 07 2017;318(4):360–370. doi:10.1001/jama.2017.8334

91.   Stein TD, Alvarez VE, McKee AC. Chronic traumatic encephalopathy: a spectrum of neuropathological changes following repetitive brain trauma in athletes and military personnel. Alzheimers Res Ther. 2014;6(1):4. doi:10.1186/alzrt234

92.   Roberts A. Brain damage in boxers. A study of the prevalence of traumatic encephalopathy among ex-professional boxers. Pitman Medical and Scientific Publishing Co; 1969.

93.   Burke DC. Pain in paraplegia. Paraplegia. Feb 1973;10(4):297–313. doi:10.1038/sc.1973.54

94.   de Oliveira RC, de Freitas LB, Gomes RR, Cliquet A. Orthopedic Related Comorbidities in Spinal Cord-Injured Individuals. Acta Ortop Bras. Jul–Aug 2020;28(4):199–203. doi:10.1590/1413-785220202804224403

95.   Cragg JJ, Haefeli J, Jutzeler CR, et al. Effects of Pain and Pain Management on Motor Recovery of Spinal Cord-Injured Patients: A Longitudinal Study. Neurorehabil Neural Repair. Sep 2016;30(8):753–61. doi:10.1177/1545968315624777

96.   D'Angelo R, Morreale A, Donadio V, et al. Neuropathic pain following spinal cord injury: what we know about mechanisms, assessment and management. Eur Rev Med Pharmacol Sci. Dec 2013;17(23):3257–61.

97.   Finnerup NB, Baastrup C. Spinal cord injury pain: mechanisms and management. Curr Pain Headache Rep. Jun 2012;16(3):207–16. doi:10.1007/s11916-012-0259-x

98.   Hagen EM. Acute complications of spinal cord injuries. World J Orthop. Jan 18 2015;6(1):17–23. doi:10.5312/wjo.v6.i1.17

99.   Masri R, Keller A. Chronic pain following spinal cord injury. Adv Exp Med Biol. 2012;760:74–88. doi:10.1007/978-1-4614-4090-1_5

100.  Yasko JR, Mains RE. Chronic pain following spinal cord injury: Current approaches to cellular and molecular mechanisms. Trends Cell Mol Biol. 2018;13:67–84.

101.  Rosner J, Negraeff M, Belanger LM, et al. Characterization of Hyperacute Neuropathic Pain after Spinal Cord Injury: A Prospective Study. J Pain. Jan 2022;23(1):89–97. doi:10.1016/j.jpain.2021.06.013

102.  Vierck C. Mechanisms of Below-Level Pain Following Spinal Cord Injury (SCI). J Pain. Mar–Apr 2020;21(3-4):262–280. doi:10.1016/j.jpain.2019.08.007

103.  Waring WP, Maynard FM. Shoulder pain in acute traumatic quadriplegia. Paraplegia. Jan 1991;29(1):37–42. doi:10.1038/sc.1991.5

104.  Zasler ND, Formisano R, Aloisi M. Pain in Persons with Disorders of Consciousness. Brain Sci. Feb 23 2022;12(3)doi:10.3390/brainsci12030300

105.  Chatelle C, Thibaut A, Whyte J, De Val MD, Laureys S, Schnakers C. Pain issues in disorders of consciousness. Brain Inj. 2014;28(9):1202–8. doi:10.3109/02699052.2014.920518

106.  Di Perri C, Thibaut A, Heine L, Soddu A, Demertzi A, Laureys S. Measuring consciousness in coma and related states. World J Radiol. Aug 28 2014;6(8):589–97. doi:10.4329/wjr.v6.i8.589

107.  Calabro RS, Pignolo L, Muller-Eising C, Naro A. Pain Perception in Disorder of Consciousness: A Scoping Review on Current Knowledge, Clinical Applications, and Future Perspective. Brain Sci. May 20 2021;11(5)doi:10.3390/brainsci11050665

108.  Schnakers C, Zasler ND. Pain assessment and management in disorders of consciousness. Curr Opin Neurol. Dec 2007;20(6):620–6. doi:10.1097/WCO.0b013e3282f169d9

109.  Schnakers C, Chatelle C, Demertzi A, Majerus S, Laureys S. What about pain in disorders of consciousness? AAPS J. Sep 2012;14(3):437–44. doi:10.1208/s12248-012-9346-5

110.  Pistoia F, Sacco S, Stewart J, Sara M, Carolei A. Disorders of Consciousness: Painless or Painful Conditions?-Evidence from Neuroimaging Studies. Brain Sci. Oct 8 2016;6(4)doi:10.3390/brainsci6040047

111.  Fins JJ, Shapiro ZE. Pain Management, Disorders of Consciousness, and Tort Law: An Emergency Tort to Fix a Longstanding Injustice. Indiana Law Journal. 2023;98(3)(1):693–720.

112.  Riganello F, Soddu A, Tonin P. Addressing Pain for a Proper Rehabilitation Process in Patients With Severe Disorders of Consciousness. Front Pharmacol. 2021;12:628980. doi:10.3389/fphar.2021.628980



113.   Bodien YG, Allanson J, Cardone P, et al. Cognitive Motor Dissociation in Disorders of Consciousness. N Engl J Med. Aug 15 2024;391(7):598–608. doi:10.1056/NEJMoa2400645

114.   Naro A, Bramanti P, Bramanti A, Calabro RS. Assessing pain in patients with chronic disorders of consciousness: Are we heading in the right direction? Conscious Cogn. Oct 2017;55:148–155. doi:10.1016/j.concog.2017.08.009

