# EXHIBIT 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

RENATO URENA, individually,

      Plaintiff,

v.                 Case No.  5:24-cv-00341-JGB-SHK
CITY OF SAN BERNARDINO;
JONATHAN DAVALOS; ANDRES
ESTRELLA and DOES 1-10, inclusive,

      Defendants.
_____/

STENOGRAPHIC REPORTER'S TRANSCRIPT OF

REMOTE VIDEO DEPOSITION OF ANDRES ESTRELLA

THURSDAY, JUNE 26, 2025

Reported Stenographically by:

KIMBERLY D'URSO, CSR 11372, RPR

Job No.  17495

ever seen a suspect with a gun in their hand before?

A.   Yes, sir.

Q.   On how many occasions, approximately?

A.   I would say anywhere from 15 to 20 times, approximately.

Q.   Had you arrested people with guns on their person before, such as pockets or waistband?

A.   Yes, sir.

Q.   Any estimate as to how many of those arrests?

A.   Yeah.  If you want to include other weapons, other than firearms, such as knives, I would say approximately 30 -- 20 to 30 times.

Q.   And what if we just included firearms?

A.   Firearms alone, I would say about 20 times.

Q.   You've been in foot pursuits before?

A.   Yes, sir.

Q.   Vehicle pursuits?

A.   Yes, sir.

Q.   You've had people run on you with guns before?

A.   Yes, sir.

Q.   You probably have had people try to discard their guns when they're running away from you before?

A.   Yes, sir.

Q.   How old are you, currently?

A.   Currently, I'm 35, sir.

right hand.  I could only see his elbow.

Q.    Okay.   Let me ask you, those other foot pursuits, have you had foot pursuits of people with guns before?

A.    Yes, sir.

Q.    I think you told me earlier, sometimes they would try to toss the guns?

A.    Yes, sir.

Q.    And this is probably pretty obvious, maybe because I did some criminal defense law in my past life, but sometimes these suspects don't want to get caught with the guns; is that your experience?

A.    Yes, sir.   That's correct.

Q.    So the reason you were saying "Let me see your hands" is because you couldn't see the right hand.  Is that what you're saying?

A.    Yes, sir.

Q.    And was this object that you thought was possibly a gun in the right hand?

A.    Yes, sir.

Q.    I guess what I'm wondering, officers sometimes have training if they see what they believe to be a gun, to yell out "Gun."  Is that correct?

A.    Yes, sir.

Q.    And that's to alert your fellow officer as to

STATE OF CALIFORNIA)
                    ) ss:
COUNTY OF BUTTE     )

          I, KIMBERLY E. D'URSO, do hereby certify:

          That the witness named in the foregoing deposition was present remotely and duly sworn to testify to the truth in the within-entitled action on the day and date and at the time and place therein specified;

          That the testimony of said witness was reported by me in shorthand and was thereafter transcribed through computer-aided transcription;

          That the foregoing constitutes a full, true and correct transcript of said deposition and of the proceedings which took place;

          Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

          That I am a certified stenographic reporter and a disinterested person to the said action;

          IN WITNESS WHEREOF, I have hereunder subscribed my hand this 13th day of July, 2025.

_____

KIMBERLY D'URSO, CSR NO. 11372, RPR