**STEVEN J. ROTHANS-State Bar No. 106579**
**SCOTT CARPENTER-State Bar No. 253339**
**CARPENTER, ROTHANS & DUMONT LLP**
**500 South Grand Avenue, 19th Floor**
**Los Angeles, CA 90071**
**(213) 228-0400 / (213) 228-0401 (Fax)**
srothans@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendants, City of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres Estrella, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | Case No. 5:24-cv-00341-JGB-ACCV |
| Plaintiff, | **DEFENDANTS' PROPOSED STATEMENT OF THE CASE** |
| vs. | |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Defendants City of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres Estrella, public employees, hereby submit the following proposed Statement of the Case:

///

///

- 1 -

**DEFENDANTS' STATEMENT OF THE CASE**

Plaintiff Renato Urena brings this civil lawsuit against Defendants, City of San Bernardino, a public entity, and Officers Jonathan Davalos and Andres Estrella.

On the morning of February 10, 2023, San Bernardino Police Department Officers Jonathan Davalos and Andres Estrella were on patrol after having received a report of a male subject armed with a handgun driving a silver Nissan Versa. After locating a Nissan matching that description, and observing traffic infractions, the officers attempted to conduct a traffic stop. However, the driver (later identified as Plaintiff Renato Urena) did not immediately pull over. Mr. Urena then exited the Nissan and fled on foot while armed with a handgun. Officers Estrella and Davalos pursued Mr. Urena. During the pursuit, the officers shot Mr. Urena, who survived his injuries.

Mr. Urena alleges that the officers used unreasonable force and acted negligently. Defendants deny these allegations and assert that Mr. Urena's conduct and behavior during the encounter necessitated the officers' use of force and that the officers acted in self-defense.

DATED: May 22, 2026     CARPENTER, ROTHANS & DUMONT LLP

/s/  Scott J. Carpenter

By: _____
Steven J. Rothans
Scott J. Carpenter
Attorneys for Defendants City of San Bernardino and Officers Davalos and Estrella

- 2 -

DEFENDANTS' PROPOSED STATEMENT OF THE CASE