LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, Esq. (SBN 229931)
14393 Park Avenue, Suite 101
Victorville, CA 92392
Tel:    (760) 243-9997
Fax:    (760) 843-8155
E-mail: sharonjbrunner@yahoo.com

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel:    (760) 951-5850
Fax:    (760) 952-1085
E-mail: jim@talktoterrell.com

Attorneys for Plaintiff, RENATO URENA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:24-cv-00341-JGB-SHK <br><br> **NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** <br><br> FPTC:     6/8/2026 <br> Time:      11:00 a.m. <br> Crtrm:     1 <br><br> Trial:      6/23/2026 |

- 1 -

**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**

**PLEASE TAKE NOTICE** that the Parties hereby lodge the following [Proposed] Final Pretrial Conference Order.

DATED: May 26, 2026          LAW OFFICES OF DALE K. GALIPO

                                          By:  s/ Dale K. Galipo
                                               Dale K. Galipo
                                               Renee V. Masongsong
                                               Attorneys for Plaintiff, Renato Urena

DATED: May 26, 2026          CARPENTER, ROTHANS & DUMONT LLP

                                          By:  s/ Scott Carpenter
                                               Steven J. Rothans
                                               Scott J. Carpenter
                                               Attorneys for Defendants, City of San
                                               Bernardino, Jonathan Davalos and Andres
                                               Estrella

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Dale K. Galipo, do hereby attest that all of the signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this document.

                                          s/ Dale K. Galipo

NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER