Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO URENA, individually, | Case No.: 5:24-cv-00341-JGB-SHK |
| Plaintiff, | **DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S PROPOSED DISPUTED JURY INSTRUCTION "VICARIOUS LIABILITY" AND EXHIBITS A-L** |
| vs. | |
| CITY OF SAN BERNARDINO, JONATHAN DAVALOS, ANDRES ESTRELLA, | *Filed Concurrently with the Parties' Proposed Disputed Jury Instructions* |
| Defendants. | FPTC: 6/8/2026<br>Time: 11:00 a.m.<br>Crtrm: 1 |
| | Trial: 6/23/2026 |

-1-

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S PROPOSED DISPUTED JURY INSTRUCTION "VICARIOUS LIABILITY"

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California.  I am one of the attorneys of record for Renato Urena ("Plaintiff").  I make this declaration in support of Plaintiff's Proposed Disputed Jury Instruction "Vicarious Liability." I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.      CACI 3703 (Vicarious Liability) is a model instruction that is appropriate for this case. This instruction is not confusing, and it is highly relevant. There is no dispute that the City of San Bernardino is vicariously liable for the conduct of Defendant Officers Davalos and Estrella on Plaintiff's claims arising under California law, and no dispute that Officers Davalos and Estrella were acting in the course and scope of their employment with the City of San Bernardino at the time of the shooting.

3.      The jury instructions and stipulations of fact that reference "course and scope" are not sufficient to inform the jury that the City of San Bernardino is vicariously liable and responisble for the officers' actions. The jury will not understand that the City of San Bernardino is liable for any judgment against the officers unless this instruction is given, because the jury would not otherwise understand the consequence of the officers acting with the course and scope of their employment.

4.      Excluding this instruction would be prejudicial to Plaintiff. Without this instruction, the jury might incorrectly think that Officers Davalos and Estrella areresponsible for paying any judgment against them and may be hesitant to render a verdict against Officers Davalos and Estrella and in Plaintiff's favor for that reason.

5.      CACI 3703 would also eliminate the confusion the jury may have as to why the City of San Bernardino is a named defendant in this case. Including CACI

-2-

3703 would clarify any question the jury may have as to why the City of San Bernardino is not addressed in the substantive jury instructions.In this case, it is undisputed that Officers Davalos and Estrella were working in the course and scope of their employment with the City of San Bernardino.

6. The Courts in nearly all of the police shooting cases my office has tried have given the jury instruction "Vicarious Liability" where the Plaintiff(s) maintained state law claims against officer(s) working in the course and scope of their employment. I am attaching hereto several examples.

7. Attached hereto as Exhibit "A" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Steffon Barber v. County of San Bernardino, et al.*, Case No. 5:22-cv-00625-KK-DTBx, in February 2026.

8. Attached hereto as Exhibit "B" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Paola French, et al. v. City of Los Angeles, et al.*, Case No. 5:20-cv-00416-JGB-SPx.

9. Attached hereto as Exhibit "C" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Francisco Hurtado v. State of California, et al.*, Case No. 2:19-cv-02343-DAD-ACx.

10. Attached hereto as Exhibit "D" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Mickel Erick Lewis, Jr., et al. v. County of Kern, et al.*, Case No. 1:21-cv-00378-KES-CDBx, in March 2025.

11. Attached hereto as Exhibit "E" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Tammy Murillo v. City of Los Angeles, et al.*, Case No. 2:21-cv-08738-FMO-AGRx, in 2023.

12. Attached hereto as Exhibit "F" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of

*Jermaine Petit v. City of Los Angeles, et al.*, Case No. 2:23-cv-00789-ODW-PVCx, in February 2026.

13.     Attached hereto as Exhibit "G" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *V.R., et al. v. County of San Bernardino, et al.*, Case No. 5:19-cv-01023-JGB-SPx.

14.     Attached hereto as Exhibit "H" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Devonte Stephenson v. State of California, et al.*, Case No. 5:21-cv-00526-JACK-DTBx.

15.     Attached hereto as Exhibit "I" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Jennie Quan v. County of Los Angeles, et al.*, Case No. 2:24-cv-04805-MCS-KSx, in February 2026.

16.     Attached hereto as Exhibit "J" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Anyka Harris v. City of Tulare, et al.*, Tulare County Superior Court Case No. VCU299232.

17.     Attached hereto as Exhibit "K" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Jennifer Landeros v. Samuel Schafer, et al.*, Eastern District Case No. 2:17-cv-02598-WBS-CKDx.

18.     Attached hereto as Exhibit "L" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Garcia v. City of Tustin*, Case No. 8:22-cv-00131 SPG, in April 2026.

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on May 26, 2026.

*/s/ Renee V. Masongsong*
Renee V. Masongsong

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S PROPOSED DISPUTED JURY INSTRUCTION "VICARIOUS LIABILITY"