# EXHIBIT A



**F I L E D**
CLERK, U.S. DISTRICT COURT

2/9/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DC _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON BARBER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO ET AL.,<br><br>    Defendants. | Case No. 5:22-cv-625-KK-DTBx<br><br>**FINAL JURY INSTRUCTIONS** |

# JURY INSTRUCTION NO. 27
# VICARIOUS LIABILITY (CALIFORNIA STATE LAW CLAIMS)

An employer is responsible for harm caused by the wrongful conduct of its employees while acting within the scope of their employment.

In this case, the parties have stipulated that:

1.　Defendant CHRISTOPHER ALFRED was an employee of Defendant COUNTY OF SAN BERNARDINO; and

2.　During the incident at issue in this case, Defendant CHRISTOPHER ALFRED was acting within the scope of his employment.

Defendant COUNTY OF SAN BERNARDINO may only be held vicariously liable on Plaintiff's California state law claims. Defendant COUNTY OF SAN BERNARDINO may not be held vicariously liable on Plaintiff's federal law causes of action.