# EXHIBIT B

FILED
CLERK, U.S. DISTRICT COURT

**10/27/21**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MG___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| PAOLA FRENCH, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES., et al, <br><br> Defendants | Case No. EDCV20-00416-JGB(SPx) <br><br> JURY INSTRUCTIONS |

*20-416, Paola French, et al. v. City of Los Angeles, et al.*                    Jury Instructions

## JURY INSTRUCTION NO. 18

### Vicarious Liability – Introduction

The City of Los Angeles is responsible for harm caused by the wrongful conduct of Salvador Sanchez while acting within the scope of his employment as a peace officer.