# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest, | No. 1:21-cv-00378-KES-CDB |
| Plaintiffs, | JURY INSTRUCTIONS GIVEN |
| v. | |
| KERN COUNTY; Deputy JASON AYALA, | |
| Defendants. | |

R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased,

Plaintiffs,

v.

KERN COUNTY; Deputy JASON AYALA,

Defendants.

The attached Jury Instructions were read to the jury in open court by United States District Judge Kirk E. Sherriff in the above-entitled case.


Dated: 3/20/2025

KEITH HOLLAND, CLERK OF THE COURT

By: *Corina Lopez Amador*

C. Lopez Amador, Deputy Clerk

**JURY INSTRUCTION NO. 19**

As to plaintiffs' claims for battery, negligence and violation of the Bane Act, the County of Kern is responsible for harm caused by the wrongful conduct of defendant Jason Ayala while acting within the scope of his employment.

The parties have stipulated that Jason Ayala was acting within the scope of his employment with the County of Kern at the time of the incident.