# EXHIBIT E



**FILED**
CLERK, U.S. DISTRICT COURT

8/25/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ V. Figueroa _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY MURILLO, an individual and as successor in interest to JESSE MURILLO, deceased, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES; FRED SIGMAN; CHRISTOPHER MONTAGUE, <br><br> Defendants. | Case No. 21-8738 FMO (AGRx) <br><br> **JURY INSTRUCTIONS (WITHOUT AUTHORITY)** |

## JURY INSTRUCTION NO.  30

### Legal Relationship Not Disputed

In this case defendants Fred Sigman and Christopher Montague were employees of defendant City of Los Angeles.

If you find that Fred Sigman or Christopher Montague were acting within the scope of their employment when the incident occurred, then the City of Los Angeles is responsible for any harm caused by Fred Sigman or Christopher Montague's negligence.