# EXHIBIT H

**F I L E D**

CLERK, U.S. DISTRICT COURT

9/25/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEVONTE STEPHENSON, et al., | No. 5:21-cv-00526-JAK (DTBx) |
| Plaintiffs, | **JURY INSTRUCTIONS** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

1

**INSTRUCTION NO. 25**

**VICARIOUS LIABILITY**

In this case Dane Norem and Jeffrey McKee were the employees of the State of California. If you find that Dane Norem or Jeffrey McKee were acting within the scope of their employment when the incident occurred, then the State of California is responsible for the death of Leroy Stephenson caused by their negligence or battery.