# EXHIBIT K

Case 5:24-cv-00341-JGB-ACCV    Document 68-11    Filed 05/26/26    Page 2 of 3    Page
ID #:1272
Case 2:17-cv-02598-WBS-CKD    Document 109    Filed 08/03/22    Page 1 of 35

**FILED**

**AUGUST 3, 2022**

Clerk, U.S. District Court
Eastern District of California
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JENNIFER LANDEROS, et al., | No. 2:17cv02598 WBS |
| Plaintiffs, | |
| v. | JURY INSTRUCTIONS GIVEN |
| SAMUEL SCHAFER, et al., | |
| Defendants. | |

Dated:    August 3, 2022            /s/ G. Michel
                                    Gabriel Michel
                                    Relief Courtroom Deputy

1

Case 5:24-cv-00341-JGB-ACCV   Document 68-11   Filed 05/26/26   Page 3 of 3   Page
Case 2:17-cv-02598-WBS-CKD   Document 109   Filed 08/03/22   Page 28 of 35
ID #:1273

Instruction No. 22

**The following instruction applies only to plaintiffs' claims for battery and negligence under California law.** The City of Elk Grove is responsible for harm caused by the wrongful conduct of its employees while acting within the scope of their employment. As I previously instructed, the parties have stipulated that defendants Samuel Schafer, Steven Holstad, Justin Parker, Patrick Scott, and Jeremy Banks were acting within the scope of their employment at the time of the incident.