Name  Steven J Rothans, Esq.; Scott J. Carpenter, Esq.

Address  500 South Grand Avenue 19th Floor

City, State, Zip  Los Angeles, CA 90071

Phone  213-228-0400

Fax  213-228-0401

E-Mail  srothans@crdlaw.com; scarpenter@crdlaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Renato Urena

PLAINTIFF(S),

v.

City of San Bernardino, et al.

DEFENDANT(S).

CASE NUMBER:

5:24-cv-00341-JGB-ACCV

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that City of San Bernardino, Jonathan Davalos, Andres Estrella hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):

  Order denying MSJ, Dkt. No. 69

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____5/28/2026_____. Entered on the docket in this action on 5/29/2026_____.

A copy of said judgment or order is attached hereto.

6/2/2026_____

Date

/s/ Scott J. Carpenter_____

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                               **NOTICE OF APPEAL**