## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** CENTRAL DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 5:24-cv-00341-JGB-ACCV

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 2/9/2024

Date of judgment or order you are appealing: 5/28/2026

Docket entry number of judgment or order you are appealing: 69

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⊙ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

City of San Bernardino, Jonathan Davalos, and Andres Estrella

Is this a cross-appeal?   ○ Yes    ⊙ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes    ⊙ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

N/A

City:                          State:            Zip Code:

Prisoner Inmate or A Number (if applicable): N/A

**Signature** /s/ Scott J. Carpenter          **Date** 6/2/2026

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                        *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| City of San Bernardino, Jonathan Davalos, Andres Estrella |

Name(s) of counsel (if any):

| |
|---|
| Steven J. Rothans, Esq.<br>Scott J. Carpenter, Esq. |

Address: 500 South Grand Avenue 19th Floor, Los Angeles, CA 90071

Telephone number(s): 213-228-0400

Email(s): srothans@crdlaw.com; scarpenter@crdlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Renato Urena |

Name(s) of counsel (if any):

| |
|---|
| Dale K Galipo, Esq.<br>Renee V Masongsong, Esq. |

Address: 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367

Telephone number(s): 818-347-3333

Email(s): dalekgalipo@yahoo.com; rvalentine@galipolaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *1*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Renato Urena

Name(s) of counsel (if any):

Sharon J. Brunner, Esq.

Address: 14393 Park Avenue, Suite 101, Victorville, CA 92392

Telephone number(s): 760-243-9997

Email(s): sharonjbrunner@yahoo.com

Name(s) of party/parties:

Renato Urena

Name(s) of counsel (if any):

James Stephen Terrell, Esq.

Address: 15411 Anacapa Road, Victorville, CA 92392

Telephone number(s): 760-951-5850

Email(s): jim@talktoterrell.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**    *2*    *New 12/01/2018*