# EXHIBIT G

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 25 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXANDER HERD, individually; A. G., by and through her guardian ad litem Amanda Addington, individually and as successor in interest to James Gleason, deceased, | No.   19-56494 |
| | D.C. No. 5:17-cv-02545-AB-SP Central District of California, Riverside |
| Plaintiffs-Appellees, | |
| v. | ORDER |
| CITY OF FONTANA; JASON PERNICIARO, | |
| Defendants-Appellants, | |
| and | |
| COUNTY OF SAN BERNARDINO; et al., | |
| Defendants. | |

| | |
|---|---|
| ALEXANDER HERD, individually; A. G., by and through her guardian ad litem Amanda Addington, individually and as successor in interest to James Gleason, deceased, | No.   19-56517 |
| | D.C. No. 5:17-cv-02545-AB-SP Central District of California, Riverside |
| Plaintiffs-Appellees, | |
| v. | |
| BRIAN LEYVA, | |
| Defendant-Appellant, | |

sz/MOATT

and

STATE OF CALIFORNIA; et al.,

Defendants.

Before:  GRABER, WARDLAW, and R. NELSON, Circuit Judges.

Appellees' motion to dismiss these consolidated appeals for lack of jurisdiction (Docket Entry No. 13) is granted.  *See* 28 U.S.C. § 1291; *Alston v. 96 Read*, 663 F.3d 1094, 1098 (9th Cir. 2011) (pretrial order denying immunity is reviewable only to the extent it raises an issue of law); *Maropulos v. Cty. of Los Angeles*, 560 F.3d 974, 975 (9th Cir. 2009) (per curiam) (*citing Johnson v. Jones*, 515 U.S. 304, 307 (1995)) (an order denying qualified immunity on the ground that a genuine issue of material fact exists is not a final, immediately appealable order).

**DISMISSED**.