# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RENATO URENA, individually,

Plaintiff,

vs.

CITY OF SAN BERNARDINO; JONATHAN DAVALOS; ANDRES ESTRELLA,

Defendants.

Case No. 5:24-cv-00341-JGB-SHK

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CERTIFYING DEFENDANTS' APPEAL AS FRIVOLOUS AND RETAINING JURISDICTION**

Having reviewed the Parties' Ex Parte Application and GOOD CAUSE having been shown, it is hereby ordered that Plaintiff's Ex Parte Application Certifying Defendants' Appeal as Frivolous and Retaining Jurisdiction is GRANTED. The trial will go forward on June 23, 2026 as scheduled.

IT IS SO ORDERED.

DATED: _____

                        Hon. Jesus G. Bernal

[PROPOSED] ORDER