UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-0341 JGB (ACCVx)** | Date | June 5, 2026 |
| --- | --- | --- | --- |
| Title | *Renato Urena v. City of San Bernardino, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:    Order (1) DENYING Plaintiff's Ex Parte Application (Dkt. No. 72) (IN CHAMBERS)**

Before the Court is Plaintiff's ex parte application to deem Defendants' appeal frivolous. ("Application," Dkt. No. 72.)  The Court **DENIES** Plaintiff's Application and **VACATES** the Pretrial Conference and the Trial pending resolution of the appeal.

**IT IS SO ORDERED.**